AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Alabama _____

Johnny Potts and Janice Potts

V.

Dyncorp International, LLC; James McCants, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06cv124-WHA

TO: (Name and address of Defendant)

DynCorp International, LLC
The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Larry W. Morris
Morris, Haynes and Hornsby
Post Office Box 1660
Alexander City, AL 35011-1660

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK _____   DATE  2/13/06

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Johnny Potts and Janice Potts

**SUMMONS IN A CIVIL ACTION**

V.

Dyncorp International, LLC; James McCants, et al

CASE NUMBER: 3:06cv124-WHA

TO: (Name and address of Defendant)

James McCants
500 Williams Drive
Apartment 1105
Marietta, GA 30066-6132

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Larry W. Morris
Morris, Haynes and Hornsby
Post Office Box 1660
Alexander City, AL 35011-1660

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                         2/13/06

CLERK                                                      DATE

(By) DEPUTY CLERK