| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Lawson_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 2-14-06 |
| 1. Article Addressed to:<br><br>Dyncorp International, LLC<br>The Corporation Company<br>2000 Interstate Park Drive, Suite 204<br>Montgomery, AL 36109 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>3:06CV124<br>S+C<br>(2w) |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service) | 7005 1160 0001 8275 9354  9354 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |