IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY POTTS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv124-WHA |
| ) | |
| DYNCORP INTERNATIONAL LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Motion to Dismiss Defendant James McCants (Doc. #6, filed on March 8, 2006, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before March 29, 2006** why the motion should not be granted. The Defendant shall have **until April 5, 2006** to reply. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 8th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE