IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY POTTS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv124-WHA |
| ) | |
| DYNCORP INTERNATIONAL, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

An examination of the Complaint filed in this case discloses that fictitious parties were named as Defendants. Fictitious party practice not being authorized by federal law, these Defendants are due to be stricken. The addition of new party defendants may be considered and determined, if appropriate under federal law, on a properly filed motion to amend. Accordingly, it is hereby

ORDERED that all fictitious Defendants referred to in the Complaint are STRICKEN.

DONE this 8th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE