IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY POTTS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06cv124-WHA |
| ) | |
| DYNCORP INTERNATIONAL, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

The parties having failed to comply with the court's order entered on March 8, 2006, to file a Report of Parties Planning Meeting no later than March 21, 2006, it is hereby

ORDERED that **on or before the close of business on March 24, 2006**, the parties show cause, if any there be, why this case should not be dismissed for want of prosecution.

DONE this 22nd day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE