IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY POTTS and JANICE POTTS, | * | |
|     PLAINTIFFS, | * | |
| | * | |
| v. | * | 3:06-cv-00124-WHA |
| | * | |
| DYNCORP INTERNATIONAL LLC, | * | |
| JAMES MCCANTS, et al., | * | |
|     DEFENDANTS. | * | |

**NOTICE OF APPEARANCE**

COMES NOW the undersigned attorney and files this Notice of Appearance on behalf of the Plaintiffs in the above styled cause. The undersigned will represent the plaintiffs in this matter along with Larry W. Morris of Morris, Haynes & Hornsby.

Respectfully submitted on this the 23rd day of March, 2006.

                                            **MORRIS, HAYNES & HORNSBY**

                                            /s Nancy L. Eady
                                            Attorney for Plaintiffs
                                            EAD004

Post Office Box 1660
Alexander City, Alabama 35011-1660
Phone: (256) 329-2000
Fax: (256) 329-2015
E-Mail: neady@morrishaynesandhornsby.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing in the above referenced case on the 23rd day of March, 2006 by filing the same electronically with the Clerk of the Court using the CM/ECF system which will send notification of the same to all attorneys of record.

                                            /s Nancy L. Eady
                                            Of Counsel

cc:   Mr. William Steele Holman, II
      Mr. John W. Clark
      Armbrecht Jackson LLP
      Post Office Box 290
      Mobile, Alabama 36601

      Mr. William Larkin Radney, III
      Barnes & Radney, P.C.
      Post Office Box 877
      Alexander City, Alabama 35010-0877

Case 3:06-cv-00124-WHA-CSC    Document 14    Filed 03/23/2006    Page 2 of 2