**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

March 24, 2006

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   Johnny Potts et al v. Dyncorp International, LLC et al

Case No.:   3:06cv00124-WHA
              Documents 13 and 14

This Notice of Correction was filed in the reference case to strike document #13, Report of Rule 26(f) Planning Meeting and document #14 Notice of Appearance as these are duplicates of documents #11 and #12.