IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY POTTS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06cv124-WHA |
| | ) |
| DYNCORP INTERNATIONAL LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Plaintiffs' Request for Permission to Conduct Jurisdictional Discovery (Doc. #18), filed on March 29, 2006, it is

ORDERED that the Defendants shall show cause, if any there be, **on or before April 14, 2006** why the request should not be granted. The request will be taken under submission on that day for determination without oral hearing.

DONE this 31st day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE