IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY POTTS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06cv124-WHA |
| ) | |
| DYNCORP INTERNATIONAL LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

No objection having been filed by the Defendant, James McCants, to the Plaintiffs' Request for Permission to Conduct Jurisdictional Discovery (Doc. #18), the Request is GRANTED, and it is hereby ORDERED as follows:

1. Plaintiffs are given **until June 15, 2006**, to conduct discovery on the issue of whether this court has personal jurisdiction over James McCants and this case.

2. The deadline for Plaintiffs to respond to the Defendant McCants' Motion to Dismiss is extended to **June 30, 2006.** The Defendants are given **until July 21, 2006** to reply, at which time the Motion to Dismiss will be taken under submission for determination without oral argument.

DONE this 17th day of April, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE