IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **JOHNNY POTTS and JANICE POTTS,** | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. |
| v. | § | |
| | § | 3:06-cv-00124-WHA-CSC |
| **DYNCORP INTERNATIONAL LLC, JAMES McCANTS, et al.,** | § | |
| | § | |
| Defendants. | § | |

**JOINT MOTION FOR EXTENSION OF TIME**

**DURING WHICH TO COMPLETE JURISDICTIONAL DISCOVERY**

COME NOW plaintiffs Johnny Potts and Janice Potts and defendants DynCorp International LLC and James McCants, by and through their respective counsel of record, and move the Court to extend the time during which the plaintiffs' jurisdictional discovery must be completed. As grounds for their motion the parties would show unto the Court as follows:

1. On March 8, 2006, defendant James McCants filed a motion to dismiss him from the action on the ground, among others, that the U.S. District Court for the Middle District of Alabama does not have personal jurisdiction over McCants (doc. 6).

2. On March 29, 2006, the plaintiffs filed a request that they be allowed to conduct discovery pertaining to McCants's motion to dismiss (doc. 18).

3.      On April 17, 2006, the Court entered an order (doc. 20) granting the plaintiffs' request, setting June 15, 2006, as the deadline for conducting such discovery; setting June 30, 2006 as the deadline for the plaintiff to file a response to McCants's motion to dismiss, and setting July 21, 2006, as the deadline for defendants to file a reply to the plaintiff's response.

4.      Defendants' counsel Steele Holman is currently set to select a jury on June 6, 2006, for a trial to begin on June 12 in the Circuit Court of Mobile County in a case that will not be continued. Holman is currently engaged in preparation for that trial, including out-of-town depositions, that make it extremely difficult to schedule the deposition of McCants prior to the trial in June. The trial is expected to last approximately two weeks.

5.      The plaintiffs do not oppose an extension and, in fact, join in this motion because of plaintiffs' counsel's own scheduling difficulties in the month of May.

6.      The parties request that all of the deadlines issued in the Court's order of April 17, 2006, would be extended by one month, so that the discovery deadline would fall on July 15, 2006; the deadline for the plaintiffs' response to the McCants motion would fall on July 30, 2006; and the defendants' deadline for replying to the plaintiffs' response would fall on August 21, 2006.

WHEREFORE, the parties pray that the Court would grant their motion and extend by one month all of the deadlines for accomplishing the jurisdictional discovery and filing submissions opposing and supporting McCants's motion to dismiss.

Dated _____May 4_____, 2006.

                            Respectfully submitted,


                            By: _____s/ Larry W. Morris_____
                            Larry W. Morris
                            Nancy L. Eady
                            Attorneys for plaintiffs Johnny Potts and
                            Janice Potts
                            Morris, Haynes & Hornsby
                            Post Office Box 1660
                            Alexander City, Alabama 35011-1660
                            Telephone   (256) 329-2000
                            Fax:        (256) 329-2015
                            E-Mail:   kbaker@morrishaynesandhornsby.com
                                        neady@morrishaynesandhornsby.com


                            By____ s/ William Steele Holman II____
                            William Steele Holman II
                            Bar Number: HOL051
                            John W. Clark IV
                            Bar Number: CLA087
                            Attorneys for defendants James McCants
                            and DynCorp International LLC
                            Armbrecht Jackson LLP
                            Post Office Box 290
                            Mobile, Alabama 36601
                            Telephone:  (251) 405-1300
                            Fax:        (251) 432-6843
                            E-mail:    wsh@ajlaw.com
                                          jwc@ajlaw.com

Of Counsel:                   William Larkin Radney III
                            Bar Number: RAD001
                            Barnes & Radney PC
                            P.O. Box 877

Alexander City, Alabama 35010-0877
(256) 329–8438 (voice)
(251) 329-0809 (fax)
lradney@bellsouth.net