IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY POTTS and JANICE POTTS, | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. |
| v. | § | |
| | § | 3:06-cv-00124-WHA-CSC |
| DYNCORP INTERNATIONAL LLC, JAMES McCANTS, et al., | § | |
| | § | |
| Defendants. | | |

## JOINT MOTION FOR EXTENSION OF TIME

## DURING WHICH TO COMPLETE JURISDICTIONAL DISCOVERY

COME NOW plaintiffs Johnny Potts and Janice Potts and defendants DynCorp International LLC and James McCants, by and through their respective counsel of record, and move the Court to extend the time during which the plaintiffs' jurisdictional discovery must be completed. As grounds for their motion the parties would show unto the Court as follows:

1. On March 8, 2006, defendant James McCants filed a motion to dismiss him from the action on the ground, among others, that the U.S. District Court for the Middle District of Alabama does not have personal jurisdiction over McCants (doc. 6).

2. On March 29, 2006, the plaintiffs filed a request that they be allowed to conduct discovery pertaining to McCants's motion to dismiss (doc. 18).

-1-

**MOTION GRANTED**

SO ORDERED
THIS 8th DAY OF May, 2006

_____
UNITED STATES DISTRICT JUDGE