IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY POTTS and JANICE POTTS, | § | |
| Plaintiffs, | § | |
| | | Civil Action No. |
| v. | § | |
| | | 3:06-cv-00124-WHA-CSC |
| DYNCORP INTERNATIONAL LLC, | § | |
| JAMES McCANTS, et al., | | |
| | § | |
| Defendants. | | |

## DEFENDANT JAMES McCANTS'S OBJECTION
## TO DEPOSITION NOTICE DUCES TECUM

COMES NOW defendant James McCants and objects to Item No. 3 of the duces

tecum in the plaintiffs' First Notice of Taking Deposition to the extent that it seeks

documents protected by the attorney-client privilege, the attorney work-product doctrine, or

the document was prepared in anticipation of litigation.

Respectfully submitted,

By _____
William Steele Holman II
Bar Number: HOL051
Attorneys for defendant James McCants
Armbrecht Jackson LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone:   (251) 405-1300
Fax:         (251) 432-6843

E-mail:        wsh@ajlaw.com


Of Counsel:                          William Larkin Radney III (RAD001)
                                     Barnes & Radney PC
                                     P.O. Box 877
                                     Alexander City, Alabama 35010-0877
                                     (256) 329–8438 (voice)
                                     (251) 329-0809 (fax)
                                     lradney@bellsouth.net


## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Larry W. Morris
kbaker@morrishaynesandhornsby.com
Nancy M. Eady
neady@morrishaynesandhornsby.com

By_____
William Steele Holman II
Armbrecht Jackson LLP
Post Office Box 290
Mobile, Alabama 36601
Phone:        (251) 405-1300
Fax:          (251) 432-6843
E-mail:       wsh@ajlaw.com
Bar Number: HOL051