# FREEDOM COURT REPORTING

### Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CIVIL ACTION NO.: 3:06CV-00124-WHA-CSC

JOHNNY POTTS and JANICE POTTS,

    Plaintiffs,

vs.

DYNCORP INTERNATIONAL, L.L.C.,
JAMES MCCANTS, et al,
    Defendants.

DEPOSITION OF: JAMES D. MCCANTS
10:45 A.M.
JUNE 13, 2006

In accordance with Rule 5(d) of The Alabama Rules of Civil Procedure, as Amended, effective May 15, 1988, I, Cindy C. Goldman, am hereby delivering to Ms. Nancy Eady the original transcript of the oral testimony taken on the 13th day of June, 2006, along with exhibits.

### Page 2

STIPULATIONS

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel that the deposition of James D. McCants, a witness in the above-entitled cause may be taken before Cindy C. Goldman, a Court Reporter and Notary Public for the State of Alabama, at 2301 Sullivan Road, College Park, Georgia 30337, on the 13th day of June, 2006, commencing at 10:45 a.m., pursuant to the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED AND AGREED that the signature to and the reading of the deposition by the witness is waived, the deposition to have the same force and effect as if full compliance had been had with all laws and rules of court relating to the taking of the depositions.

### Page 3

STIPULATIONS
(continued)

IT IS FURTHER STIPULATED AND AGREED that it shall not be necessary for any objections to be made by counsel to any questions except as to form or leading questions, and that counsel for the parties may make objections and assign grounds at the time of trial or at the time said deposition is offered in evidence or prior thereto.

IT IS FURTHER STIPULATED AND AGREED that the notice of filing of the deposition is waived.

### Page 4

APPEARANCES

Appearing On Behalf Of The Plaintiff:
    MORRIS, HAYNES & HORNSBY
    Ms. Nancy Eady
    131 Main Street
    Alexander City, Alabama 35011

Appearing On Behalf Of The Defendants:
    BARNES & RADNEY, P.C.
    Mr. W. Larken Radney, III
    80 North Central Avenue
    Alexander City, Alabama 35010
    ARMBRECHT JACKSON, L.L.P.
    Mr. William Holman, II
    63 South Royal Street
    13th Floor Riverview Plaza
    Mobile, Alabama 36602

Reported By:
    Cindy C. Goldman
    Freedom Court Reporting
    367 Valley Avenue
    Birmingham, Alabama 35209

1 (Pages 1 to 4)

# FREEDOM COURT REPORTING

Page 9

1  number 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?
2     A.  Yes, ma'am.
3     Q.  Okay.  Mr. McCants, tell me
4  about your education.
5     A.  I went to Excel High School.
6     Q.  And where is that?
7     A.  In Excel, Alabama.
8     Q.  E-x-c-e-l.
9     A.  Yes, ma'am.
10    Q.  And when did you graduate?
11    A.  May of '88.
12    Q.  And how long had you been in
13 high school in Alabama?
14    A.  The whole time, 12 years.
15    Q.  Okay.  Did you grow up in
16 Alabama?
17    A.  Yes, ma'am.
18    Q.  Okay.  And what town did you
19 grow up in?
20    A.  Repton.
21    Q.  Repton.
22        All right.  After you graduated
23 from high school, what happened with you

Page 10

1  education or career wise?
2     A.  I went to college for a year.
3     Q.  And where was that?
4     A.  Monroeville.
5     Q.  All right.  And then what?
6     A.  That was it.
7     Q.  Okay.  And then after you went
8  to college for one year, what did you do?
9     A.  I went into the military.
10    Q.  And what branch of the service?
11    A.  National Guard and then regular
12 Army.
13    Q.  And what year was that that you
14 started with the National Guard?
15    A.  June of '89.
16    Q.  And then when did you move over
17 to regular military?
18    A.  I want to say it was June of
19 '91.
20    Q.  When you went into the National
21 Guard June of '89 until June of 1991,
22 what state did you live in?
23    A.  Alabama.

Page 11

1     Q.  Were you still in Repton?
2     A.  Yes, ma'am.
3     Q.  All right.  And then in June of
4  1991 when you went into the regular Army,
5  where were you sent?
6     A.  Germany.
7     Q.  And how long in the course of
8  your military service from June of --
9  well, how long were you in the military?
10    A.  From '90 -- from '80 -- I'm
11 sorry.  From '89 until '94.  August of
12 '94.
13    Q.  During that time, where did you
14 declare your residency?
15    A.  I don't understand the question.
16    Q.  My dad was in the Navy, and he's
17 from Illinois.  And we moved around all
18 over the place, but because he was in the
19 military, he always was a citizen of
20 Illinois.  He never changed that.  During
21 the time you were in the military,
22 where -- what was your citizenship?
23    A.  Okay.  Home of record would have

Page 12

1  been Monroeville.  I mean, I'm sorry.
2  Repton, Alabama.  I'm sorry.
3     Q.  And that was true through August
4  of 1994?
5     A.  Yes, ma'am.
6     Q.  When you left the military in
7  August of 1994, what did you do?
8     A.  Came back to Repton, Alabama.
9     Q.  And did you have employment
10 then?
11    A.  Yes, ma'am.
12    Q.  And where was that?
13    A.  Chick-Dee.
14    Q.  Chick-Dee?
15    A.  Yes, ma'am.  And Wal-Mart.
16    Q.  And where were they?
17    A.  Monroeville.
18    Q.  And Wal-Mart also?
19    A.  Yes, ma'am.
20    Q.  What did you do for Chick-Dee?
21    A.  Cashier, cook.
22    Q.  And Wal-Mart?
23    A.  Stock and personnel.

3 (Pages 9 to 12)

**367 VALLEY AVENUE**
**(205) 397-2397  BIRMINGHAM,  ALABAMA  1-877-373-3660**

### Page 13

1  Q. Why did you leave the military?
2  A. Got out on a chapter.
3  Q. On a --
4  A. Chapter 13.
5  Q. What -- I don't know what that
6  means.
7  A. Got in trouble and had an
8  Article 15.
9  Q. Okay. Is that dishonorable
10 discharge?
11  A. No, ma'am. Honorable.
12  Q. Okay. Explain -- Chapter 13 and
13 Article 15 means something to you, but,
14 to me, it doesn't. What is an Article
15 15?
16  A. No problem. It was disciplinary
17 action.
18  Q. What for?
19  A. Fighting.
20  Q. All right. And what was that --
21 what was that disciplinary action then?
22  A. I got chaptered out of the
23 military.

### Page 14

1  Q. All right. And that's when you
2  went home?
3  A. Yes, ma'am.
4  Q. Okay. But it was an honorable
5  discharge?
6  A. Yes, ma'am.
7  Q. All right. How long were you in
8  Alabama after you left the military?
9  A. '94 until October of '98.
10  Q. Did you work anywhere besides
11 Chick-Dee and Wal-Mart during that time?
12  A. No, ma'am.
13  Q. All right. Then in October of
14 1998, what did you do career wise?
15  A. In October of '98, I went back
16 into the military.
17  Q. When you joined the military the
18 first time in -- when you got into the
19 regular Army in June of 1991, what was
20 your rank, if you remember?
21  A. I don't remember right offhand.
22  Q. When you left in August of 1994,
23 do you remember what your rank was?

### Page 15

1  A. P-3 (sic).
2  Q. And then when you rejoined in
3  October of 1998, what was your rank?
4  A. P-3 (sic).
5  Q. All right. And was this the
6  regular Army?
7  A. Yes, ma'am.
8  Q. And how long were you back with
9  the regular Army?
10  A. '98 until December '01.
11  Q. And why did you leave in
12 December of 2001?
13  A. I got an Article 15.
14  Q. And that was a disciplinary
15 action?
16  A. Yes, ma'am.
17  Q. And what was that for?
18  A. Fighting.
19  Q. And, again, that was an
20 honorable discharge?
21  A. Yes, ma'am.
22  Q. Then in December of 2001, what
23 did you do?

### Page 16

1  A. Moved to Georgia.
2  Q. When you were in the military at
3  Fort Bragg, where was your home of
4  record?
5  A. Steele, Alabama.
6  Q. All right. And did you find
7  employment after December of 2001?
8  A. Yes, ma'am.
9  Q. And where was that?
10  A. At a tire company in McDonough.
11  Q. And do you remember the name of
12 the tire company?
13  A. No, ma'am.
14  Q. All right. Where was -- what
15 was your position with them?
16  A. Laborer.
17  Q. That was a tire manufacturer
18 then, not a retailer?
19  A. Yes, ma'am. I was a puller.
20  Q. And how long did you do that?
21  A. Six months.
22  Q. And then what happened?
23  A. I started working for the

# FREEDOM COURT REPORTING

Page 25

1  Braves at the same time?
2     A.  Yes, ma'am.
3     Q.  All right.  So, you worked two
4  jobs for July and August of 2005?
5     A.  Yes, ma'am.
6     Q.  And with Braves, have you been
7  personal security throughout your
8  employment with them?
9     A.  Yes, ma'am.
10    Q.  What's you father's full name?
11    A.  James Floyd, F-l-o-y-d, same
12 last name, McCants.
13    Q.  Do you have any cousins that
14 would be -- that are also called James
15 Derrick McCants?
16    A.  No, ma'am.
17    Q.  Okay.  Are you currently
18 married?
19    A.  Yes, ma'am.
20    Q.  And your wife is Caryl?
21    A.  Yes, ma'am.
22    Q.  C-a-r-y-l?
23    A.  Yes, ma'am.

Page 26

1     Q.  And her maiden name -- well, can
2  you tell me her maiden name?
3     A.  Yes, ma'am.  It's Burton,
4  B-u-r-t-o-n.
5     Q.  And where is she from?
6     A.  California.
7     Q.  And where did the two of y'all
8  meet?
9     A.  Monroeville.
10    Q.  And when did y'all get married?
11    A.  September of '98.
12    Q.  And where was that marriage?
13    A.  Monroeville.
14    Q.  Had you ever been married before
15 Ms. Burton?
16    A.  Yes, ma'am.
17    Q.  All right.  How many times?
18    A.  Twice.
19    Q.  All right.  Who was your first
20 wife?
21    A.  Debra, D-e-b-r-a?
22    Q.  Uh-huh.
23    A.  She's a Millender now.

Page 27

1     Q.  Did you have any children from
2  that marriage?
3     A.  Yes, ma'am.
4     Q.  How many?
5     A.  One.
6     Q.  And how old -- is it a he or a
7  she?
8     A.  He.
9     Q.  And how old is he now?
10    A.  15.
11    Q.  And where does Ms. McCants live
12 now -- Ms. Millender.  I'm sorry.  His
13 mother, Debra Millender?
14    A.  South Carolina.
15    Q.  And when y'all were originally
16 married, where were you married?
17    A.  Excel, Alabama.
18    Q.  And when was that?
19    A.  April 2000.  No.  No.  I'm
20 sorry.  I'm sorry.
21       MS. EADY:  Off the record.
22       (A short discussion was held.)
23    Q.  (By Ms. Eady) Can you go back to

Page 28

1  my question where it says when were the
2  two of y'all married, and just pick back
3  up there?
4     A.  April of '90.  I'm sorry.
5     Q.  And how long were y'all married?
6     A.  Five years.
7     Q.  And when were you divorced?
8  Well, were you divorced in 1995?
9     A.  Yes, ma'am.
10    Q.  And where were you divorced?
11    A.  Monroeville.
12    Q.  The Monroeville judge entered a
13 decree of divorce?
14    A.  Yes, ma'am.
15    Q.  An order saying y'all were
16 divorced.  Was there child support as
17 part of that order?
18    A.  Yes, ma'am.
19    Q.  Were you paying child support,
20 or -- you were paying child support to
21 your ex-wife?
22    A.  Yes, ma'am.
23    Q.  And then what was your second

7 (Pages 25 to 28)

**FREEDOM COURT REPORTING**

Page 29

1  marriage? Who was the second person you
2  married?
3     A.  Tammy Gulley.
4     Q.  All right. And where was she
5  from?
6     A.  Frisco City.
7     Q.  And where did y'all get married?
8     A.  Monroeville.
9     Q.  What year did y'all get married?
10    A.  I want to say '96.
11    Q.  And did y'all have any children?
12    A.  No, ma'am.
13    Q.  And when did you get divorced?
14    A.  '96.
15    Q.  And where was that divorce?
16    A.  Monroeville.
17    Q.  And, again, the judge entered a
18  decree of divorce?
19    A.  Yes, ma'am.
20    Q.  Did you ever have a child
21  support action brought against you on
22  behalf of Ms. -- Debra for failing to pay
23  child support?

Page 30

1     A.  No, ma'am.
2     Q.  Was there any other action
3  involving your divorce filed in
4  Alabama --
5     A.  No, ma'am.
6     Q.  -- with Ms. McCants?
7     A.  No, ma'am, not to my knowledge,
8  it wasn't.
9     Q.  Okay. Have you paid your child
10  support?
11    A.  Yes, ma'am.
12       I don't pay any now because --
13  because it got thrown -- it actually got
14  thrown out of court. We went back to
15  court for it.
16    Q.  Uh-huh. Who went back to court
17  for child support?
18    A.  I did.
19    Q.  You went back to court to have
20  the child support terminated?
21    A.  Yes, ma'am.
22    Q.  And where was that?
23    A.  Monroeville.

Page 31

1     Q.  When was that?
2     A.  I don't actually remember the
3  exact year.
4     Q.  Was it before Iraq or after
5  Iraq?
6     A.  It was before.
7     Q.  Did you have an attorney?
8     A.  No, ma'am. It was by the Court.
9     Q.  And what happened there?
10    A.  Because I was paying it, and
11  they couldn't find her. And she moved to
12  another state. And then she -- I think
13  she tried to file it again from there.
14  And then they threw -- they dismissed it.
15    Q.  Okay. You were paying the child
16  support where?
17    A.  To Monroeville.
18    Q.  To the Monroeville -- to the
19  courthouse in Monroeville?
20    A.  Yes, ma'am.
21    Q.  All right. And they were
22  supposed to be forwarding it to your
23  ex-wife?

Page 32

1     A.  Yes, ma'am.
2     Q.  And she moved?
3     A.  Yes, ma'am.
4     Q.  And they didn't know where to
5  send it?
6     A.  Yes, ma'am.
7     Q.  So, you went back to court and
8  said, "If you're not going to send it to
9  her, I don't think I should have to pay
10  it"; is that right?
11    A.  No, ma'am.
12    Q.  That's where I'm getting
13  confused.
14    A.  No, ma'am. I never said I don't
15  think I should have to pay it.
16       (Plaintiff's Exhibit No. 1 was
17       marked for identification.)
18    Q.  (By Ms. Eady) Uh-huh. I'm going
19  to attach this as Exhibit 1. It is a
20  printout from what's called Alacourt. It
21  lists cases that are filed in different
22  courts.
23       And this is why I was asking you

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 33

1  about the child support issue. This
2  shows -- let's go off the record for a
3  minute.
4      (A short discussion was held.)
5      Q. (By Ms. Eady) Let's try it this
6  way: When you divorced Debra Sue
7  McCants --
8      A. Yes, ma'am.
9      Q. -- the judge issued an order
10 divorcing to two of y'all; right?
11     A. Yes, ma'am.
12     Q. And there were some obligations
13 in that order that you needed to comply
14 with; correct?
15     A. Yes, ma'am.
16     Q. All right. And that included
17 the obligation to pay child support?
18     A. Yes, ma'am.
19     Q. All right. At some point in
20 time, you no longer had to pay child
21 support; is that correct?
22     A. Yes, ma'am.
23     Q. All right. Did you get another

Page 34

1  order from a judge that said that?
2      A. Yes, ma'am. But I don't
3  remember what month exactly that was.
4      Q. Do you recall what year that
5  was?
6      A. No ma'am, not right offhand, I
7  don't.
8      Q. What led to the judge giving the
9  order that you didn't have to pay anymore
10 child support?
11     A. What do you mean?
12     Q. How did that happen?
13     A. I kept going every month to the
14 courthouse making my payments, making my
15 payments.
16     Q. Okay.
17     A. And they were logging them in.
18 And the people at the courthouse where I
19 was making my payments to, they were
20 saying, "Well, you're making these
21 payments, but we have them all still on
22 file, and they keep coming back."
23     Q. Okay. So, then what happened?

Page 35

1      A. They told me, I mean, I could
2  continue to just keep paying them there.
3  But, you know, they -- I mean, they
4  didn't have nowhere to send the money to.
5  Didn't have a forwarding address or
6  anything.
7      Q. Uh-huh.
8      A. So, they told me, you know, I
9  needed to go and try and take care of it.
10     Q. Needed to go and try and take
11 care of it in what way?
12     A. As to try to find if I could get
13 a forwarding address from my ex-wife at
14 that time.
15     Q. Uh-huh. Did you try and do
16 that?
17     A. Yes, ma'am.
18     Q. Okay. And then were you
19 successful?
20     A. No, ma'am.
21     Q. And then what happened?
22     A. My mother told me -- I can't
23 think of the lawyer's name. We went to

Page 36

1  court.
2      Q. Okay. And when we -- who is
3  "we" that went to court?
4      A. Me and my mother.
5      Q. Did you have a lawyer there with
6  you?
7      A. It was -- because I couldn't
8  afford one, it was the court-appointed
9  lawyer.
10     Q. Okay. Would you recognize the
11 name if you heard it?
12     A. I couldn't say if I could or
13 not, ma'am.
14     Q. So, you went to court, and there
15 was a court-appointed lawyer there?
16     A. Yes, ma'am.
17     Q. Were there two lawyers, a lawyer
18 for you and a lawyer for the court or
19 just one lawyer?
20     A. Just one.
21     Q. So, there was a court-appointed
22 lawyer there. And what did you and your
23 mother do?

9 (Pages 33 to 36)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

Page 37

1    A.  Asked the -- I really don't
2  remember, ma'am.
3    Q.  Did you ask the judge or the
4  lawyer something?
5    A.  I asked the lawyer to -- well,
6  he -- I didn't ask him.  He basically
7  told us, you know, that the money, it was
8  not being forwarded, you know, to
9  Ms. Millender.  Or I don't know if she
10 was a Millender at the time or not.
11   Q.  Right.  That the money was not
12 being forwarded?
13   A.  Yes, ma'am.  And he gave us our
14 options.
15   Q.  And what were those options?
16   A.  I mean, to have it -- I don't
17 know the exact terminology that he used.
18 To have it, I guess, stopped.
19   Q.  And what else?
20   A.  That was it.
21   Q.  Okay.  And have it stopped that
22 as you didn't pay child support anymore?
23   A.  Yes, ma'am.

Page 38

1    Q.  From that time?
2    A.  (Witness nods head
3  affirmatively).
4    Q.  Did you get an order from the
5  judge that said that that was okay?
6    A.  I want to say yes, ma'am.  But I
7  don't really remember.
8    Q.  All right.  And the judge would
9  have been the judge in Monroeville?
10   A.  Yes, ma'am.
11   Q.  Do and you and Caryl have any
12 children?
13   A.  No, ma'am.
14   Q.  When you go overseas to Iraq,
15 where does Caryl stay?
16   A.  At her apartment.
17   Q.  What state?
18   A.  Here in Georgia.
19   Q.  Okay.  All right.  Do you have a
20 driver's license?
21   A.  Yes, ma'am.
22   Q.  All right.  And what state is
23 that driver's license?

Page 39

1    A.  Georgia.
2    Q.  Do you have it with you?
3    A.  No, ma'am, not right now.
4    Q.  You have a current license,
5  though?
6    A.  Yes, ma'am.
7    Q.  All right.  I'll need to get a
8  copy of that.
9       MR. HOLMAN:  We'll do that.
10      MS. EADY:  Okay.
11   Q.  Who is your current employer?
12   A.  The Atlanta Braves.
13   Q.  That Atlanta Braves.  Are you
14 about to go back to Iraq?
15   A.  I'm thinking about it.
16   Q.  Okay.  But you haven't signed on
17 with anybody?
18   A.  No, ma'am.
19   Q.  Well, have you applied?
20   A.  Yes, ma'am.
21   Q.  With whom?
22   A.  Several companies.
23   Q.  And they are?  Dyncorp?

Page 40

1    A.  I'm sorry.  Go ahead.
2    Q.  That's all right.  Go ahead and
3  tell me who they are.
4    A.  Dyncorp, Blackwater, and
5  Cochise.
6    Q.  And is there a -- are you trying
7  to get on as personal security detail
8  again?  Or what positions are you seeking
9  from these companies?
10   A.  I've just been looking.  Just
11 different options to know what's open.
12   Q.  Do you currently have a car?
13   A.  No, ma'am.
14   Q.  Or a truck?
15   A.  All right.
16   Q.  Do you have a vehicle that you
17 drive right now?
18   A.  No, ma'am.
19   Q.  All right.  Does your wife?
20   A.  Yes, ma'am.
21   Q.  All right.  What does your wife
22 have?
23   A.  A Jeep Cherokee.

10 (Pages 37 to 40)

# FREEDOM COURT REPORTING

Page 49

1  Q. All right. Do you recall
2  getting a traffic ticket in 1990, a
3  speeding ticket?
4  A. 1990, yes, ma'am.
5  Q. Okay.
6  A. Probably so.
7  Q. Do you recall what the speed
8  was?
9  A. No, ma'am.
10 Q. Do you recall whether you pled
11 guilty or contested the ticket?
12 A. I paid it.
13 Q. Have you ever -- all right. Do
14 you remember a traffic ticket in Alabama
15 in 1997?
16 A. No, ma'am. Not right offhand, I
17 don't.
18 Q. Okay. Did you live at 704
19 Bigger Street, Apartment 14, Monroeville
20 at some time?
21 A. I don't remember.
22 Q. Okay. Did you ever get a
23 traffic ticket, for example, when you

Page 50

1  were in North Carolina up at Fort Bragg?
2  A. I don't remember, ma'am.
3  Q. Or a traffic ticket when you
4  lived in New York?
5  A. Not right off the top of my
6  head, I don't.
7  Q. And any of the other states
8  where you lived?
9  A. No, ma'am, right at this time, I
10 don't.
11 Q. Can a person get a speeding
12 ticket on a base?
13 A. Yes, ma'am.
14 Q. Okay. Have you ever gotten any
15 speeding tickets on any of the bases you
16 were stationed at when you were in the
17 Army?
18 A. No, ma'am, I don't believe I
19 did.
20 Q. Okay. Have you ever borrowed
21 money from anybody in Alabama?
22 A. Yes, ma'am.
23 Q. Okay. And I'm not talking about

Page 51

1  a loan from family or friends or
2  whatever. I'm talking about a formal --
3  like an account you go to buy something,
4  and you pay for it that way, things like
5  that. When was the last time you did
6  something --
7  A. It's been a long time.
8  Almost -- I want to say maybe eight or
9  nine years ago.
10 Q. Who was that with?
11 A. I had an account with
12 Heilig-Myers.
13 Q. And what happened to that
14 account?
15 A. I paid it off.
16 Q. Did you have any accounts with
17 anybody else in Alabama?
18 A. There was a -- I had a loan
19 with -- I want to say the name of it was
20 Money Tree. I believe that was the name
21 of it.
22 Q. Okay.
23 A. I paid it off as well, ma'am.

Page 52

1  Q. Anyone else?
2  A. No, ma'am, not that I can
3  remember.
4  Q. Okay. Do you remember something
5  called GCFA Incorporated?
6  A. No, ma'am.
7  Q. Do you remember ever being sued
8  for $546.50 --
9  A. No, ma'am.
10 Q. -- about the time that you would
11 have been married to the second wife,
12 Tammy Gulley?
13 A. No, ma'am.
14 Q. In 1996, you lived at Route One,
15 Box 152-A, Repton, Alabama?
16 A. Yes, ma'am.
17 Q. Besides when you were in the
18 military and you were stationed -- when
19 you were in the military, as far as I can
20 tell, were you stationed in New York for
21 a while?
22 A. Yes, ma'am.
23 Q. Were you stationed in North

13 (Pages 49 to 52)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**