

| George Hendrix<br>Clerk, Circuit Court | **CIRCUIT CLERK**<br>**35th JUDICIAL CIRCUIT**<br>**Conecuh County, Alabama**<br>(251) 578-2066 | P.O. Box 107<br>Evergreen, Alabama 36401 |
|---|---|---|

JULY 18, 2006

TO WHOM IT MAY CONCERN:

REF: GCFA VS: JAMES D. MCCANTS  -  SM-96-324

I, GEORGE HENDRIX, CLERK OF THE DISTRICT COURT OF CONECUH COUNTY DO HEREBY CERTIFY THAT ALL THE ATTACHED ARE TRUE AND CORRECT COPIES AS FILED IN MY OFFICE.
DATED THIS THE 18TH DAY OF JULY, 2006.

_____
GEORGE HENDRIX, DISTRICT CLERK


RECEIVED $13.50 FOR COPIES.

_____
CLERK

351                                                                                                       SM 96 000324.00
                                                                                    JUL 2: JEFFERY T BROCK

```
                        ALABAMA JUDICIAL DATA CENTER
                             CASE ACTION SUMMARY
                                SMALL CLAIMS
```

IN THE DISTRICT COURT OF   CONECUH        COUNTY

GCFA, INC VS JAMES DERRICK MCCANTS
FILED: 08/08/96   TYPE: ACCOUNT COLLECTION    TYPE TRIAL: NON-JURY   TRACK:

```
DATE1:              CA:                     CA DATE:
DATE2:              AMT:      $546.50       PAYMENT:
```

PLAINTIFF 001: GCFA, INC
                                             ATTORNEY: FRIEDMAN, BARRY A
                                                       P O BOX 2394
                  , AL  00000-000
          PHONE: 000-0000                              MOBILE, AL  36652
ENTERED: 08/08/96  ISSUED:           TYPE:             (205) 433-5412
SERVED:            ANSWERED:         JUDGEMENT:

DEFENDANT 001: MCCANTS JAMES DERRICK
               RT 1 BOX 152-A           ATTORNEY:

               REFTON, AL  36475-0000
          PHONE: 000-0000
ENTERED: 08/08/96  ISSUED: 08/08/96   TYPE: SHERIFF
SERVED: 9-9-96     ANSWERED:          JUDGEMENT:

---

| Date | Action |
|---|---|
| 08/08/1996 | ASSIGNED TO JUDGE: JEFFERY T BROCK |
| 08/08/1996 | NON-JURY TRIAL REQUESTED |
| 08/08/1996 | GCFA, INC ADDED AS C001 |
| 08/08/1996 | LISTED AS ATTORNEY FOR C001: FRIEDMAN, BARRY A |
| 08/08/1996 | MCCANTS JAMES DERRICK ADDED AS D001 |
| 08/08/1996 | SERVICE ORDER SENT TO D001 |
| 9-16-96 | CALL OF THE SMALL CLAIM DOCKET: LETTER TO PL TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AS PLAINTIFF FAILED TO APPEAR FOR DOCKET CALL. |
| 9-24-96 | Application For Default Mailed |
| 9-30-96 | APPLICATION, AFFIDAVIT AND ENTRY OF DEFAULT FILED. DEFAULT ENTERED & FILED. |
| 9-30-96 | JUDGMENT RENDERED IN FAVOR OF THE PLAINTIFF IN THE AMOUNT OF $546.50 PLUS COST |
| 9-30-96 | NOTICE OF JUDGMENT FILED. |
| 11-14-96 | PROCESS OF GARNISHMENT FILED. VANITY FAIR -G001 - Served 11-21-96 |
| 11-22-96 | ORDER CONDEMNING FUNDS FILED. |
| 11-27-96 | GARNISHEE'S ANSWER FILED. DEF. NO LONGER EMPLOYED LEFT EMPLOYMENT 11-15-96. CC: ATTY. FRIEDMAN. |
| 11-27-96 | GARNISHEE'S RELEASE TO ATTY FRIEDMAN FOR SIGNATURE. |
| 12-6-96 | Garnishee's release filed. cc: Garnishee |
| 12-8-96 | Interrogatories to Dy filed. Served 1-14-97 |

2

ALABAMA JUDICIAL DATA CENTER
CONECUH COUNTY

ORDER FOR SERVICE AND RETURN

2109

SM 96 000324.00
JEFFERY T BROCK

IN THE DISTRICT COURT OF CONECUH COUNTY

GCFA, INC VS JAMES DERRICK MCCANTS

SERVE ON: D001

MCCANTS JAMES DERRICK
RT 1 BOX 152-A

REPTON          , AL 36475-0000



NOTES:
  STATEMENT CLAIM

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
    YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
    TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

08/08/96  DATE          CLERK: RILEY JEAN E           BY: _____
                        PO BOX 107
                        EVERGREEN AL 36401
                        (334) 578-2066

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
DOCUMENT IN _Conecuh_ COUNTY, ALABAMA
TO:

_James Derrick McCants_     _Frank Shaner_ 2109
                            SIGNATURE OF SERVER

                            9-9-96
NAME / ADDRESS ABOVE        DATE

OPERATOR: PAW
PREPARED: 08/08/96

IN THE SMALL CLAIMS COURT OF CONECUH COUNTY, ALABAMA

GCFA, INC
      Plaintiff,

vs.

JAMES DERRICK MCCANTS
      Defendant,

CASE NUMBER: SM-96-334

NOTICE TO EACH DEFENDANT__READ CAREFULLY

YOU ARE BEING SUED IN THE SMALL CLAIMS COURT BY THE PLAINTIFF(S) SHOWN ABOVE. THE JUDGE HAS NOT YET MADE ANY DECISION IN THIS CASE, AND YOU HAVE THE RIGHT TO A TRIAL TO TELL YOUR SIDE.

HOWEVER, IF YOU, OR YOUR LAWYER, FAIL TO FILL OUT THE ENCLOSED ANSWER FORM AND DELIVER OR MAIL IT TO THE CLERK AT THE ADDRESS SHOWN BELOW, SO THAT IT WILL GET TO THE CLERK'S OFFICE WITHIN FOURTEEN (14) DAYS AFTER YOU RECEIVE THESE PAPERS, A JUDGMENT CAN BE TAKEN AGAINST YOU. ONCE A JUDGMENT HAS BEEN ENTERED AGAINST YOU, YOUR PAYCHECK CAN BE GARNISHED AND/OR YOUR HOME OR PROPERTY SOLD TO SATISFY THAT JUDGEMENT.

COMPLAINT

    Defendant owes the Plaintiff the sum of $546.50 due by open account and/or account stated. This suit is filed on an itemized verified statement of account which is filed herein.

    WHEREFORE, Plaintiff demands judgment against the Defendant for the sum of $546.50 and costs of court.

    NOTE: The total amount of court costs may be more than this amount when the case is finally settled. The Clerk will inform you of any additional costs at the close of the case.

BARRY A. FRIEDMAN
REID, FRIEDMAN, PERLOFF & ROSS, PC
Attorneys for Plaintiff
257 St Anthony Street
Post Office Box 2394
Mobile, Alabama 36652
Telephone: 334/439-7406

SERVE THE DEFENDANT:

Rt 1 Box 152 A, Repton, Alabama 36475
or c/o Chick-a-Dee, Highway 21 South, Monroeville, Ala. 36460
or c/o
SERVICE TO BE PERFECTED BY: CONECUH COUNTY SHERIFF'S DEPT.

96000653      FRI011

THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

13445

## STATEMENT OF ACCOUNT

Creditor: GCFA, INC
Debtor: JAMES DERRICK MCCANTS
Address: Rt 1 Box 152 A Repton, Alabama 36475
Social Security Number: 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
Phone: 334/765-2788
Employment: Chick-a-Dee Highway 21 South Monroeville, Ala. 36460

Professional Services Rendered on Account        $546.50

=================================================================

STATE OF ALABAMA
COUNTY OF MOBILE

### ASSIGNMENT OF CLAIM

The undersigned Assignor, Monroe County Hospital, for and in consideration of the sum of ONE ($1.00) DOLLAR, and other good and valuable consideration, hereby acknowledge to have been paid, does hereby assign, transfer and set over to GCFA, INC, as Assignee, a claim of the undersigned Assignor does further grant full authority to said Assignee to collect, sue for and/or do any and all other legal and proper acts to enforce collection thereof in its own name, as Assignee.

Dated this ___15___ day of ___April___, 1996.

Monroe County Hospital
X BY: _Julia Duffin_
X ITS: _Business Office Manager_

=================================================================

### SWORN STATEMENT OF ACCOUNT

STATE OF ALABAMA
COUNTY OF MOBILE

The undersigned, being duly sworn, deposes and says: I am authorized to make this affidavit on behalf of the creditor whose account is attached hereto; the books and records of said creditor were maintained under my supervision and control; I am familiar with the books and accounts of said creditor and the attached itemized account is, to best of my knowledge, information and belief, true and correct; all credits which to the account debtor is entitled are reflected thereon; and the balance shown to be due thereon is due and unpaid.

GCFA, INC
BY: _____
ITS: _____

Subscribed and sworn to before me, this _29th_ day of _April_, 1996.

_Gloria A. Hudson_
Notary Public
Notary Public, State at Large
RW  My Commission Expires 1/27/97

88/23771        96000653
THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

# 366193

5

```
                    MONROE COUNTY HOSPITAL                                PAGE  1
             PATIENT ACCOUNT DETAIL 366193 MCCANTS JAMES DERRICK          H5ARDET

   ----------------------            BILLING INFORMATION------------
    366193 MCCANTS JAMES DERRICK      16 CREDIT----:           HOSP DRG..:
    M                                 17 BILL------:           FINAL DRG.:
    04/15/1970                        18 CYCLE-----: 3
    001275 BERRYMAN C                 19 STAY TYPE-: 3    E.R.
    S                                 20 SERVICE---: M
    SEC.-: 419255995                  21 INSURANCE-: P    PRIVATE PAY

  GRANTOR------------------------    ADMISSION---------------------
  NAME------: MCCANTS JAMES DERRICK   22 DATE------: 11/03/94
  ADDRESS-1: RT 1 BOX 152A            23 CODE------: E
  ADDRESS-2:
 13 CITY/ST--: REPTON         AL      DISCHARGE---------------------
 14 ZIP------: 36475                  25 DATE------: 11/03/94     DAY STAY
 15 PHONE----: 2057652788             26 CODE------: H


  A/R      SERV     TYPE     CHG/REC                                                                MED
  DATE     DATE     TRAN CODE NUMBER  QTY DESCRIPTION                   CHARGE       CREDIT      NECESSARY CPT
 ------------------------------------------------------------------------------------------------------------
 11/02/94           CHG  45  43610138  1 NS 1000 CC                      31.25                             J7030
 11/02/94           CHG  45  43610138  1 NS 1000 CC                      31.25                             J7030
 11/02/94           CHG  45  43610286  1 EXTENSION SET                    8.50                             A4649
 11/02/94           CHG  45  43610773  1 PRIMARY SET WO/FILTER           28.50                             A4649
 11/02/94           CHG  43  43610179  1 JELCO 18 GA                     10.50
 11/02/94           CHG  45  43610245  1 IV START PACK                   10.00                             A4649
 11/03/94           CHG  73  42410092  1 CHEST 2 VIEWS                   76.00                             71020
 11/03/94           CHG  78  43323385  1 COMPAZINE 5MG/ML 2ML INJ (PROCHLORP 28.00                         Z0370
 11/03/94           CHG  55  40230468  1 PT                              34.50                             85610
 11/03/94           CHG  55  40230476  1 PTT                             34.50                             85730
 11/03/94           CHG  55  40300295  1 *VENIPUNCTURE                    7.00                             G0001
 11/03/94           CHG  55  40290017  1 *STAT CHARGE                    18.00                             99050
 11/03/94           CHG  55  40220022  1 CHEM 7                          99.50                             80007
 11/03/94           CHG  55  40230401  1 CBC                             24.50                             85025
 11/03/94           CHG  55  40300402  1 .CBC-HEMOGRAM                   24.50                             85024
 11/03/94           CHG  46  38510186  1 ER LEVEL 4                      80.00                             99282
 11/09/94           NOTE S                STATEMENT-1 11/06/94
 12/07/94           NOTE S                STATEMENT-C 12/04/94
 01/05/95           NOTE S                STATEMENT-C 01/01/95
 02/01/95           NOTE S                STATEMENT-C 01/29/95
 03/01/95           NOTE S                LETTER-L1   02/26/95
 03/29/95           NOTE S                LETTER-L2   03/26/95
 04/06/95           CHG  WO  99001      1 BAD DEBT WRITE-OFF                         -546.50

 BAD DEBT BALANCE............546.50      AR BALANCE.........................................0.00
```

6

```
                  MONROE COUNTY HOSPITAL                        PAGE  2
                  PATIENT ACCOUNT DETAIL 366193 MCCANTS JAMES DERRICK    H5ARDET

        ****** CHARGE SUMMARY ******************
                                                DAYS MED-
        DESCRIPTION                AMOUNT  DAYS NECESSARY  UNITS

        CENTRAL SUPPLIES NON-STERILE  10.50                  1.00
        IV SOLUTIONS                 109.50                  5.00
        EMERGENCY ROOM                80.00                  1.00
        LABORATORY                   242.50                  7.00
        RADIOLOGY                     76.00                  1.00
        PHARMACY                      28.00                  1.00
    WO  BAD DEBT WRITE OFF           546.50CR                1.00
                    TOTAL CHARGES..............0.00
                    TOTAL ADJUSTMENTS..........0.00
                    LESS PAYMENTS..............0.00
                    AR BALANCE.................0.00
                    BAD DEBT BALANCE.........546.50
```

7

| Alabama Judicial System Rev 6/88 | NOTICE OF JUDGMENT | Case Number SM 96 324 |
|---|---|---|

SMALL CLAIMS COURT OF CONECUH COUNTY

**Plaintiff:** GCFA, INC
BARRY A FRIEDMAN
**Address:** Post Office Box 2394
Mobile, Alabama 36652
**Attorney:**

**Judgment Date:** 9-30-96
**Judgment:** $ 546.50
**Costs:** $ 27.00
**Other:** $

v.

**Defendant:** JAMES DERRICK MCCANTS
RT 1 Box 152-A
**Address:** Repton, Alabama 36475
**Attorney:**

**Total:** $ 573.50

**Judgment Rendered in Favor of:** ☒ Plaintiff  ☐ Defendant

**Judgment:**
☒ Default          ☐ Consent
☐ Dismissal        ☐ Workmen's Comp.
☐ Detinue          ☐ Unlawful Detainer
☐ Other _____ (Give details below)

**Judgment Conditions:**
☐ With Waiver of Exemptions    ☒ Without Waiver of Exemptions
☐ With Prejudice               ☐ Without Prejudice

_/s/ Jeff T Byrd_
Judge/Clerk/Register

**Certified As A True Copy:**
_____ By: _____
**Clerk/Register**
_____
**Date**

[Stamp: SEP 1996 Jean E. Riley Circuit Clerk Filed]

**PLEASE NOTE:** If you disagree with this Judgment (decision), you can appeal by filing a "Notice of Appeal" Form with the clerk of this court within __14__ days after the date of this Judgment. See the clerk for further information.

COURT COPY: Original    PLAINTIFF: Copy    DEFENDANT: Copy

8