```
AVS0351                                                          CS 1998 000103.00

                                            JUDGE: WILLIAM J. CAUSEY, J
                      ALABAMA JUDICIAL DATA CENTER
                          CASE ACTION SUMMARY
                             CHILD SUPPORT

  IN THE JUVENILE COURT OF   MONROE        COUNTY
  DEBRA S MILLENDER VS JAMES D MCCANTS
  FILED: 07/15/1998 TYPE: URESA PET          TYPE TRIAL: NON-JURY  TRACK:
*****************************************************************************
  DATE1:              CA:   DISM W/O PREJ   CA DATE: 01/04/2002
  DATE2:              AMT:          5.00    PAYMENT:
  DATE3: 12/20/2001
*****************************************************************************
  PLAINTIFF   001: MILLENDER DEBRA S
                   3131 PAUL LANE #3         ATTORNEY:

                   BRUSLY, LA 70719-0000
                   PHONE: (000)000-0000
  ENTERED: 07/15/1998 ISSUED:                TYPE:
  SERVED:             ANSWERED:              JUDGEMENT: 01/04/2002
  -------------------------------------------------------------------
  DEFENDANT   001: MCCANTS JAMES D
                   327 SNYDER ST             ATTORNEY:
                   P O BOX 973
                   FRISCO CITY, AL 36445-0000
                   PHONE: (334)000-0000
  ENTERED: 07/15/1998 ISSUED: 07/15/1998 TYPE:     SHERIFF
  SERVED:             ANSWERED:              JUDGEMENT: 01/04/2002
  -------------------------------------------------------------------

  07/15/1998    FILED THIS DATE: 07/15/98
  07/15/1998    ASSIGNED TO JUDGE: WILLIAM J. CAUSEY, JR.
  07/15/1998    NON-JURY TRIAL REQUESTED
  07/15/1998    MILLENDER DEBRA S ADDED AS C001
  07/15/1998    MCCANTS JAMES D ADDED AS D001
  07/15/1998    SHERIFF ISSUED: 07/15/98 TO D001
  07/15/1998    SET FOR: URESA PET ON 08/13/98 AT 0900A
  07/29/1998    RETURN OF OTHER ON 07/27/1998 FOR D001    (AV02)
  09/24/1998    SET FOR: URESA PET ON 10/13/1998 AT 0900A (AV07)
  09/24/1998    PARTY ADDED  W001  JAMES D MCCANTS
  09/24/1998    WITNESS SUBPOENA ISSUED
  09/24/1998    WITNESS SUBPOENA ISSUED
  10/13/1998    DEFENDANT FAILED TO APPEAR FOR COURT
  10/16/1998    WARRANT ISSUED FOR D001
  12/17/2001    WARRANT RECALL ISSUED FOR D001
  12/17/2001    RB 12/20/2001  WARRANT RECALLED
  12/18/2001    SET FOR: CS FORM JUDMT ON 12/20/2001 AT 0900A
  12/20/2001    MOTION TO DISMISS  DEFENDANT IS NOT IN THE STATE

PAA   01/15/2002                                            CS 1998 000103.00
```

A CERTIFIED COPY
of the original on file
in my office
JOHN M. SAWYER
Clerk of Court

(Certified Copy of Entire File)

1

```
S0351                                                   CS 1998 000103.00

                                        JUDGE: WILLIAM J. CAUSEY, J
                    ALABAMA JUDICIAL DATA CENTER
                       CASE ACTION SUMMARY
                          CHILD SUPPORT

 IN THE JUVENILE COURT OF   MONROE      COUNTY

  DEBRA S MILLENDER VS JAMES D MCCANTS
 FILED: 07/15/1998 TYPE: URESA PET          TYPE TRIAL: NON-JURY  TRACK:
************************************************************************
 DATE1:              CA:    DISM W/O PREJ   CA DATE:  01/04/2002
 DATE2:              AMT:             $.00  PAYMENT:
 DATE3:  12/20/2001
************************************************************************
   12/20/2001     OF ALABAMA

   01/04/2002     ORDER OF DISMISSAL   S/W J CAUSEY

   01/15/2002     COURT ACTION JUDGE: WILLIAM J. CAUSEY, JR.   (AV07)

   01/15/2002     DISPOSED ON: 01/04/2002 BY (DISM W/O PREJ)   (AV07)

   01/15/2002     C001 DISPOSED BY (DISM W/O PREJ)  ON 01/04/2002

   01/15/2002     D001 DISPOSED BY (DISM W/O PREJ)  ON 01/04/2002


PAA    01/15/2002                                       CS 1998 000103.00
```

2