UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **JOHNNY POTTS AND JANICE POTTS,** * | |
|     **PLAINTIFFS,** * | |
| * | |
| vs.      * | CV-06-00124-WHA-CSC |
| * | |
| **DYNCORP INTERNATIONAL, LLC;** * | |
| **DYNCORP INTERNATIONAL, FZ-LLC;** * | |
| **JAMES MCCANTS, an individual;** * | |
|     **DEFENDANTS.** * | |

## MOTION TO AMEND COMPLAINT

COME NOW the Plaintiffs, Johnny and Janice Potts, and move this Honorable Court for an order permitting them to amend the Complaint in this matter to add DynCorp International FZ-LLC as a party defendant. This Motion to Amend is timely filed under the Scheduling Order governing this action.

DynCorp International FZ-LLC is the entity listed on James McCants' employment agreement as his employer and is believed to be subsidiary of DynCorp International, LLC. In addition, the Plaintiffs have added a contention in their damages that Mr. Potts' leg has been permanently disfigured as a result of this accident, have deleted references to fictitious parties defendants contained in the original complaint and corrected minor typographical errors contained in the original complaint.

A copy of the proposed Amended Complaint is attached hereto as Exhibit A.

Done this the 15th day of September, 2006.

**MORRIS, HAYNES & HORNSBY**

/s Larry W. Morris
Larry W. Morris, MOR007
Attorney for Plaintiffs

Post Office Box 1660
Alexander City, Alabama 35011-1660
(256) 329-2000

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing in the above referenced case on the 15th day of September, 2006 by filing the same electronically with the Clerk of the Court using the CM/ECF system which will send notification of the same to all attorneys of record.

/s Larry W. Morris
Of Counsel