IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY POTTS and JANICE POTTS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.  3:06cv124-WHA |
| | ) | |
| DYNCORP INTERNATIONAL, LLC, JAMES MCCANTS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Defendant Dyncorp International, LLC's Motion to Amend Answer (Doc. #27) and Brief in Support of Motion to Amend Answer (Doc. #32), it is

ORDERED that the Non-moving party shall show cause, if any there be, **on or before October 5, 2006** why the motion should not be granted.  The motion will be taken under submission on that day for determination without oral hearing.

DONE this 25th day of September, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE