# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **JOHNNY POTTS and JANICE POTTS,** | § | |
| **Plaintiffs,** | § | |
| | | **Civil Action No.** |
| **v.** | § | |
| | | **3:06-cv-00124-WHA-CSC** |
| **DYNCORP INTERNATIONAL LLC,** | § | |
| **JAMES McCANTS, et al.,** | | |
| | § | |
| **Defendants.** | | |

## DEFENDANT DYNCORP INTERNATIONAL LLC'S
## DISCLOSURES PURSUANT TO FRCP 26(a)(1)

COMES NOW defendant DynCorp International LLC, by and through its undersigned counsel, and makes the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

1.    Mr. James McCants
6620 River Bend Apartments No. 4824

1

**Exhibit B**

Atlanta, Georgia 30301

2. Mark Greenlee

3. Dwayne Jackson
   644 Mills St.
   Escondido, California

4. Charles Dupre
   7095 Iron Mountain Boulevard
   Stagecoach, Nevada
   (775) 629-9530

5. Pascal J. Budge
   DynCorp International LLC

6. Hank Miller

7. Fred Gajdosik

8. Johnny Potts

9. Janice Potts

10. All individuals identified by plaintiffs.


B. A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

   1. Serious Incident Report
   2. Employers First Report of Injury or Occupational Illness
   3. James McCants Personnel File DynCorp International-Free Zone LLC
   4. Organizational articles DynCorp International-Free Zone LLC
   5. Training materials
   6. All documents identified by plaintiffs.

C. Damages claimed:   Not applicable.

2

D.   For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

Defendant will make such policies available for inspection and copying.

Respectfully submitted,

Armbrecht Jackson LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone:   (251) 405-1300
Fax:            (251) 432-6843

Attorneys for defendant
DynCorp International LLC

William Steele Holman II (HOL051)

Of Counsel:

William Larkin Radney III (RAD001)
Barnes & Radney PC
P.O. Box 877
Alexander City, Alabama 35010-0877
Telephone:   (256) 329–8438
Fax:            (251) 329-0809

3

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the ___20th___ day of ___April___, 2006, served a copy of the foregoing disclosure upon:

Larry W. Morris
Nancy M. Eady
Morris, Haynes & Hornsby
PO box 1660
Alexander City, Alabama 35011-1660

by depositing same in the United States mail properly addressed and first-class postage prepaid.

_Stanley Holt_

#451707

4

## SERIOUS INCIDENT REPORT

### REPORTING INFORMATION

| | | | |
|---|---|---|---|
| **SUBMITTED BY:** | Dwayne Jackson | **INCIDENT DATE:** | September 3, 2004 |
| **SUBMISSION DATE:** | June 15, 2004 | **INCIDENT TIME:** | Approx 1630 |
| **INCIDENT LOCATION:** | Route between Trebil, Jordan and Ar Ramadi towards Baghdad | | |
| **COMPANY INVOLVED:** | MNSTC-I with DynCorp expats and WNNS HF installers | | |
| **REPORTED BY:** | SIS OPNS | **METHOD:** | Thuraya |
| **POINT OF CONTACT:** | Dwayne Jackson | **TEL#:** | 0790-137-9030 |

**INCIDENT DESCRIPTION:** Traffic accident (Initial Report)

### VICTIM INFORMATION

| | | | |
|---|---|---|---|
| **NAME:** | | **NAME:** | |
| **SEX:** | | **SEX:** | |
| **ADDRESS:** | | **ADDRESS:** | |
| **DOB:** | | **DOB:** | |
| **ID# & TYPE:** | | **ID# & TYPE:** | |
| **NATIONALITY:** | | **NATIONALITY:** | |
| **TELEPHONE:** | | **TELEPHONE:** | |
| **INJURIES:** | | **INJURIES:** | |

### SUSPECT INFORMATION

| | | | |
|---|---|---|---|
| **NAME:** | | **NAME:** | |
| **SEX:** | | **SEX:** | |
| **ADDRESS:** | | **ADDRESS:** | |
| **DOB:** | | **DOB:** | |
| **ID# & TYPE:** | | **ID# & TYPE:** | |
| **NATIONALITY:** | | **NATIONALITY:** | |
| **TELEPHONE:** | | **TELEPHONE:** | |
| **INJURIES:** | | **INJURIES:** | |

### WITNESS INFORMATION

| | | | |
|---|---|---|---|
| **NAME:** | | **NAME:** | |
| **SEX:** | | **SEX:** | |
| **ADDRESS:** | | **ADDRESS:** | |
| **DOB:** | | **DOB:** | |
| **ID# & TYPE:** | | **ID# & TYPE:** | |
| **NATIONALITY:** | | **NATIONALITY:** | |
| **TELEPHONE:** | | **TELEPHONE:** | |
| **INJURIES:** | | **INJURIES:** | |

### PROPERTY/EVIDENCE

(CODES: R: Recovered  D: Damaged  DX: Destroyed  S: Stolen)

| CODE | DESCRIPTION | VALUE | CURRENT LOCATION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**PAGE  1  OF  2**

## NARRATIVE

Include Who, What, When, Where, Why, Summary of Actions, Lessons Learned, & Recommendations and any photographs

From: Dwayne Jackson
To: DynCorp Operations-Iraq

On September 3, 2004 at approx. 1515 hours a Multi-National Security Transition – Iraq (MNSTC-I) team in support of the PCO and the LMCC was traveling east in a convoy on the primary road from Trebil, Jordan to Baghdad, Iraq. Grid coordinate unknown. The convoy consisted of an armed Security Escort Team (ASET) of 4 sedans and one Expat SUV (Ford Expedition). Totaling 5 vehicles.

The initial report is that the vehicle was involved in a traffic accident that resulted in the vehicle rolling over and then catching fire. All Expats were removed from the vehicle safely by the ASET and first aid was administered. The most severe injury is reported as being a broken leg. To which Expat is still unclear. Medical assistance arrived shortly after from the military and all personnel were transported to the nearest medical facility. This exact location is also unclear. Detailed information is unavailable at this time on the disposition of the Expats and their exact injuries pending medical evaluation. Due to the SIS ASET not being allowed on the facility, additional information cannot be obtained at the moment. As of 1900 hrs, they are still standing by. Current attempts to gain further information by Thuraya has met with negative results. The phone cannot be reached at this time.

The convoy's mission was to transport the WNNS HF support team to the Trebil to install Codan radio base station. The convoy departed Baghdad at 0600 and arrived in Trebil close to 1100hrs. I received confirmation of their departure from the Dyncorp Liaison in Trebil o/a 1515 hrs. This convoy was tracked and monitored through the Logistics Movement Control Center (LMCC).

At 1955 hrs, still negative contact with the Expats. The ASET as been instructed to return to Trebil and remain available to transport the Expats back to Baghdad when it's safe and feasible pending recovery of personnel.


V/R
Dwayne Jackson
MNSTC-I
Security Program Manager

PAGE ☐ 2 ☐ OF ☐ 2 ☐

DILLC 00002

02/28/2006  16:43    4158363145                    AIG WORLDSOURCE                         PAGE 03/03

Sep'20 04 03:45p    DIFZ                    04-350-43                    P.2

# EMPLOYERS FIRST REPORT OF INJURY OR OCCUPATIONAL ILLNESS

(See instructions on reverse - Leave items 1 and 2 blank)

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

OMB No. 1215-0031
Expires 3/15/97

| 1 OWCP No. | 2. Carrier's No. | 3. Date and Time of Accident | | | | |
|---|---|---|---|---|---|---|
| | | MO | DAY | YR | HOUR | |
| | | 09 | 03 | 04 | 16:30 | |

**4. Name of Injured/Deceased Employee** (Type or print - First M.I. Last)

Mark J. Greenlee    Telephone    0830-1718717

**5. Employee's Address** (No., street, city, state, zip code)

21 TSC Unit 23203, APO AE 09263, USA

**6. Injury is reported under the Following Act** (Mark one)

| | | |
|---|---|---|
| A | ☐ | Longshore and Harbour Workers Compensation Act |
| B | ☒ | Defense Base Act |
| C | ☐ | Nonappropriated Fund Instrumentalities Act |
| D | ☐ | Outer Continental Shelf Lands Act |

**7. Indicate where injury occurred** (Longshore Act only) (Mark one)

| | | |
|---|---|---|
| A | ☐ | Aboard Vessel or Over Navigable waters |
| B | ☐ | Pier/Wharf |
| C | ☐ | Dry Dock |
| D | ☐ | Marine Terminal |
| E | ☐ | Building Way |
| F | ☐ | Marine Railway |
| G | ☐ | Other adjoining area |

**8. Sex**  ☒ M  ☐ F

**9. Date of birth**  8/18/1958

**10. Social Security No.**  677 84 9010

**11. Did injury cause death?**  ☒ No  ☐ Yes - If yes skip to 18

**12. Did injury cause loss of time beyond Day or shift of accident?**  ☐ Yes  ☒ No

**12a. Hire date**  12/31/2003

**13. Date and hour employee First lost time because of injury**  Mo ___ Day ___ Y ___ Hour ___

**14. Did employee stop work immediately**  ☐ Yes  ☒ No

**15. Date and hour employee returned to work**

**16. Was employee doing usual work when injured/killed** (If no, explain in item 26)  ☒ Yes  ☐ No

**17. Did death/injury occur on employers premises**  ☒ Yes  ☐ No

**18. Dept in which employee normally works (ed)**  Oil For Food Security

**19. Occupation**  Operation Liaison Manager

**20. Date and hour pay stopped**  N/A

**21. Which days usually worked per week** (Mark (X) days)

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| X | X | X | X | X | X | X |

**22. Date employer or Foreman first knew of accident**  9/5/2004

**23. Wages or earnings** (include overtime, allowances etc)

| | | |
|---|---|---|
| a. Hourly | $ | |
| b. Daily | $ | |
| c. Weekly | $ | |
| d. Yearly | $ 56,125.00 | |

**24. Exact place where accident occurred** (See instructions on reverse). This item should specify area if accident was in maritime employment and occurred in area adjoining navigable waters

Area code:

Border at Trebil Iraq

**25. How was knowledge of accident or occupational illness gained?**

Injury Report

**26. Describe in full how the accident occurred.** (Relate the events which resulted in the injury or occupational disease. Tell what the injured was doing at the time of the accident. Tell what happened and how it happened. Name any objects or substances involved and tell how they were involved. Give full details on all factors which led or contributed to the accident.

Employee was traveling from border side (Trebil) back to Baghdad, when driver tried to avoid IED and on coming traffic and the Vehicle flped several times

**27. Nature of injury** (Name part of body affected - fractured left leg, bruised right thumb, etc.) If there was amputation of a member of the body, describe.

loss of movement of left shoulder faild to lift up right arm from the side

**28. Has medical attention been authorized**  ☒ Yes  ☐ No

**29. Enter date of authorization**

**30. Was first treating physician chosen by employee**  ☐ Yes  ☒ No

**31. Has insurance carrier been notified**  ☒ Yes  ☐ No

**Address** - Enter number, street, city, state, ZIP code

**32. Physician**  Name  Dr. Chow                    31st CSH Baghdad

**33. Hospital**

**34. Insurance Carrier**

**35. Employer**  DynCorp International FZ-LLC    P.O.Box 500397, Dubai Internet City, Bldg 15, Dubai, UAE

**36. Nature of employers business**  Services

**37. Signature of person authorized to sign for employer**

**38. Official title of person signing this report**  Insurance administrator

**39. Date of this Report**  9/20/2004

Form LS-202

DILLC 00003

# JAMES D MC CANTS

# B00498

## MC CANTS, JAMES D  B00498

# Iraq

# Term 38328

12/07/04

DILLC 00004

# TERMINATED EMPLOYEE

## SCANNED



SCANNED
0 9 OCT 2004

DILLC 00005

# DynCorp International FZ-LLC
## - A CSC Company
## NEW EMPLOYEE PACKAGE CONTENTS

**Employee Name:** JAMES Mc CANTS    **Job Site:** IRAQ

**Clock #:** 600498

| LEFT SIDE OF FOLDER | | | RIGHT SIDE OF FOLDER |
|---|---|---|---|
| | Other Projects | ✓ | Employment Application (Resume) |
| ✓ | Contract/Modification | ✓ | Inv to Identify - Filed Separately - Confidential |
| | Offer Letter | ✓ | DIFZ Employee Profile Form |
| ✓ | Insurance - Attachment 'A' | ✓ | BACS/ACH Direct Dep. Authorisation Agmnt |
| ✓ | Letter of Agreement - Attachment 'B' | | Direct Pay Card (Optional) |
| | | ✓ | Consent to Release Personal Info |
| | | ✓ | Emergency Contacts |
| | | ✓ | Beneficiary Designation |
| | | ✓ | Emp Agreemnt-Confidential Info & Inventions |
| | | ✓ | NonDisclosure Agreement |
| | Alsalam | | |
| | Offer Letter | ✓ | Drug Screen Consent |
| | Letter of Agreement Attachment 'B' | ✓ | Standards & Conditions of Employment |
| | DIFZ Employment Agreement | ✓ | Waiver & Auth to Release Info-employment |
| | Addendum A To F15 Total Combined | | Ethics Card - Signed |
| | DynCorp International LLC Emp Agreement | | Photo ID |
| | ALSALAM Aircraft Co. Emp Agreement | ✓ | Timesheet Procedures Signature Page |
| | | | |
| | | | Termination Pack |
| | | | Termination - End of Contract |
| | | | Termination - Prior to EOC |
| | | | Termination - Transfer DAOL to DIFZ |
| Verified By: | | | |

## FOREIGN SERVICE EMPLOYMENT AGREEMENT
### MODIFICATION NO. 2
#### *DynCorp International FZ-LLC*
#### A CSC COMPANY

THIS MODIFICATION changes the Foreign Service Employment Agreement ("FSA") whose FSA Start Date is <u>December 8, 2003</u> between DynCorp International FZ-LLC ("Employer") and <u>James McCants</u> ("Employee") as follows:

1.    **Position**

The first sentence of Paragraph 1, <u>Position</u>, is hereby deleted, and the following is substituted in lieu thereof:

The Employee accepts the position of <u>**QC & Safety Specialist**</u>. The Employer may reassign the Employee to the position of <u>Operations Liaison Manager</u>, or such other position as the Employer in its sole discretion may require, by further Modification to the FSA.

2.    **Salary/Allowances**

The first two sentences of Paragraph 2, <u>Salary/Allowances</u>, are hereby deleted, and the following is substituted in lieu thereof:

The Employee will receive <u>**$6,923.07**</u> after each full four (4) week period worked.  For computing purposes, the annualized salary for this position is <u>**$90,000.00**</u>.

In the event that the Employer reassigns the Employee to the position of <u>Operations Liaison Manager</u>, the Employee will receive not less than <u>$6,141.25</u>, or such higher salary as may be in effect at the time as determined by the Employer in its sole discretion, after each full four (4) week period worked.  For computing purposes, the annualized salary for this position will be not less than <u>$76,586.25</u>.

In the event that the Employer reassigns the Employee to such other position as the Employer in its sole discretion may require, the Employer will make a corresponding adjustment to the Salary/Allowances based on the range in effect at the time as determined by the Employer in its sole discretion.  If the Employee declines in writing to accept such other position as the Employer in its sole discretion may require, the FSA shall be considered terminated without cause in accordance with Paragraph 17.C of the FSA.

3.    **Effective Date**

This Modification shall be effective as of <u>August 6, 2004</u> and shall remain in effect until the FSA is further modified as described herein, termination, or upon the FSA End Date, whichever is earlier.

4.    **Other FSA Terms and Conditions**

All other terms and conditions of the FSA not specifically changed herein shall remain unchanged.

_____    <u>16 Oct 04</u>
Employee Signature                   Date

_____    <u>17 Oct 2004</u>
Authorized Employer Representative   Date

*Business Manager, Iraq Programs*
Title

## FOREIGN SERVICE EMPLOYMENT AGREEMENT
### MODIFICATION NO. 1
### *DynCorp International FZ-LLC*
### A CSC COMPANY

THIS MODIFICATION changes the Foreign Service Employment Agreement ("FSA") whose FSA Start Date is <u>08 December 2003</u> between DynCorp International FZ-LLC ("Employer") and <u>James McCants</u> ("Employee") as follows:

**1.     <u>Position</u>**

The following is added to Paragraph 1, <u>Position</u>:

The Employer may reassign the Employee to the position of <u>PSD Team Member</u>, or such other position as the Employer in its sole discretion may require, by further Modification to the FSA.

**2.     <u>Salary/Allowances</u>**

The first two sentences of Paragraph 2, <u>Salary/Allowances</u>, are hereby deleted, and the following is substituted in lieu thereof:

The Employee will receive <u>$6,141.25</u> after each full four (4) week period worked.  For computing purposes, the annualized salary for this position is <u>$79,836.25</u>.

In the event that the Employer reassigns the Employee to the position of <u>PSD Team Member</u>, the Employee will receive not less than <u>$5,891.25</u>, or such higher salary as may be in effect at the time as determined by the Employer in its sole discretion, after each full four (4) week period worked.  For computing purposes, the annualized salary for this position will be not less than <u>$76,586.25</u>.

In the event that the Employer reassigns the Employee to such other position as the Employer in its sole discretion may require, the Employer will make a corresponding adjustment to the Salary/Allowances based on the range in effect at the time as determined by the Employer in its sole discretion.  If the Employee declines in writing to accept such other position as the Employer in its sole discretion may require, the FSA shall be considered terminated without cause in accordance with Paragraph 17.C of the FSA.

**3.     <u>Effective Date</u>**

This Modification shall be effective as of <u>01 March 2004</u> and shall remain in effect until the FSA is further modified as described herein or upon the FSA End Date, whichever is earlier.

**4.     <u>Other FSA Terms and Conditions</u>**

All other terms and conditions of the FSA not specifically changed herein shall remain unchanged.


_____     4-22-04
Employee Signature                Date

_____     4-22-04
Authorized Employer Representative     Date

_____
Title

DILLC 00008

# FOREIGN SERVICE EMPLOYMENT AGREEMENT
## *DynCorp International FZ-LLC*
### A CSC COMPANY

THIS CONTRACT is between DynCorp International FZ-LLC ("Employer") and "JAMES MC CANTS" ("Employee"). Employer and Employee agree as follows:

### 1. Position

The Employee accepts the position of **"Operations Liaison Manger"**. The Employee will also be responsible for performing additional duties as directed by the Employee's supervisor. The Employee represents that he or she has the necessary qualifications for performing the duties required by this position.

### 2. Salary/Allowances

The Employee will receive **$3,636.92** after each full four (4) week period worked. For computing purposes, the annualized salary for this position is **$47,280.00**

Salary payment will be made every four (4) weeks, calculated in U.S. Dollars. Payment to Employee shall be made in a method determined by Employer. Employer may choose either of the following methods of electronic payment: (1) direct deposit to a bank account selected by Employee and approved by Employer; or (2) direct deposit to an account in Employee's name selected by Employer. If direct deposit is made to a bank account selected by Employer, Employee shall be responsible for all fees associated with such account, except fees associated with establishment of the account, and fees associated with depositing funds into the account by Employer. The Employee will be paid a pro-rated amount for any period worked that is less than a full four (4) week period. No salary will be paid for periods not worked, except pursuant to Paragraph 11, Paid Leave. The Employee will receive Hazardous Duty Pay in accordance with the Department of State Standardized Regulations, currently 25% of the base salary earned, or as determined by the Department of State and Post Differential Pay (Hardship) allowance in accordance with the Department of State Standardized Regulations, currently 25% of the base salary earned, or as determined by the Department of State. Upon successful completion of one (1) year of employment on this Contract, the Employee will be entitled to receive a Completion Bonus equal to 10% of the base salary earned under this paragraph. In the event Employee is terminated pursuant to Paragraph 17.A., Termination for Cause or 17.B., Voluntary Termination by Employee, Employee will not be entitled to any portion (part or full) of this completion bonus.

The Employee will receive a subsistence allowance of $20 per day if daily subsistence is not provided by the company

Employer will provide housing and transportation in accordance with Contract requirements while in the area of operations.

### 3. Geographic Location of Employment

The geographic location of employment shall be Kuwait and/or Iraq, or such other location as directed by Employer, or its designee. The term "Host Country" as used in this Contract shall mean Kuwait and/or Iraq, or such other country where the geographic place of performance is located.

### 4. Term of Contract

This Contract is for the period of one (1) year unless terminated earlier by either party pursuant to Paragraph 17, Termination. The Contract terms and duration shall commence upon the Employee's arrival at the place designated for orientation in the United States, and end as of the termination date of this Contract.

### 5. Tax Obligations

The Employee bears sole responsibility for payment of all taxes, fees, and payments of any nature whatsoever due to governmental entities of any country due by reason of Employee's acceptance of compensation under this Contract. The Employee agrees to make all of the payments described above, and Employee agrees that Employer bears no responsibility for making any withholding from compensation amounts. Employer, at its sole discretion, may make withholdings from

Employee's compensation with respect to work performed by Employee in Host Country, in accordance with Paragraph 22, Contracting Parties.

### 6.    Travel

Employer agrees to provide air transportation from point of hire to Host Country and return air transportation from Host Country to point of hire at the completion of this Contract, unless this Contract is terminated pursuant to Paragraph 17.A. or 17.B. This travel is authorized only for the Employee. If Employee is found not to be capable of performing the required tasks or requests curtailment of his or her one (1) year assignment for any reason, Employee shall be returned to the point of hire and reimburse Employer in accordance with Paragraph 17.D., Transportation Expenses. Employer and its affiliates shall not be liable for any injury or death to Employee as a result of air transportation provided to Employee under this paragraph, except as addressed under the DynCorp and its Subsidiaries and Affiliated Companies Summary Plan Description (Attachment A).

### 7.    Legal Status

The Employee will be performing duties in connection with work Employer is to perform for the WGI, FLOUR or any other contract in support of the Coalition Provisional Authority (CPA) operations in Kuwait and/or Iraq. The Employee will receive all working directions from the Employee's supervisor.

### 8.    Work Schedule

This is a salaried position. The standard work schedule shall be twelve (12) hours per day, six (6) days per week. The scheduling of work hours may be more or less than 72 hours per week, at the sole discretion of Employer and/or Customer.

### 9.    Working Conditions

The Employer and/or Customer shall provide food, housing, transportation and logistics support to Employee while in the area of operations.

### 10.    Liability

The Employee understands and accepts the fact that he or she may be exposed to dangers due to the nature of the mission. The Employee agrees that neither Employer nor its affiliates will be liable in the event of death, injury, or disability to Employee, except as stated below. Employer will obtain the insurance described in Attachment A on behalf of the Employee. The Employee agrees to accept these insurance benefits as full satisfaction of any claim for death, injury or disability against Employer and its affiliates.

### 11.    Paid Leave

The Employee shall receive paid leave as approved by the Employer and/or Customer. Presently, Employee shall accrue 1.5 days of paid leave per month worked during the term of this Contract; however, this is subject to change at the discretion of the Employer and/or Customer. The Employee shall also be entitled to paid holidays authorized by the Employer and/or Customer. Any paid leave, as specified in this paragraph, must be used during the term of this Contract.

### 12.    Benefits

During the term of this Contract, Employer will obtain the insurance described in Attachment A on behalf of the Employee. Should the Employee suffer any medical condition which requires treatment, payment of such treatment will be provided for a period of time, up to the stated policy limits, consistent with the policy terms and conditions outlined in Attachment A. Employee will not be entitled to salary for any time not worked by reason of illness, injury, disability, or any other medical reason with exception of Paragraph 11, above, and the terms and conditions of the coverage provided in Attachment A. If Employee is not capable of returning to work for medical reasons, Employer can terminate without cause pursuant to Paragraph 17.C., Termination Without Cause. Under these circumstances, Employee's sole compensation for loss of work shall be any benefits described in Attachment A, and return transportation to the point of hire pursuant to Paragraph 6.

DILLC 00010

### 13.    Conduct of Employee

The Employee must comply with all laws and regulations of Host Country including, but not limited to, laws related to currency, black market, and drug use and alcohol abuse. The Employee must comply with applicable laws and regulations of the Dubai Internet City, and applicable laws and regulations of any country where Employer is a citizen or resident. The Employee must perform effectively in the implementation of this Contract. The Employee must respect local customs and conform to a high standard of moral and ethical conduct. Personal attire and hygiene must be in accordance with local Employer policies. The Employee must abide by Employer and CPA security, health and safety regulations, directives, and Employer Standard Operating Procedures and Letter of Agreement (Attachment B). Failure of Employee to abide by any provision of this paragraph, as solely determined by Employer, is grounds for termination for cause pursuant to Paragraph 17. A.vi.

### 14.    Physical Examination

The Employee represents that he or she is in good health and is physically capable of performing his or her obligations under this Contract. The Employee agrees that this Contract is contingent upon obtaining a satisfactory medical examination, satisfactory drug screen results, satisfactory physical agility test, and upon Employee remaining in good physical and mental health, as necessary, to fully perform his or her obligations under this Contract.

### 15.    Proprietary and Confidential Information

All reports, technical documents, maps, plans, recommendations and estimates are considered to be confidential information which shall not be disclosed except to authorized personnel of Employer and its customer. All financial and technical information of Employer and its affiliates shall be considered proprietary and shall not be disclosed by Employee. The Employee shall not use any confidential or proprietary information to private advantage. This paragraph survives the termination of this Contract.

### 16.    Safeguarding of Information

The Employee shall exercise the utmost discretion in regard to all matters relating to their duties and functions. The Employee shall not communicate to any person any information known by reason of performance of services under this Contract, that has not been made public, except in the necessary performance of duties. All documents and records (including photographs) generated during the performance of work under this Contract shall be for the sole use of Employer and its customer. Furthermore, no article, book, pamphlet, recording, broadcast, speech, television appearance, film, or photograph concerning any aspect of work performed under this Contract shall be published or disseminated through any media without the prior written authorization of Employer. These obligations do not cease upon the expiration or termination of this Contract.

### 17.    Termination

#### A.    Termination for Cause

Employer may, during the term of this Contract, discharge the undersigned for cause for any of the following reasons. The undersigned hereby agrees that in the event he or she is so discharged for cause, remuneration shall cease as of the date and hour of such discharge. Additionally, the undersigned shall be responsible for payment of the unearned balance of transportation, allowances, and other costs as described in Paragraph 6.

        i)    Failure to complete a 90-day probationary period;

        ii)    Failure to meet the requirements of Paragraph 14;

        iii)    The Customer requests removal of Employee;

        iv)    Failure to perform duties in a satisfactory manner as accepted in the trade, or those duties as are specified by Employer or the customer;

DILLC 00011

v)  Violation of any law, regulation, procedures or directives of Employer, or the CPA, or any country where Employee is a citizen or resident;

vi)  Violation of any term of this Contract;

vii)  Insubordination;

viii)  Violation of any health, safety or security regulation, directive or procedure, or conduct which endangers the safety or well being of others;

ix)  Abuse of any CPA facility privilege extended to Employee;

x)  Failure to abide by any Employer, CPA, or Host Country law, regulation or directive relating to drug use or alcohol abuse, importation, or supply to others;

xi)  Unexcused absence from work;

xii)  Failure to submit to, or unsatisfactory results of random drug screen. Drug screen may be administered at the discretion of Employer;

xiii)  Failure to meet job qualification requirements in the prime Contract.

B.  **Voluntary Termination by Employee**

The Employee may voluntarily terminate this Contract at any time by providing a 15-day notice to Employer. Transportation costs will be the responsibility of the Employee as outlined in Paragraph 17.D. Employee voluntary termination will result in forfeiture of contract completion bonus.

C.  **Termination Without Cause**

Employer can, at its sole discretion, terminate this Contract at any time. In the event of such termination, the undersigned shall be entitled to return transportation. Employer shall be responsible for return transportation costs as provided in Paragraph 17.D.

D.  **Transportation Expenses**

The Employee shall be responsible for transportation costs (original flight from home of record and the round trip associated with the Host Country) if this Contract is terminated pursuant to Paragraph 17.A. or 17.B. The Employee authorizes Employer to withhold transportation costs from any payment which remains due to Employee in the event of a termination under either Paragraph 17.A. or 17.B. Employer shall be responsible for return transportation costs from Host Country to point of hire if this Contract is terminated pursuant to Paragraph 17.C.

E.  **Limitation of Liability**

If for any reason a termination under Paragraph 17.A. is later adjudged to have been without valid cause, the termination will be deemed a Termination Without Cause pursuant to Paragraph 17.C. Under these circumstances, the liability of Employer and its affiliates shall be limited to payments specified in Paragraph 17.C.

18.  **Customer Intervention**

It is understood by the undersigned that this Contract is conditioned upon continuation of work by Employer in the Host Country under the WGI, FLOUR or any other program. If at any time subsequent to the execution of this Contract, Employer discontinues work in the Host Country, this Contract is subject to termination under Paragraph 17.C.

19.  **Governing Law**

DILLC 00012

This Contract shall be governed by and interpreted under the laws of the Dubai Internet City in the Dubai Technology, Electronic Commerce and Media City Free Zone.

20. **Formation of Contract**

A binding Contract will be formed only after both Employee and an authorized Employer Representative sign this Contract. It may be signed in one or more counterparts, which shall together constitute the Contract. Employee represents and acknowledges that, in agreeing to the terms of this Contract and that in executing this Contract, Employee does not rely and has not relied upon any representation or statement made by the Company or by any of the Company's agents or representatives other than the terms specifically stated in this written Contract, and that this Contract sets forth the entire agreement between the parties hereto and fully supersedes any and all prior agreements or understandings, written or oral, between the parties hereto pertaining to the subject matter hereof. This Contract is intended to be the final expression of the agreement between the parties as well as the complete and exclusive statement of the terms of the agreement between the parties.

21. **Emergency**

In the event of an emergency, Employee requests that notice be provided to:

Name _Caryl B. McCants_    Relation _Spouse_

Address _2650 Bentley Rd_    Phone No _770-644-0056_

_Apt 4F_

_Marietta, GA 30067_

22. **Contracting Parties**

The Employee is a citizen of American ("home country"). Employer is a Dubai Internet City Free Zone Limited Liability Company. Employee recognizes that this Contract is between Employee and a Dubai Internet City Free Zone Limited Liability Company. Employee acknowledges that Employer shall not make withholdings for social insurance or taxes with respect to Employee's home country. Where Host Country laws require Employer to make withholdings for taxes or social insurance, Employee agrees that Employer may make such withholding for the Host Country only. EMPLOYEE SHALL NOT RECEIVE SOCIAL SECURITY, SOCIAL INSURANCE, UNEMPLOYMENT BENEFITS OR SEVERANCE BENEFITS UNDER THE LAWS OF EMPLOYEE'S HOME COUNTRY AS A RESULT OF EMPLOYMENT UNDER THIS CONTRACT. THE ONLY BENEFITS WHICH EMPLOYER IS OBLIGATED TO PAY EMPLOYEE, ARE THOSE BENEFITS LISTED IN THIS CONTRACT AND ON ATTACHMENT A HERETO.

_[signature]_    _5 Dec 03_
Employee Signature    Date

FSA Start Date    _8 Dec 03_

FSA Completion Date    _7 Dec 04_

_[signature]_    _14 Dec 03_
Authorized Employer Representative    Date

_VP Middle East Ops._
Title

DIFZ Kuwait/Iraq rev 18 Jul 05    5    Initials _JDM_

DILLC 00013

I acknowledge that I have been provided the DynCorp and Its Subsidiaries and Affiliated Companies International Employee Benefits Program Summary Plan Description amended as of June 1, 2002.

Employee Name (print): _JAMES  Derrick  McCents_

Employee Signature: _____

Program/Site: ____(OFF/ IRAQ )_____

Employee ID: _____Boo498_____

Date Signed: _____8 Dec  03_____

Please place in the employee's personnel file after it has been signed.

**DynCorp International FZ-LLC**
A CSC COMPANY

### LETTER OF AGREEMENT
### Attachment B

Subject:    Standard of Conduct

I _____James D. McClants_____, as an employee of **DynCorp International FZ-LLC**, and a representative of the Customer, have read the following statement and certify to a complete understanding of the topic and any resultant ramifications associated with its violation.

The following activities are considered illegal by the international community and are immoral, unethical, and strictly prohibited:

1. Any unauthorized involvement in the trafficking of persons.
2. Unauthorized frequenting of locations known to be involved with prostitution or the trafficking of persons.
3. Any involvement with the soliciting of persons for the purpose of engaging in sexual acts.
4. Any participation in sexual activity in exchange for any monetary or other form of consideration.
5. The purchase or possession of illegal weapons.

As an Employee, I have the responsibility to make notification of all activities related to the trafficking of persons, frequenting of known houses of prostitution, soliciting prostitutes to engage in immoral and illegal acts, or participating in sexual activity in exchange for any monetary or other form of consideration in accordance with the *DynCorp International FZ-LLC* Standards and Conditions of Employment. Any allegation of involvement or known participation in the above by an Employee shall be reported immediately, both verbally and in writing to a DIFZ Vice President.

I understand and accept that any violation of this letter of agreement is grounds for termination in accordance with the Termination Clause of the Foreign Service Employment Agreement, including repatriation, and prosecution in accordance with applicable local and international law.

Name: __MCClants , James  D.__   Date: ____8 Dec 03____
　　　　(Last, First, MI)

Signature: _____McClants____   Employee Number: __BoodA8__

Witness: _____   Job/Location: ____IRAO____

DIFZ Rev 07/28/03

DILLC 00015

DILLC 00016



KV 178

JAMES DERRICK MC CANTS

فندق حي ثابر مترور ت كويت
JW MARRIOTT HOTEL    إشعار بصدور سمة دخول

وزارة الداخلية
الإدارة العامة للهجرة

| | | جيمس ديريك ام سى كانتس | |
| ذكر | الجنس | الولايات المتحدة | الجنسية |
| 1970-04-15 | تاريخ الميلاد | صاحب عمل | المهنة |
| 167158058 | | حامل الجو از | حامل الجواز |

| عادي | نوع الجواز | 402644273 | رقم الجواز |
| 2013-11-11 | تاريخ الانتهاء | أمريكا | محل الإصدار |
| | العلاقة | الجنس | مسلسل |

**** لايوجد مرافقين ****************************************

| | | فندق جى دبليو ماريوت | الاسم الكامل |
| 60012 | | | الجنسية |
| | العاصمة -القبلة - قطعة :1- شارع :الهلالى | العنوان |
| | مادة : :-فندق:فندق-قسيمة :800498 | |
| | فاكس | 2455550 | هاتف |
| 13124 | الرمز البريدى | القبلة    6302 | صندوق بريد |

| زيارة | الغرض | 35013584 | رقم التأشيرة |
| 2003-11-30 | تاريخ إصدار التأشيرة | سمة دخول زيارة تجارية | نوع التأشيرة |
| 2004-02-28 | تاريخ صلاحية التأشيرة | فندق جى دبليو ماريوت | محل الإصدار |
| التوقيع المعتمد | | رقم الطلب : 6100671 | |

| ختم الخروج | تم إصدار هذا الإشعار استنادا لموافقة الإدارة العامة للهجرة | 7 - DEC. 2003 | ختم الدخول |

ملاحظات (خلف الصفحة) | Note Overleaf    نموذج رقم (٩٥)

JAMES MCCANTS
2650 Bentley Rd
Apt 4-F
Marietta, GA 30067
Home: 770-644-0096
jamesmccants2002@yahoo.com


Objective:
To gain a challenging and responsible position
utilizing my experiences.

Experience

Atlanta Braves
June 2002- April 2003
Security Officer
Atlanta, GA

Provide assistance for both the camera control officer
and full time officer
Make certain a complete camera sequence rotation is
preformed (continuously)
Maintain a log of unusual activity
Answer phones
Full understanding of all control room (outer office)
equipment
Distribute and check in keys and equipment designated
by the full time officer
Full knowledge of evacuation plans
Provide security for Professional Athletes on and off
the field

Phillips Arena
September 2002- March 2003
Security Officer
Atlanta, GA

Provide security for the Hawks, Thrashers and
different events
Check fans for illegal contraband before entering the
Arena
Lead officer for several events
Have scored a perfect 100 percent from secret shoppers

Pinkerton and Burns Security

DILLC 00018

January 2002 - July 2002        Security Officer
Eagle's Landing Country Club Stockbridge, GA
Guard and Secure the premisses of the Country Club
Check incoming and outgoing vehicles for proper decals
Make Detex rounds of the compound inside and outside
while checking for security breaches
Distributed information for different events held at
the Country Club

US Army
June 1989 - December 2001
Special Forces, Fort Bragg, NC
Supervise and trained a 15-person Special Operations
team on different missions
Prepare for missions with different individuals
advancing into combat
Prepare correspondences, document files, including
tactical reports for soldiers
Format monthly directories for personnel tracking
Participated in numerous classified missions overseas
Provided security for the President of the United
States and different World Officials

Education
United States Military Personnel Management Specialist
School
United States Military Special Forces School
United States 10th Mountain Division
3rd Special Forces Group (Airborne) Division

Skills
Small Weapons Qualifications
Combat Lifesaver Training
Special Forces Training
Special Operations Training
Hand to Hand Combat Training
Top Secret Clearance
Surveillance Training
Top Level Security Training
Customer Service Technician



### APPLICANT DATA SHEET

### VOLUNTARY SELF-IDENTIFICATION

The information requested below is voluntary and is used for statistical purposes only. The data collected is not used to make employment decisions and is kept in confidence.

If you choose not to provide this information about yourself, you will not be subject to adverse treatment of any type. However, you should be aware that, in the absence of data provided by you, the Company is required by Federal Regulations to identify and maintain data on an applicant's race, sex, and veteran status.

NAME  <u>MCCants</u>                <u>James</u>                <u>D</u>
        Last                           First                        MI
                                                              <u>8 Dec 03</u>
      Position for which you are applying        Location           Date

Under Executive Order 11246, as a Government contractor, the Company is required to produce periodic reports using the data requested below. We are subject to the Civil Rights Act Of 1990 (Title VII of the Civil Rights Act of 1964 as amended), Section 503 of the Rehabilitation Act of 1973 and Section 402 of the Vietnam Era Veterans Readjustment Assistance Act of 1974. These acts require Government contractors to take affirmative action to employ and advance individuals of the protected groups. In addition, the Department of Labor requires the Company to report the number of Vietnam era veterans.

| Please consider my status as follows (circle one code only for each grouping.) | | |
|---|---|---|
| **Race/Ethnic Information**<br>Definitions are included on the reverse. | White | ☐ |
| | African American/Black | ☒ |
| | Hispanic | ☐ |
| | Asian or Pacific Islander | ☐ |
| | American Indian or Alaskan Native | ☐ |
| | N/A | ☐ |
| If not a U. S. citizen, please list your visa type and alien registration number _____ | | |
| **Sex** | (Male)  (M) | |
| | Female   F | |
| **Veteran Information** | Service Completed - U.S. Veteran | ☒ |
| | Not a U.S. Veteran | ☐ |
| | Vietnam Era Veteran | ☐ |
| | Other Veteran* | ☐ |
| | Vietnam and other Veteran | ☐ |

I _X_ Do ____ Do not wish to complete this form: _____ James McCants _____     _8 Dec 03_
                                                        Signature                    Date

DILLC 00020

## DynCorp International FZ-LLC
## - A CSC COMPANY
## EMPLOYEE PROFILE FORM

To ensure the accuracy of your personal data in our company records, please PRINT your personal profile information. All data is required by the company to administer its payroll, employee benefits, and legal obligations. Access to all personal data is restricted to those individuals with a need to know.

**PERSONAL DATA:**

Last Name: MCCants   First Name: James   MI: D   Suffix: ____   Sex: F (M) (circle one)

SSN/NI # 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   Date of Birth 4-15-70   Home Phone: 770-644-0096

Address: 2650 Bentley Rd   Apt 4F

Marietta, GA 30067

E-Mail Address: Jamesmccants2002@yahoo.com   Mobile Phone: ____

Number of Dependents: 5   Citizenship: US   Place of Birth: Monroeville, AL   Marital Status: Married

Previous Last Name: McCants

Father's Full Name: James Floyd McCants

Mother's Full Name (Including Maiden Name): Linda Kaye McCants (Coleman)

**SPOUSE'S DATA:**

Name: Ceryl B. McCants   Date of Birth: 8-1-64   Phone Number 770-644-0096

**EDUCATION DATA:**

USA/Other

1) Degree ____ University ____ Date: ____

UK/Other

1) GCSE ____ School ____ Date: ____

2) A Levels ____ Subject ____ School ____ Date: ____

**PASSPORT DATA:**

Passport Number: 402694273   Issuing Country: US   Expiration Date: 11 Nov 2013
[If you do not have a passport when you submit this form, please contact our offices and provide us with that information when you receive your passport!]

Employee Signature: ____   Date: 8 Dec 03

DIFZ 04/22/03

# *DynCorp International FZ-LLC*

**DIFZ**
*PO Box 500367*
*Dubai Internet City*
*Dubai, UAE*
*Phone #: + 971 (0) 4 391 0736*
*Fax #: + 971(0) 4 390 4347*

Employee Name _JAMES D. MCCANTS_

Employee ID # (6 digits) _B 0 0 4 9 8_

Work Site _BAGHDAD_

## IN-COUNTRY PAYMENT AUTHORIZATION AGREEMENT

Select Option:

[ ] Start Payment    [ ] Stop Payment    [X] Change In Country Payment

I hereby authorize DynCorp International FZ-LLC., hereinafter referred to as "the Company", to pay me as "In Country Pay" in Iraq a sum total of USD _500_ at the end of every pay period until further notice. This amount should be deducted from my gross earnings calculated at the end of 28 days.

AGREED AND ACCEPTED

SIGNATURE: _/James McCants_    DATE: _12-14-03_

DIFZ akr 08/24/03

DILLC 00022

# *DynCorp International FZ-LLC*

**DIFZ**
*PO Box 500367*
*Dubai Internet City*
*Dubai, UAE*
*Phone #: + 971 (0) 4 391 0736*
*Fax #: + 971(0) 4 390 4347*

| Employee Name | JAMES McCANTS |
| Employee ID # (6 digits) | B O O 4 9 8 |
| Work Site | IRAQ |

## IN COUNTRY PAYMENT AUTHORIZATION AGREEMENT

Select Option:

☒ Start Payment    ☐ Stop Payment    ☐ Change In Country Payment

I hereby authorize DynCorp International FZ-LLC., hereinafter referred to as "the Company", to pay me as "In Country Pay" in Iraq a sum total of USD $20A _____ at the end of every pay period until further notice. This amount should be deducted from my gross earnings calculated at the end of 28 days.

AGREED AND ACCEPTED

SIGNATURE: _James McCants_    DATE: 8 Dec 03

CHANGED

DIFZ akr 08/24/03

# DIFZ LLC

**Dubai Internet City**

**Dubai, United Arab Emirates**

| | |
|---|---|
| Employee Name: | JAMES McCANTS |
| Employee ID # (6 digits) | Boo498 |
| Work Site | baghdad, IRAQ |

## ACH — DIRECT DEPOSIT AUTHORIZATION AGREEMENT

**Select Option**

- [X] Start or additional Direct Deposit
- [ ] Change Account Number
- [ ] Change Financial Institution
- [ ] Stop Direct Deposit

I hereby authorize DynCorp International Global Services FZ LLC., hereinafter referred to as "the Company", to electronically deposit my pay into my designated account indicated below and to correct my account, if necessary, for any amounts deposited to it for which I am not entitled. If a correction is necessary, the Company will provide written notification of such reversal.

Financial Institution Name __Fort Bragg Federal Credit Union__ Phone _____

Street No. and Name _____

City __Fayetteville__     State __NC__     Zip _____

ABA Bank Transit/Routing #

| 2 | 5 | 3 | 1 | 7 | 5 | 7 | 3 | Check Digit | 7 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | | |

Account #
Max 17 digits

| 4 | 1 | 9 | 2 | 5 | 5 | 9 | 9 | 5 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## ACCOUNT, PLEASE SELECT ONE:

- [ ] Checking Account
- [X] Savings Account

## NET PAY DISTRIBUTION, PLEASE SELECT ONE METHOD ONLY:

1  For entire net earnings to ACH, please choose Percentage Method, 100%
2  Part of net earnings, choose % to be deposited     3  Fixed amount to be deposited to ACH

- [ ] Percentage Method
- [X] Fixed Amount

Enter Percentage __☒__ %     Fixed Amount $ 200

This authority is to remain in full force and effect until the Company has received written notification from me of its change or cancellation in such time and in such manner as to afford the Company a reasonable time to act on it. I will not hold the Company responsible for delay, loss or misapplication of funds due to incorrect or incomplete information supplied by me or my financial institution or failure of my financial institution to correctly credit by account. Direct deposit participation will cease upon termination of employment.

AGREED AND ACCEPTED:

SIGNATURE __James D. McCants__     DATE __8 Dec 03__

### ATTACH VOIDED CHECK/DEPOSIT SLIP

| Internal Use Only: | | | |
|---|---|---|---|
| PreNote PPE | / / | Initall Direct Deposit | / / |

**DIFZ LLC**

*Dubai Internet City*

*Dubai, United Arab Emirates*

| Employee Name: | JAMES McCLANTS |
| Employee ID # (6 digits) | B00498 |
| Work Site | TRACE |

## ACH    DIRECT DEPOSIT AUTHORIZATION AGREEMENT

**Select Option**

[X] Start or additional Direct Deposit    [ ] Change Account Number    [ ] Change Financial Institution    [ ] Stop Direct Deposit

I hereby authorize DynCorp International Global Services FZ LLC., hereinafter referred to as "the Company", to electronically deposit my pay into my designated account indicated below and to correct my account, if necessary, for any amounts deposited to it for which I am not entitled. If a correction is necessary, the Company will provide written notification of such reversal.

Financial Institution Name   SKYLight Financial            Phone _____

Street No. and Name   _____

City _____    State _____   Zip _____

ABA Bank Transit/Routing #   | 2 | 6 | 4 | 1 | 7 | 1 | 2 | 4 |    Check Digit | 1 |
                               1   2   3   4   5   6   7   8

Account #
Max 17 digits   | 6 | 0 | 0 | 2 | 5 | 0 | 1 | 7 | 5 | 2 | | | | | | | |

**ACCOUNT, PLEASE SELECT ONE:**

[X] Checking Account            [ ] Savings Account

**NET PAY DISTRIBUTION, PLEASE SELECT ONE METHOD ONLY:**

1   For entire net earnings to ACH, please choose Percentage Method, 100%
2   Part of net earnings, choose % to be deposited    3   Fixed amount to be deposited to ACH

[ ] Percentage Method            [ ] Fixed Amount

   Enter Percentage   100  %      Fixed Amount   $ _____

This authority is to remain in full force and effect until the Company has received written notification from me of its change or cancellation in such time and in such manner as to afford the Company a reasonable time to act on it. I will not hold the Company responsible for delay, loss or misapplication of funds due to incorrect or incomplete information supplied by me or my financial institution or failure of my financial institution to correctly credit by account. Direct deposit participation will cease upon termination of employment.

**AGREED AND ACCEPTED:**

SIGNATURE   *Jim McC*            DATE   8 Dec 03

## ATTACH VOIDED CHECK/DEPOSIT SLIP

| Internal Use Only: | | |
| PreNote PPE    /    / | Install Direct Deposit    /    / |



ENROLLMENT FORM
(For use in setting up this Skylight customer
on direct deposit or direct payment.)

THIS IS NOT A CHECK

James D. McCants
Apt. 4F
2650 Bentley Rd. SE
Marietta GA 30067-2004
Account Number: 6002501752
Account Type: Checking/DDA

Date 8 Dec 03

To get set up for...    You must deliver this form to...
Direct Deposit    Payroll or Human Resources Department
of your employer.
Direct Payment    Company requesting bank information.

skylight    O Skylight
PO Box 54463
Atlanta, GA 30308-0463

2641-7124-1   6002501752

# *DynCorp International FZ-LLC*
# - A CSC COMPANY

## CONSENT TO
## RELEASE INFORMATION

I, ___James Derrick McClants___ do hereby authorize DynCorp International FZ-LLC to release information that may be in my personal file, if requested, to the following individuals. Personnel information will not be released to anyone not listed on this consent form.

1. __James Floyd McClants__ Relationship: __Father__

2. __Linda Kaye McClants__ Relationship: __Mother__

3. __Caryl Burton McClants__ Relationship: __Wife__

4. _____ Relationship: _____

_____          __8 Dec 03__
Signature of Employee                Date

_____          __12/09/2003__
Witness                              Date

## PERSONNEL INFORMATION
## WILL NOT
## BE RELEASED TO ANYONE
## NOT LISTED ON THIS CONSENT FORM.

DIFZ 04/22/03

# *DynCorp International FZ-LLC*
## - A CSC COMPANY

### EMERGENCY CONTACTS

In case of medical emergency, we may need to contact your personal physician. Provide the following information regarding your doctor.

Name _____ N / A _____

Address _____

_____

Telephone    (Area Code) _____

If case of emergency, whom would you like for us to contact?

Name _____ Caryl McCants _____

Address _____ 2650 Bentley Rd    Apt   4F _____

_____ Marietta, Ga    30067 _____

Telephone    (Area Code) ___ 770 - 644 - 0096 _____

Relationship _____ Spouse _____

_____ _____ McCants _____

Signature                                       8  Dec  03
                                                Date

DIFZ 04/22/03

DILLC 00028

# *DynCorp International FZ-LLC*
## *- A CSC COMPANY*

## Beneficiary Designation

I designate the following to be the beneficiary(ies) under the AD&D coverage's provided by DynCorp International FZ-LLC.

Ceryl Burton McCants
Full Name

Relationship Wife                    Percentage 100 %

Full Name

Relationship _____    Percentage _____

If more than one beneficiary is named, the death benefit, unless otherwise indicated herein, will be paid in equal shares to the designated beneficiaries who survive the insured. If no such beneficiary survives, payment will be made in accordance with policy provisions.

James Derick McCants
Employee Name [please print]

_____
Employee Signature

8 Dec 03
Date

DIFZ 10/18/03

# *DynCorp International FZ-LLC*
# - A CSC COMPANY

## EMPLOYMENT AGREEMENT
### CONFIDENTIAL INFORMATION & INVENTIONS

In consideration of my employment by DynCorp International FZ-LLC (hereinafter called "the Company"), I agree to the following:

1. I will devote my best efforts to the service of the Company and will not engage in any other gainful employment, which might conflict with my obligation to the Company.

2. At any time during or after the period of my employment by the Company, I will not use for myself or others, nor divulge to others including members of the media, any proprietary or confidential information, knowledge, or data of the Company, developed by me or obtained by me as a result of my employment, unless authorized by the **Company in writing**. It is understood that this applies to information of either a technical or commercial nature, including confidential processes, formulas, machinery, drawings, designs, manufacturing procedures and arts, customer lists, market information and the like, and that any unpublished information is deemed confidential.

3. All memoranda, notes, records or other documents made by me or available to me while employed by the Company are the Company's property and all copies shall be delivered to the Company on termination of my employment or at any other time upon request.

4. I will promptly make full disclosure and assign to the Company any ideas, discoveries, inventions, developments improvements conceived or made by me, either solely or jointly with others, during the period of my employment with the Company relating to Company business, development programs or contemplated interests. At the Company's expense, but without further compensation to me, I will cooperate in the preparation of patent applications, assignments, and other necessary matters in obtaining, defending, or enforcing the proprietary rights of the company.

5. This Agreement, the provisions of which shall by construed to be several, supersedes any previous agreements, with respect to the subject matter hereof, and shall be binding upon myself, my heirs, and legal representatives, and upon the Company, its successors and assigns.

### I HAVE READ AND UNDERSTOOD

WITNESS: _____

DATE: _12/09/2003_

SIGNATURE _____

EMPLOYEE'S LEGAL NAME _James Derrick McClants_

ADDRESS _2650 Bentley Rd Apt 4E_
_Marietta, GA    30667_

NI#/SSN _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_

DIFZ 04/22/03

## DynCorp International FZ-LLC (DIFZ)
### A CSC COMPANY

**NONDISCLOSURE AGREEMENT**

I, _James McClants_, acknowledge and understand that any equipment and/or technical data/information and/ or services related to U.S.-origin technologies covered by either the U.S. Commerce Control List (CCL) or the U.S. Munitions List (USML), and belonging to Computer Sciences Corporation ("CSC") or any of its affiliates, subsidiaries, or any customer or client of CSC or any of such customer's or client's affiliates or subsidiaries, to which I may have access or which may be disclosed to me either in the course of my employment with Computer Sciences Corporation (CSC) or while working for CSC as a subcontractor, consultant, supplier/vendor or in any other independent status, is subject to the Export Administration Regulations (Title 15 Code of Federal Regulations, Parts 730 – 774) and/or the International Traffic In Arms Regulations (Title 22 Code of Federal Regulations, Parts 120 – 130), respectively.

I hereby certify that such equipment, technical data/information and/or services will not be further disclosed, exported, re-exported or transferred by me in any manner to any other foreign national or any foreign country without prior written approval of CSC and/or the U.S. Commerce Department's Bureau of Industry and Security (BIS) , and/or the U.S. State Department's Directorate of Defense Trade Controls (DDTC), as required and will be in compliance with applicable U.S. laws and regulations.

Signature: _Jm McClants_

Clock No. _B00498_

Date: _1-3-04_

Employer: _OFF (Dyncorp_

Country of Citizenship: _U.S._

DILLC 00031

## DynCorp International FZ-LLC
### - A CSC COMPANY

### *Applicant Drug*
### Screen Consent Form

I, the undersigned, do hereby give my consent to the clinic, hospital, or laboratory designated by DynCorp International FZ-LLC to perform appropriate tests on me for drugs.

I further give my permission to the designated clinic, hospital, or laboratory, and its employees or agents, to release the results of these tests to DynCorp International FZ-LLC or their representatives.

### Pre-Employment Drug Screening

I have been advised that all offers of employment are contingent upon satisfactory results of these tests. If the results of the drug screening tests are positive, I understand I will **not** be offered employment and may not reapply for one year.

### Post-Employment Drug Screening

I agree as a condition of continuing employment with DynCorp International FZ-LLC to permit and submit to periodic drug testing. This can include providing specimens of urine samples or oral fluids.

I understand that refusal or failure to submit to such testing, falsification of a test, or a positive drug screen will result in immediate suspension of my employment without pay and that I am subject to termination of my employment. I further understand that the results of such testing may be disclosed to authorized company management if such is required in my current employment. These test results will be considered in determining whether my employment at DynCorp International FZ-LLC will continue.

#### I HAVE READ AND UNDERSTOOD

_____          _____
**Witness**                        **Signature of Applicant**

_____8 Dec 03_____                 ____JAMES McCUATS____
**Date**                           **Print Name**

                                   ____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____
                                   **Applicant's Social Security Number**

DIFZ 04/22/03

# *DynCorp International FZ-LLC*
# - A CSC COMPANY

## STANDARDS AND CONDITIONS OF EMPLOYMENT

For the protection of DynCorp International FZ-LLC (hereinafter called the "Company") and all employees, the following is a list of conditions under which disciplinary action toward, or discharge of, an employee may occur.

1. **Insubordination:** Failing to perform or unreasonably delaying the performance of instructions given by supervisor or person in authority. Disrespecting those in position of authority.

2. **Misconduct:** Fighting or inflicting bodily harm on another person; gambling; being under the influence of or possessing drugs; being under the influence of or possessing alcoholic beverages on the job; committing immoral or illegal acts; committing violent acts or using language which adversely affects morale, production, or maintenance of discipline.

3. **Theft:** Possessing, taking, removing, destroying or tampering with Company or other employees' property without proper authority.

4. **Fraud or Dishonesty:** Misusing or abusing Company policy such as: excused absences, leaves of absence; falsifying time sheets; failing to give complete information for personnel and/or security records; making false statements, either oral or written, about the Company, other employees, supervisors, yourself, or work situations.

5. **Absenteeism:** Being habitually absent from work, failing to return to work promptly from leave of absence or vacation, failing to report absence within ½ hour of start of workday.

6. **Tardiness:** Failing to be present at the start of the workday without proper authorization.

7. **Misuse of Time:** Failing or being unable to perform work of an acceptable standard, neglecting job duties. Abusing personal telephone privileges, or being inattentive to job performance, unauthorized selling of articles or services, distributing or posting of literature, canvassing, polling, or petitioning.

8. **Safety Violations:** Failing to observe Company and general safety practices and regulations. Neglecting the safety of others or committing unsafe acts in the use and care of Company property.

9. **Negligent Destruction of Property:** Willfully or maliciously destructing Company or other employees' property. Damaging property by failing to use proper equipment and good judgement.

10. **Option to Terminate:** Employment may be terminated, with or without cause, at any time, upon reasonable notice after completion of an applicable probationary period, at the option of the Company or myself.

### I HAVE READ AND UNDERSTAND

Employee Signature    Date 8 Dec 63    Witness

DI/F2 10/18/03

# *DynCorp International FZ-LLC*
## - A CSC COMPANY

### WAIVER AND AUTHORISATION TO RELEASE INFORMATION

To whom it may concern:

I authorise you to furnish DynCorp International FZ-LLC with any and all information that you have concerning me, including, but not limited to, **records of internal investigations, work record, information concerning my reputation, my medical records, my military service records and my financial status.** Information of a confidential or privileged nature may be included. Your reply will be used to assist in determining my qualifications and fitness for the position that I am seeking with the company.

I am aware and understand my rights under Title 15, United States Code, Section 552A, the Privacy Act of 1974, and waive those rights with the understanding that information furnished will be used by DynCorp International FZ-LLC in conjunction with their employment procedures.

I hereby release you, your organisation, and others from any liability or damage, which may be caused from furnishing the information requested.

_____JAmES  Derrick  McCants_____     _4-15-70_
Applicant's Name (Printed)                              Date of Birth

_____         _8-Dec 03_
Signature of Applicant                                   Date Signed

_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_
NIN/SSN                         Witness Signature

**Note: A photocopy of this waiver and
release authorisation shall be considered as valid as the original.**

DIFZ 04/22/03

# DynCorp International FZ-LLC
## - A CSC Company

Name: JAMES D. MCCLANTS    Clock Number: Boo498

This is to certify that I, ___JAMES  MCCLANTS___ have read, understood and will comply with the Timesheet procedures as provided during my orientation process.

Signed: _____    Date: 8 Dec 03

DIFZ 10/18/03

**DynCorp International FZ-LLC**
A CSC Company

## OUTPROCESSING CHECKLIST

Name: _James McCants_

Departure Date: _____

### SUPPLY

Hand Receipt Cleared: ~~Jones~~ Date: _12-10-04_

Document Missing Equipment: _____

_____

_____

_____

### IT

Commo Equipment Cleared: _____ Date: _____

E-mail Account Revoked: _____ Date: _10/17/04_

### WEAPONS RETURNED

Rifle Returned: _____ Date: _____ Serial number

Pistol Returned: _____ Date: _____ Serial number

RECEIVED — Domingo Castaneda, Armour Manager — Date: 10/12/04

### OPERATIONS

Verified All Sections Cleared Before Release: _____ Date: _____

Transportation coordinated: _____ Date: _10/12/04_

Lodging coordinated: _____ Date: _____

### FINANCE

Payroll/Timesheet Cleared: _____ Date: _12/10/04_

Debts to DynCorp Recouped: _____ Date: _12/10/04_

### HUMAN RESOURCES

ID Badges including DOD Returned: _Maysa Joseph_ Date: _____

Letter of Resignation/Termination on File: _____ Date: _10.12.04_

_____

**Human Resources Department**

MNSTC-_

**DynCorp International FZ-LLC**
**Management**
A CSC Company

Iraq Business

# LEAVE REQUEST FORM

**Employee Name**  James  _8 Dec, 2004_  McCants
First    Initial    Last

**FSA Start Date**  07 DEC 03    Ticket requested to Hamilton International Airport Hamilton,
**Ontario (airport code) YHM**
(if you don't know, ask HR by phone or email.)    (airport, city, state, country)

**Home of Record**  Marietta    Georgia    USA
City    State    Zip/Postal Code    Country

**Nearest Airport**  Hartsfield-Jackson Int    GA
_USA_
City    State    Country

---

**Leave Requested From** 18 Sep 04____ (date) through _02 Oct 04___ (date) **Total Days Off Work** __14___

If more than 9 days off work for 90 or 270 day R&R; or 14 days for annual leave; or if travel starts more than 5 days before or after 90, 180, or 270 days from FSA Start Date, provide justification: _Would like to take_

_my daughter back to college and meet with her teachers for the extra_
_days._

**Previous vacation dates (list all on this FSA)** 25 May 04 through 24 Jun 04.

**Employee Signature** _____    **Date** _____

---

*Areas below this line are reserved for administrative or management use.*

Immediate supervisor's evaluation of justification: _Wkr. RTC day R+R, 9 day due to OPTEMPO_

Ticket cost on requested travel date for Dubai $_____ or Home of Record $_____ as applicable.

(estimated September 8 + 5 day = 13 Sept.
270 day R&R

Ticket will be bought by HR and paid for by – Company / Employee (Combination) (specify) _____

| Approved By: | Approved By: | Approved By: | Approved By: |
|---|---|---|---|
| Project Manager | Director, Operations or Department Manager | VACATION  HR Manager | Business Manager |
| Date: 10 Sept 04 | Date: 11 SEP 04 | Date: | Date: 13 SEP 2004 |

**ATTACH SIGNED TIME SHEETS FILLED OUT THROUGH LAST WORK DAY.**

DILLC 00037

**From:** Eastern Travel & Tours
**Date:** 09/14/04 08:33:13
**To:** Joanne Jaff; dyncorp_iraq_asma@yahoo.com
**Cc:** Haya Abu Daieh; cdupre@dyncorp-iraq.com; david.jabbari@dyncorp-iraq.com
**Subject:** Re: litnerary for September 18

Dear All,

Please note that the closest international airport is Toronto.

The rate for below ticket is JD 760.300

Regards,

Amani

**TRAVELLERS**



| | **Last Name:** | **First Name:** |
|---|---|---|
| | Mccants | James |

**FLIGHT  Air France - AF 585**                    **Sat 18 SEP 2004**



| | |
|---|---|
| Departs: | 07:35 Queen Alia Intl Arpt (AMM) Amman |
| Arrives: | 11:50 Charles De Gaulle Intl Arpt (CDG) Paris |
| Status: | Confirmed for Economy class |
| Service: | Departure Terminal N  Arrival Terminal 2B |
| | 320 - Airbus A320    Journey Time 5:15 |
| | Breakfast |

**FLIGHT  Air France - AF 358**                    **Sat 18 SEP 2004**

| | |
|---|---|
| Departs: | 13:55 Charles De Gaulle Intl Arpt (CDG) Paris |
| Arrives: | 16:15 Lester B Pearson Intl (YYZ) Toronto |
| Status: | Confirmed for Economy class |
| Service: | Departure Terminal 2F   Arrival Terminal 3 |
| | 343 - Airbus A340    Journey Time 8:20 |
| | Meal, Snack |

**FLIGHT  Air France - AF 359**                    **Sat 02 OCT 200**



| | |
|---|---|
| Departs: | 19:15 Lester B Pearson Intl (YYZ) Toronto |
| Arrives: | 08:35 Charles De Gaulle Intl Arpt (CDG) Paris 03 OCT 2004 |
| Status: | Confirmed for Economy class |
| Service: | Departure Terminal 3  Arrival Terminal 2F |
| | 343 - Airbus A340    Journey Time 7:20 |
| | Meal, Breakfast |

**FLIGHT  Air France - AF 582**                    **Sun 03 OCT 2004**



DILLC 00038

9/14/2004



| | Departs: | 13:20 Charles De Gaulle Intl Arpt (CDG) Paris |
| | Arrives: | 19:05 Queen Alia Intl Arpt (AMM) Amman |
| | Status: | Confirmed for Economy class |
| | Service: | Departure Terminal 2B / Arrival Terminal N |
| | | 320 - Airbus A320 / Journey Time 4:45 |
| | | Meal |

—— Original Message ——
From: Joanne Jaff
To: dyncorp_iraq_asma@yahoo.com
Cc: Haya Abu Daieh ; cdupre@dyncorp-iraq.com ; david.jabbari@dyncorp-iraq.com ; Eastern Travel & Tours
Sent: Monday, September 13, 2004 10:38 AM
Subject: Re: Itnerary for September 18

Asma,
After checking with the employee it turns out he means  Hamilton - Ontario / Canada.
Please arrange for that.

Thanks

------Original Message------

From: Eastern Travel & Tours
Date: 09/11/04 17:19:16
To: Joanne Jaff
Cc: dyncorp_iraq_asma@yahoo.com; Haya Abu Daieh; cdupre@dyncorp-iraq.com; david.jabbari@dyncorp-iraq.com
Subject: Re: Itnerary for September 18

Dear Dr. Jaff,

Can you please advise the name of the city, as Ontario / USA is the name of a city (one in Oregon and the other in California).

As for Hamilton, there are:-

1.- Hamilton / Alabama
2.- Hamilton / Ohio
3.- Hamilton Field - San Rafel / California
And Hamilton - Ontario / Canada

Regards,

Amani

—— Original Message ——
From: Joanne Jaff
To: Eastern Travel & Tours
Cc: dyncorp_iraq_asma@yahoo.com ; Haya Abu Daieh ; cdupre@dyncorp-iraq.com ; david.jabbari@dyncorp-iraq.com

9/14/2004

**Sent:** Saturday, September 11, 2004 2:37 PM
**Subject:** Itinerary for September 18

**Need an Itinerary for the below:**

Name: James McCants
Departure date/time: September 18
Destination: AMMAN, JORDAN – HAMILTON INTL ARPT, HAMILTON, ONTARIO, USA.
Return date/time: October 2
Class: ECONOMY
Ticket type: ROUND TRIP

Regards

Dr. Joanne Jaff
Human Resources
DynCorp Intl.
Baghdad, Iraq.
Phone no. 07901914026

DILLC 00040

9/14/2004

From: Asma Hameed
Date: 09/14/04 17:47:36
To: Wynand Lamprecht
Cc: vd Heefer; joanne.jaff@dyncorp-iraq.com; edupre; david.jabbari; muhammad.hanif
Subject: Re: Estavao Jose

Dear all..
this is the new itinerary for Estuvao..

Regards,

ASMA

Record Locator: **PRZ2JK**

Names
JOSE, ESTEVAO

Phones

| Type | City | Phone |
|------|------|-------|
| Travel Agent | (AMM) | DAKKAK TRAVEL. 5670289 HUSSEIN |

Itinerary
Air
Emirates Air Flight 762 Booking Code:M Date: 15 September, 2004
From: Johannesburg International, Johannesburg South Africa
To: Dubai Intl Arpt, Dubai United Arab Emirates
Departs: 2:15 PM Arrives: 12:25 AM Next Day
Status: confirmed

Air
Emirates Air Flight 3903 Booking Code:M Date: 16 September, 2004
From: Dubai Intl Arpt, Dubai United Arab Emirates
To: Queen Alia Intl Arpt, Amman Jordan
Departs: 7:25 AM Arrives: 9:20 AM
Status: confirmed

Web Bookings

Remarks and Service Information

This itinerary is subject to change. Click here for latest updates

*Wynand Lamprecht <wynand.lamprecht@dyncorp-iraq.com>* wrote:
Asma

I have just talked to Estavao and he is still in Phalaborwa about 500km from Johannesburg.

I have arranged that he moves to Johannesburg tomorrow, and get on the next flight that you can book for him to Dubai.

Could you please inform me and the cc on the mail regarding his new flight ticket and booking.

Wynand Lamprecht(Vinno)
DynCorp Project Manager:WGI


Do you Yahoo!?
New and Improved Yahoo! Mail - Send 10MB messages!

DILLC 00042

9/14/2004

**DynCorp International FZ-LLC**
A CSC Company

**Iraq Business Management**

# LEAVE REQUEST FORM

| Employee Name | _JAMES_ | _D_ | _McLLANTS_ |
| | First | Initial | Last |

FSA Start Date _Dec 7, 03_    Ticket requested to _HARTSFIELD ~ JACKSON INT. Atlanta, GA USA_
(If you don't know, ask HR by phone or email.)    (airport, city, state, country)

Home of Record _Atlanta_    _GA_    _30067_    _USA_
                City        State        Zip/Postal Code    Country

Nearest Airport _Atlanta_    _GA_    _USA_
                City        State        Country

**Contact Information While on Vacation**

Telephone _770-644-0096_    Email _Hooty333@yahoo.com_

Other (as required) _Jamesmccants2002@yahoo.com  (cell) 404.409.5511_

Leave Requested From _25 May 04_ (date) through _16 Jun 04_ (date) Total Days Off Work _23_

If more than 9 days off work for 90 or 270 day R&R, or 14 days for annual leave; or if travel starts more than 5 days
before or after 90, 180, or 270 days from FSA Start Date, provide justification:

_Combined 90 days with 2week vacation_

Previous vacation dates (list all on this FSA) _____ through _____, _____ through _____, _____ through _____.

Employee Signature _mm McLst_    Date _7 May 04_

*Areas below this line are reserved for administrative or management use.*

Immediate supervisor's evaluation of justification: _____

Ticket cost on requested travel date for Dubai $_____ or Home of Record $_____ as applicable.

Ticket will be bought by HR and paid for by – Company / Employee / Combination (specify) _____

| Approved By: | Approved By: | Approved By: | Approved By: |
| Project Manager | Director, Operations or Department Manager | HR Manager | Business Manager |
| Date: _8 May 04_ | Date: | Date: | Date: |

**ATTACH SIGNED TIME SHEETS FILLED OUT THROUGH LAST WORK DAY.**

Rev 4 dated 25 April 2004

**DynCorp International FZ-LLC**
A CSC Company

**Iraq Business Management**

# LEAVE REQUEST FORM

| | | | |
|---|---|---|---|
| **Employee Name** | JAMES | D | MCCLANTS |
| | First | Initial | Last |
| **FSA Start Date** | Dec 7, 03 | Ticket requested to | HARTSFIELD - JACKSON |
| | (If you don't know, ask HR by phone or email.) | | INT. Atlanta, GA   USA |
| | | | (airport, city, state, country) |

| | | | | |
|---|---|---|---|---|
| **Home of Record** | Atlanta | GA | 30067 | U.S.A |
| | City | State | Zip/Postal Code | Country |
| **Nearest Airport** | Atlanta | GA | | USA |
| | City | State | | Country |

**Contact Information While on Vacation**

Telephone  770-644-0096          Email  Hooty333@yahoo.com

Other (as required)  Jamesmcclants2002@yahoo.com   (cell) 404-405-5511

**Leave Requested From** 25 May 04 (date) through 16 Jun 04 (date) **Total Days Off Work** 23

If more than 9 days off work for 90 or 270 day R&R, or 14 days for annual leave; or if travel starts more than 5 days before or after 90, 180, or 270 days from FSA Start Date, provide justification:

Combinded 90 days with 2 week vacation

**Previous vacation dates** (list all on this FSA) _____ through _____, _____ through _____, through _____

**Employee Signature** _James McClants_          **Date** 7 May 04

*Areas below this line are reserved for administrative or management use.*

Immediate supervisor's evaluation of justification: _____

Ticket cost on requested travel date for Dubai $_____ or Home of Record $_____ as applicable.

Ticket will be bought by HR and paid for by – Company / Employee / Combination (specify) _____

| **Approved By:** | **Approved By:** | **Approved By:** | **Approved By:** |
|---|---|---|---|
| _signature_ | _signature_ | D. Gilbert | |
| Project Manager | Director, Operations or Department Manager | HR Manager | Business Manager |
| Date: 8 May 04 | Date: | Date: | Date: |

**ATTACH SIGNED TIME SHEETS FILLED OUT THROUGH LAST WORK DAY.**

Rev 4 dated 25 April 2004

**David.Jabbari**

| | |
|---|---|
| **From:** | Uday Rattra [uday@dyncorp.qualitynet.net] |
| **Sent:** | Tuesday, May 18, 2004 12:15 PM |
| **To:** | David Jabbari |
| **Cc:** | Haya Abu Daieh (E-mail); JAMES MCCANTS |
| **Subject:** | FW: james mccants |

FYI

***Uday Rattra***
***Logistics Manager,***
DynCorp - A CSC Company
Kuwait
Office# : + 965-5521676 / 5521413
Mobile# :+ 965-9786765
Fax# : + 965-5514259
Uday@dyncorp.qualitynet.net
-----Original Message-----
**From:** suganda [mailto:suganda@alshamel.com]
**Sent:** Tuesday, May 18, 2004 11:58 AM
**To:** Uday Rattra
**Subject:** RE: james mccants

*Dear uday,*

*Itinerary as requested*

| RESERVATION INFORMATION: **LXZ0RS** | **TRAVELLERS** | |
|---|---|---|
| |  **Last Name:** | **First Name:** |
| **FlightTracker** **Send Itinerary** **Itinerary Weather** | Mccants | Jamesmr |

| **FLIGHT** Delta - DL 8429 | | **Tue 25 MAY 2004** |
|---|---|---|
| | Departs: | 07:35 AM Queen Alia Intl Arpt (AMM) Amman |
| **Printable Terms and Conditions** | Arrives: | 11:50 AM Charles De Gaulle Intl Arpt (CDG) Paris |
| **View Another Trip** | Status: | Confirmed for Economy class Conf Nbr for Delta - RS75LY |

| **FLIGHT** Delta - DL 21 | | **Tue 25 MAY 2004** |
|---|---|---|
| **Add to calendar** | Departs: | 1:20 PM Charles De Gaulle Intl Arpt (CDG) Paris |
| | Arrives: | 5:10 PM Hartsfield Jackson Intl Arpt (ATL) Atlanta |
| **Electronic Expense Receipt** Go | Status: | Confirmed for Economy class Conf Nbr for Delta - RS75LY |
| | Service: | Departure Terminal    Arrival Terminal S 2E |

5/18/2004

DILLC 00045

©2004 Galileo International.
All Rights Reserved.

763 - Boeing 767        Journey Time 9:50
Lunch

**FLIGHT Delta - DL 8517**                    **Wed 23 JUN 2004**



Departs:   9:35 PM Hartsfield Jackson Intl Arpt (ATL)
           Atlanta

Arrives:   11:50 AM Charles De Gaulle Intl Arpt (CDG)
           Paris
           24 JUN 2004

Status:    Confirmed for Economy class
           Conf Nbr for Delta - RS75LY

**FLIGHT Delta - DL 8438**                    **Thu 24 JUN 2004**

Departs:   1:20 PM Charles De Gaulle Intl Arpt (CDG)
           Paris

Arrives:   7:05 PM Queen Alia Intl Arpt (AMM)
           Amman

Status:    Confirmed for Economy class
           Conf Nbr for Delta - RS75LY

*Rgds,*
*Rupali*

*SUGANDA DAS*
*Corporate Consultant*
*Al Shamel Travels & Tourism*
*Tel (965) 243-3900*
*Fax (965) 241-2756*
*mailto: suganda@alshamel.com*

**From:** Uday Rattra [mailto:uday@dyncorp.qualitynet.net]
**Sent:** Tuesday, May 18, 2004 11:20 AM
**To:** suganda
**Subject:** james mccants

Rupali / Diana,

Appreciate if you could provide me James Mc Cants itinerary on a Galileo format so that the same can be forwarded to him. Thanks,

*Uday Rattra*
*Logistics Manager,*
DynCorp - A CSC Company
Kuwait
Office# : + 965-5521676 / 5521413
Mobile# :+ 965-9786765

5/18/2004

DILLC 00046

Fax# : + 965-5514259
Uday@dyncorp.qualitynet.net

5/18/2004