**FREEDOM COURT REPORTING**

Page 1

```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   EASTERN DIVISION


    CIVIL ACTION NO.:   3:06CV-00124-WHA-CSC


    JOHNNY POTTS and JANICE POTTS,

              Plaintiffs,

    vs.
                                        0
    DYNCORP INTERNATIONAL, L.L.C.,
    JAMES MCCANTS, et al,
              Defendants.


         DEPOSITION OF: JAMES D. MCCANTS
                     10:45 A.M.
                   JUNE 13, 2006
```


In accordance with Rule 5(d) of The Alabama Rules of Civil Procedure, as Amended, effective May 15, 1988, I, Cindy C. Goldman, am hereby delivering to Ms. Nancy Eady the original transcript of the oral testimony taken on the 13th day of June, 2006, along with exhibits.

Exhibit C

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 139

```
 1   consider it to be a potential threat?
 2        A.   Yes, sir, at that moment in
 3   time.
 4        Q.   Was the entire convoy traveling
 5   at the same speed that you were traveling
 6   at at that time?
 7        A.   Yes, sir.
 8        Q.   Now, do you consider yourself to
 9   be a citizen of the state of Georgia?
10        A.   Yes, sir.
11        Q.   Was your contract of employment
12   with Dyncorp International FZ, LLC?
13        A.   Yes, sir.
14        Q.   No further questions.
15
16   FURTHER EXAMINATION BY MS. EADY:
17        Q.   All right, Mr. Potts (sic), you
18   just answered a question for Mr. Holman
19   about the name of your employer.  How do
20   you know that that was the name of your
21   employer?
22        A.   On the contract that I signed,
23   that was it.  That was the name of it.
```