# Exhibit C

Page 137

1 vehicles going that same speed?
2    A. I have no idea. The one I
3 was in was traveling about that rate. I
4 don't know what the other two were doing.
5    Q. Well, did the others get
6 there about the same time y'all did?
7    A. Yeah. Everybody got there
8 about the same time.
9    Q. Does that lead you to
10 believe that they probably more or less
11 were going about the same average speed?
12    A. Probably.
13    Q. Okay. Now, let's talk about
14 this job when the accident occurred.
15        What was the mission? Or
16 what was this particular job going to be?
17    A. Well, we were going up to --
18 I don't even remember the place now. I
19 just remember it was on the Jordan border.
20        We had a base up there, or
21 DYNCORP had a base up there. And they
22 were having problems with the base
23 station.

Page 138

1        So we were going up to
2 actually just redo the thing where we put
3 up another antennae. And we got it
4 working. It was already preprogrammed
5 before we got there. And our job was just
6 to install it or whatever you want to say
7 about that.
8    Q. Does Trebil ring a bell?
9    A. That sounds about right.
10    Q. On the Jordanian border?
11    A. That sounds about right.
12    Q. All right. How many
13 vehicles were in this particular trip?
14    A. Started off with about five,
15 I think. We had two of those cars in
16 front and two of them in back.
17        But it seems like on the way
18 there one had some type of problem, and he
19 sent it back to Baghdad. That's what it
20 seems like.
21        So eventually it was just
22 four cars I think after the other one
23 needed something done to it. Something

Page 139

1 happened to it. I don't remember exactly
2 what.
3    Q. Was it two cars in front of
4 y'all and one in back?
5    A. After he sent the other one
6 back, yes. It started out with four cars
7 in front. I mean, two cars in front and
8 two cars in back and then our car.
9    Q. Okay. So then they had a
10 tail and --
11    A. Two leads and two tails
12 until something happened. I don't know
13 what happened with one of the cars. But
14 then we had two and one.
15    Q. All right. Was this the
16 first trip that you went on with Ronnie
17 Wood?
18    A. Yes.
19    Q. Had you known him since you
20 came in country?
21    A. He got there a little bit
22 after I did. I think I was there maybe
23 two weeks to a month before he got there.

Page 140

1 He came in after that.
2    Q. Was this a CODAN radio
3 station that y'all were putting in?
4    A. HF radio. That's right.
5    Q. Is that how you pronounce
6 it? CODAN?
7    A. CODAN, yes.
8    Q. And this is to allow this
9 outlying base to communicate with the
10 control centers?
11    A. Yeah. That CODAN, that HF
12 radio, would reach from where we were --
13 we were north of Fallujah, which we were
14 about four hours away from Baghdad, and it
15 could reach the Baghdad Hotel.
16        Actually, I made contact with
17 the Baghdad Hotel before we left. I had
18 to do that and make sure it was operating
19 properly before I left. And it was
20 operating.
21    Q. Are you aware of what
22 DYNCORP was using that radio for? What
23 kind of traffic they had?

Page 141

A. Just as far as I know basic security stuff. You know, if anything went on, they needed to raise somebody, that's what they used it for.

It's not like a regular police band radio, but, you know, for the region and for what it was for, you know, because you're so far out or they were so far out sometimes, they needed something to be able to reach the bases or wherever they were.

Say like, you know, if they were in Trebil, they need to reach somebody in Trebil. Or either they could even reach Baghdad if they needed to.

So they used them for day-to-day operations as far as I know.

Q. Could that radio, was it tuned with military frequencies as well as DYNCORP's frequency?

A. To my knowledge, it didn't have any military frequencies. I don't think he were even allowed to get on the

Page 142

military channel. I don't think we had that.

I know we had all DYNCORP channels. We could talk to each base in and around Baghdad and Mosul and everywhere else. But I don't think we had military channels.

Q. Okay. Are you aware of how DYNCORP is set up as far as control centers that had military people in them or how they were set up?

A. Not really.

Q. Are you familiar with an acronym called the LMCC, the Logistics Movement Control Center?

A. Not really. That doesn't ring a bell.

Q. You essentially went where you were told and did what you were told to do and came back and didn't necessarily have the big picture as to what DYNCORP was -- what its operations were?

Is that fair to say?

Page 143

A. Yes.

Q. Was this security detail as far as the logistics and mechanics of it, was it essentially made up the way these security details or convoys had been for Tikrit and Mosul?

A. Pretty much. Except like when we went to Tikrit and Mosul, we used what they call the PSD, which were whoever -- like in some instances, like some South Africans had a PSD, which is personal security detail.

There were -- there were certain groups that took certain people.

Now, if you went anywhere, you always had to have some kind of security. But to go to Tikrit, we used the PSD teams. I don't know why, but we did.

Q. So you don't think this was a PSD team that --

A. The two guys that took me were part of a PSD team, but they took

Page 144

local security also.

When I say local, I'm talking about those guys -- I can't think of what those guys' names are, but they had a name. Kurds maybe. I don't know. I don't want to say the wrong name.

But, anyway we always took these guys with us too. Well, these guys did. And in some cases, we used the PSD guys, and in some cases we used these other guys.

Q. But the Kurds or whatever, the local nationals, they appeared to be security people and they were armed themselves? Right?

A. Yes.

Q. And they had radios in their cars and whatnot?

A. They may have had a walkie-talkie talking back to the guy who took me. Because he was actually in control of them or whatever. He was like their superior.

Page 145

1  Q. All right. How many people
2 were in your vehicle?
3  A. It was the driver, the
4 passenger in the front. Ron Wood, myself
5 and an interpreter. So what? Five
6 people.
7  Q. Okay. Were there three of
8 y'all in the back seat?
9  A. Nope. The driver, the guy
10 in the passenger seat. Ron sat here. I
11 sat here. And the interpreter sat behind
12 us in like a jump seat or something. We
13 were in an Expedition.
14  Q. Was the interpreter, was he
15 facing backward? Or forward?
16  A. He was facing forward.
17  Q. Okay. You were behind the
18 passenger side seat?
19  A. Yes.
20  Q. You were on the right side
21 in the back seat?
22  A. Yes.
23  Q. Were these Americans who

Page 146

1 were in the front seat?
2  A. Yes.
3  Q. Was it Mark Greenley and
4 James McCants?
5  A. Yes.
6  Q. Did you know them before
7 this particular trip?
8  A. I had met James before that.
9 I hadn't been there a week or so, and I
10 met James. He came in. He lived in
11 another hotel.
12   He may have lived in Al
13 Kaleidos. But he didn't actually stay in
14 the Baghdad Hotel with us.
15  Q. What kind of -- I mean, how
16 did you come to meet him?
17  A. In the Baghdad, you had this
18 room. I forgot what they called it. They
19 called it something. But it's a big open
20 room like a ballroom, but it's not a
21 ballroom.
22   But it's just a big open room
23 that came from where the cafeteria was.

Page 147

1 It's like this is the cafeteria here. You
2 came into like a hallway. And there's a
3 little small store there. And then this
4 big room, and then a little bar was there.
5   So we were standing up -- not
6 standing but we were just sitting out in
7 this place and just hanging out.
8   And, you know, just -- you
9 know, how you meet. Where you from? I'm
10 from, you know, and stuff like that.
11   And he just happened to come
12 in. And somebody was telling me that he
13 was from Alabama. And then I started
14 talking to him from there.
15  Q. I got you. So that was
16 about the first week you were there.
17   Did you have any more
18 encounters with Mr. McCants?
19  A. I saw him on occasion, you
20 know, in and out after that -- after that
21 first day or first evening.
22  Q. Was he at any of the
23 security details that you had been out on

Page 148

1 before?
2  A. Nope. No.
3  Q. Before that day, did you
4 have any other professional work
5 encounters with him as opposed to kind of
6 sitting around shooting the breeze?
7  A. No.
8  Q. And you hadn't met
9 Mr. Greenley before?
10  A. I met -- I met Mark shortly
11 after that. He ended up -- he ended up
12 taking the Cruicible class with us. And
13 he went out and shot with us that day too.
14   And then he had Bible study
15 one time and invited me to it. And I went
16 to that.
17   But I didn't, you know, he
18 was -- you know, he lived in that same
19 building as James did. So he didn't
20 actually stay in the Baghdad either.
21  Q. Other than the Cruicible and
22 the Bible study, did you have any
23 professional encounters with Mark

Page 169

1 being too late to start back?
2   A. No, I didn't.
3   Q. So tell me what happened.
4   A. Like I said, I was back
5 there reflecting on myself.
6     And, you know, in this
7 particular convoy, I didn't really take
8 the -- we, you know, we weren't as ready
9 armed.
10     We were armed, but we weren't
11 standing ready as we were with the other
12 convoys for some reason.
13     But, anyway, on the way back,
14 like I say, we're coming back. We're
15 traveling a hundred and sixty kilometers.
16     And I'm looking out the
17 window this way. And I'm looking this
18 way, which is front. And then I'm looking
19 at the lead car, the two cars in front of
20 us.
21     I kind of noticed they kind
22 of slowed down. You know, these were
23 small cars. I mean, real small cars.

Page 170

1     Both of those cars slowed
2 down and just kind of veered to their left
3 and just kept going.
4     And when they -- I said I
5 wonder why they veered to myself. And
6 then I saw this dog come around, or come
7 across the highway.
8     And as that dog come across
9 the highway, to myself I said I hope he
10 doesn't try to miss this dog. And that's
11 what happened.
12     Like I said, we was traveling
13 a hundred and sixty kilometers, and he
14 tried to miss that dog.
15     He swerved to his left first.
16 And when he went to his left, you know, he
17 just kind of lost control. We went left
18 and came back right. That happened for a
19 few seconds. And then we headed toward
20 the median. And once he headed toward the
21 median, then that's where the accident
22 occurred.
23   Q. Did you see trucks parked

Page 171

1 along the side of the road about where the
2 dog was?
3   A. Yeah. It was, you know,
4 it -- it almost seems like it was the same
5 spot where we put gas in.
6     And, you know, there were
7 cars. There were people out there. But
8 nobody was like on the -- on the right-of-
9 way of the road, you know. They were off
10 a little piece, you know, off into those
11 parking lots on the right side of that
12 highway.
13   Q. So you're saying that these
14 vehicles were not parked on the shoulder
15 itself?
16   A. No, sir.
17   Q. Did you see the dog?
18   A. Yes.
19   Q. What kind of -- I mean, how
20 big was it?
21   A. Average size. Probably
22 about -- I mean, he wasn't a big, big dog.
23 He wasn't a little dog. He was just

Page 172

1 medium size. Brown, tan looking dog.
2 Just trotting across the highway.
3   Q. Did he come from where the
4 vehicles were parked?
5   A. I don't know where he came
6 from. But he came -- you know, we were
7 going back this way. He came kind of like
8 across this way in front of us
9 (indicating).
10     MS. EADY: She can't type
11 across this way. Was he coming --
12   A. From my left to right.
13   Q. And the cars were on the
14 right side?
15   A. The cars were on the right
16 side of the highway. But as we passed
17 those cars is where -- when the dog came
18 from my left, we were passing that little
19 store area where those vehicles were at.
20     And like I said, when he lost
21 control, you know, he never regained
22 control. Because that car was top heavy.
23 And it was full of equipment, full of

# Exhibit D

Page 57

1  was in the right -- right area, blocking,
2  you know, screening traffic, you know,
3  checking -- checking badges, different
4  people that were coming in and out of the
5  areas.
6      Q. Did your job, either for the
7  Atlanta Braves or in the military,
8  involve you driving people places?
9      A. Yes, ma'am.
10     Q. Okay. And when would that be?
11     A. Not with the Atlanta Braves.
12     Q. Okay. But with the military?
13     A. Yes, ma'am.
14     Q. And when would you drive people
15  places?
16     A. Whenever they needed to go to
17  different sites, depending on what job
18  task we were tasked to do.
19     Q. Did you get any driving
20  training?
21     A. Yes, ma'am.
22     Q. And what was that?
23     A. From the motor -- from the Motor

Page 58

1  Vehicle Division.
2      Q. Uh-huh.
3      A. Teach you how to drive buses,
4  five-ton vehicles, carriers.
5      Q. Carriers?
6      A. Yes, ma'am.
7      Q. What are carriers?
8      A. More buses. Anything with eight
9  or more passengers.
10     Q. What did they teach you about
11  driving with the buses and the vehicles
12  and the carriers?
13     A. Proper speeds, different turn
14  ratios. How to park.
15     Q. And when you say "proper
16  speeds," what did that mean?
17     A. Noticing the speed limits and
18  everything, obeying all traffic signs and
19  things like that when you're on post.
20     Q. Okay. Did you get any training
21  on driving passenger vehicles or SUV
22  vehicles with the Motor Vehicles
23  Division?

Page 59

1      A. I don't understand the question.
2      Q. I mean, did they take you out --
3  you said they taught you about what I'd
4  call bigger vehicles, the buses, the
5  five-ton vehicles, carriers. Did they
6  ever work with you also on driving cars
7  that were the size of SUVs or passenger
8  cars or that kind of vehicle?
9      A. Yes, ma'am. They would have
10  been HUMVs at the time.
11     Q. All right. And what did they
12  teach you about HUMVs?
13     A. The same. Different driving
14  ratios, speeds, different obstacles that,
15  you know, you'd drive around and over
16  things like that nature.
17     Q. Did they do any training with
18  you on high speed driving?
19     A. No, ma'am.
20     Q. Any training on evasive
21  maneuvers?
22     A. Yes, ma'am.
23     Q. Okay. What did they tell you

Page 60

1  about evasive maneuver?
2      A. How to avoid, you know,
3  different obstacles that would be -- that
4  would be -- you would see in the road or
5  that would be placed on the side of the
6  road, things of that nature.
7      Q. And what did they tell you about
8  avoiding obstacles that you would see in
9  the road?
10     A. Depending on the speed ratio
11  whether or not, you know, it was
12  something that you could go over or
13  something that you could go through or to
14  that nature.
15     Q. All right. What is speed ratio?
16     A. Speed ratio is determining the
17  width and distance from the obstacle,
18  whether you speed up or slow down to that
19  nature.
20         MR. HOLMAN: Did you say width?
21         THE WITNESS: Width and
22  distance.
23     Q. (By Ms. Eady) Was there any

15 (Pages 57 to 60)

# FREEDOM COURT REPORTING

**Page 61**

1  discussion about how to handle situations
2  that involved rollovers?
3      A.  Yes, ma'am.  During the class
4  there was.
5      Q.  Okay.  And what did they tell
6  you about that?
7      A.  I don't remember right off the
8  top of my head.  It's been a long time.
9      Q.  As a guess -- I'm sorry.  Don't
10 guess.  Give me your best judgment as to
11 the fastest speed that you ever drove at
12 performing a military duty.
13     A.  Maybe 45 miles an hour.
14     Q.  Okay.  When you went in the
15 military the second time, what was your
16 job assignment?
17     A.  Personnel management.
18     Q.  Were your duties essentially the
19 same?
20     A.  Yes, ma'am.
21     Q.  Did you receive additional
22 training?
23     A.  Yes, ma'am.

**Page 62**

1      Q.  Was any of the training
2  different from what you -- about
3  different topics than what you were
4  trained on the first time?
5      A.  No, ma'am.
6          MS. EADY:  We've been going for
7  about an hour.  Do you need to take a
8  break?
9          THE WITNESS:  No, ma'am, I'm
10 fine.
11         MS. EADY:  Okay.
12     Q.  Are you registered to vote?
13     A.  Yes, ma'am.
14     Q.  In what state?
15     A.  Georgia.
16     Q.  And when did you register to
17 vote in Georgia?
18     A.  2002.
19     Q.  Okay.  Do you own any property
20 in Alabama, like real property is what we
21 call it, house, land, anything like that?
22     A.  No, ma'am.
23     Q.  What was your position with

**Page 63**

1  Aegis Management?
2      A.  PSD.
3      Q.  Personal security?
4      A.  Yes, ma'am.
5      Q.  And what did those duties
6  involve?
7      A.  Providing security for the
8  client, moving them to different venues,
9  driving -- I mean, escorting from the
10 airport to Baghdad and different
11 locations throughout Iraq.
12     Q.  And you were personal security
13 detail with Dyncorp also; correct?
14     A.  Yes, ma'am.
15     Q.  Were your duties essentially the
16 same as that with Aegis?
17     A.  Yes, ma'am.
18     Q.  You said that with Dyncorp you
19 were a liaison officer and a quality
20 control specialist?
21     A.  Yes, ma'am.
22     Q.  All right.  What does a liaison
23 officer do?

**Page 64**

1      A.  Monitor we -- had all four
2  border sites.  Make sure that the quality
3  and everything is up to standard out at
4  the sites.
5      Q.  Quality of what?
6      A.  Living.
7      Q.  Living?
8      A.  Yes.
9      Q.  All right.  And what is a border
10 site?
11     A.  We had a site out at Jordan,
12 Syria, Turkey, and Kuwait.
13     Q.  Are they like encampments where
14 people lived?
15     A.  Yes, ma'am.
16     Q.  And who lived in these
17 encampments?
18     A.  Our Iraqi employees.  We also
19 had our American employees that lived out
20 there with them as well.
21     Q.  So, who -- a liaison officer --
22 who were you a liaison between?  Or who
23 did you -- I think of a liaison officer

16 (Pages 61 to 64)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

## Page 69

1  right between both vehicles, the vehicle
2  that's mobilized and actually the second
3  vehicle. So, you make a three-way
4  pattern.
5    Q. Uh-huh.
6    A. The driver of the third
7  vehicle -- I mean, the second vehicle
8  would get out, pull its tow bar up, lock
9  it onto the back of the vehicle. And
10 then both of them would drive out.
11   Q. Do you always have three
12 vehicles then when you go out somewhere?
13   A. It depends on the mission.
14   Q. Okay. How do they decide -- are
15 there -- did you receive training, or
16 were there guidelines about how you
17 decided how many vehicles go out and that
18 kind of thing on a mission?
19   A. Yes, ma'am.
20   Q. Okay. What kind of training did
21 you get? Was it a classroom, was there a
22 handbook?
23   A. No, ma'am. It was a classroom.

## Page 70

1    Q. Okay. And what did they tell
2  you about that?
3    A. I don't understand the question.
4    Q. What did they tell you about
5  determining the number of vehicles you
6  needed for a mission?
7    A. Depending on the size of the
8  mission, the destination of the mission,
9  that determined -- and the location of
10 the mission, that determined on how many
11 vehicles.
12   Q. So, what would require one
13 vehicle?
14   A. Never one vehicle.
15   Q. Never one. What's the smallest
16 number of vehicles you can have in a
17 mission?
18   A. Depending on -- depending on the
19 severity of the mission. If it was a
20 mission that was in town in Baghdad,
21 local, four SUVs.
22   Q. If it was out of town?
23   A. If it was out of town, you would

## Page 71

1  take a minimum of -- depending on the
2  severity, like I said, anywhere from six
3  to eight vehicles.
4    Q. Were there rules about how the
5  vehicles should move?
6    A. Yes, ma'am.
7    Q. Okay. And what were they
8  generally speaking, how fast they should
9  go, who went first, who went second, that
10 kind of stuff?
11   A. I don't understand the question.
12   Q. When they were teaching you
13 about the number of vehicles required for
14 a mission, did they also teach you the
15 manner in which those vehicles -- the
16 sequence with which those vehicles should
17 proceed?
18   A. Yes, ma'am.
19   Q. Did they teach you about the
20 speeds at which those vehicles should go?
21   A. Yes, ma'am.
22   Q. All right. What did they tell
23 you about that?

## Page 72

1    A. Depending on the situation, you
2  would have -- a normal -- a normal crew
3  would be six vehicles. That's on, you
4  know, a general move. You know, you do
5  six or more. The first vehicle is the
6  observation vehicle.
7    Q. Okay.
8    A. The second vehicle would be the
9  lead vehicle.
10   Q. Okay.
11   A. The third vehicle would be
12 considered the limo.
13   Q. That's the one carrying the
14 clients?
15   A. Yes, ma'am.
16   Q. The fourth and the fifth vehicle
17 would be observations vehicles.
18     (A short break was taken.)
19   Q. (By Ms. Eady) All right.
20 Mr. McCants, are you ready?
21   A. Yes, ma'am.
22   Q. We were going over, depending on
23 the situation, a normal crew was six

18 (Pages 69 to 72)

Page 73

1  vehicles. And you were telling me the
2  order they went it. And we had gone
3  through the first vehicle is the
4  observation vehicle, the second vehicle
5  is the lead vehicle, the third vehicle is
6  the limo, which is the vehicle carrying
7  the clients, the fourth and fifth
8  vehicles are observations vehicles. And
9  then what is the sixth vehicle?
10     A. The sixth vehicle would be the
11 gunship.
12        MR. HOLMAN: Gun what?
13        THE WITNESS: Gunship.
14     Q. (By Ms. Eady) And how are these
15 vehicles supposed to travel through the
16 country? Is there designated roads? Are
17 there designated speeds they have to go
18 at? Are there places they're supposed to
19 stop, places they're not supposed to
20 stop, areas they're supposed to avoid,
21 that kind of thing?
22        MR. HOLMAN: Nancy, I'm going to
23 object to the form of the question that

Page 74

1  you've asked a tremendous number of
2  questions all in one question.
3     Q. (By Ms. Eady) Right. I'm just
4  trying to get a feel for how these
5  vehicles are supposed to move.
6        MR. HOLMAN: It's hard to tell
7  what you're trying to find out --
8        THE WITNESS: First question.
9     Q. (By Ms. Eady) When you've got
10 six vehicles going in a row from Baghdad
11 to one of the perimeter bases, first of
12 all, how fast are they supposed to go?
13     A. It depends on the threat level
14 of that day.
15     Q. All right.
16     A. You would know before you leave
17 base how, you know, the severity of the
18 situation that's going to happen that
19 day. You've already got your intel
20 reports. You've already had -- your
21 lookout vehicle went out and did
22 observation of the road or the travel --
23 where you're going to be traveling. He

Page 75

1  would come back, give us a report of
2  there's a group of vehicles that's been
3  parked in this location for two hours.
4     Q. Uh-huh.
5     A. It hasn't moved.
6     Q. Uh-huh.
7     A. People standing by.
8     Q. Uh-huh.
9     A. So, you still have to go through
10 that area. That tells you right there
11 whether you're going to try to avoid that
12 area or whether you're going to speed up
13 when you're going through that area,
14 different blocking techniques that you'll
15 use to go through that area.
16     Q. Okay. What are the different
17 threat levels? In the United States,
18 we've had the different colors --
19     A. Yes, ma'am.
20     Q. -- for a while. Is it pegged to
21 that, or how do they designate threat
22 levels in Iraq or did they do it at the
23 time you were there?

Page 76

1     A. Yes, ma'am, they did. The
2  different threat levels were yellow would
3  have been caution. Green would have
4  been -- it's a fairly good road to
5  travel. Red would have been there's
6  danger your whole trip. Just be on high
7  alert the whole trip.
8     Q. All right. So, if it's a green
9  day, what speeds do you go at?
10    A. A green day, depending on -- I
11 mean, it could be --
12    Q. Give me a range.
13    A. I don't really know how to
14 answer that question because just -- I
15 mean, it could be a green day, but as
16 soon as you get outside the gate, then in
17 less than five or ten minutes, it could
18 completely change.
19    Q. Say the route was green the
20 whole way, what speeds would you go at?
21    A. The route was green the whole
22 way, maybe -- on average maybe 65 to 70K
23 at the most.

19 (Pages 73 to 76)

Page 81

1   A. Having cars blown up next to me
2   or not having cars blown up next to me?
3   Q. Not during a fire fight, not
4   having cars blown up.
5   A. Inside Baghdad?
6   Q. Outside Baghdad.
7   A. Outside Baghdad. Depending on
8   the area.
9   Q. Tell me the differences in the
10  areas and the speeds that you'd go at as
11  you went through them.
12  A. Ramadi and Fallujah were always
13  considered red areas. From the Baghdad
14  airport to Gate 12 was always considered
15  a red area.
16  Q. Okay.
17  A. Going to Babylon, Hilla, Kirkuk,
18  Irbil, Turkey.
19  Q. And what speeds did you go to
20  those at is what I'm trying to get at.
21  A. If everything was normal during
22  that -- during that period that you were
23  driving, 80 -- 70, 80K.

Page 82

1   Q. All right.
2   A. If things got --
3   Q. Abnormal?
4   A. -- abnormal, you increased
5   speed, depending on, you know, the
6   location and your surroundings to 120,
7   130K.
8       If things became heated, you
9   would increase speeds to whatever it took
10  to get out of that situation.
11  Q. All right. And what kind of
12  situations make for a heated -- what kind
13  of circumstances make for a heated
14  situation?
15  A. Repeat the question, please.
16  Q. You said if things got heated --
17  well, first of all, you said, if things
18  were normal in a red area, you'd go on an
19  average 70 to 80K. Then you said if
20  things got abnormal, you would increase
21  speed, depending on the location and your
22  surroundings as needed. And you said if
23  things got heated -- well abnormal,

Page 83

1   increase speed, depending on your
2   location and your surroundings up to 130
3   to 140K; was that correct?
4   A. Yes, ma'am.
5   Q. All right. And then you said if
6   things were -- things became heated,
7   you'd do whatever you could to get out of
8   there. What makes things become heated?
9   A. Car bombs, IEDs.
10  Q. Is this the suspicion that
11  they're there, or this there's actually
12  been one that goes off?
13  A. The intel that you're getting at
14  the time that you're moving through that
15  area.
16  Q. And do you get that intel on
17  like radio phones or something?
18  A. Yes, ma'am.
19  Q. How far apart are the vehicles
20  supposed to be as they travel? Or is
21  there a set distance the vehicles are
22  supposed to be apart from each other?
23  A. No, ma'am.

Page 84

1   Q. Can they be very strung out, or
2   are they supposed to be kind of close
3   together?
4   A. Depends on the severity of the
5   situation, the traffic, your
6   surroundings.
7   Q. The limo driver, is he supposed
8   to pay -- is he supposed to be aware of
9   his surroundings, or is he supposed to
10  just pay particular attention to
11  something?
12  A. Everybody is supposed to be
13  aware of their surroundings.
14  Q. Where do you get the -- is the
15  intelligence information that's provided
16  to you before you leave -- when you get
17  ready to leave on a mission, you said you
18  would get intelligence; correct?
19  A. Yes, ma'am.
20  Q. Was that provided to you in the
21  form of an oral or a written briefing?
22  A. Both.
23  Q. Both oral and written. And who

### Page 109

1  vehicle. Told us, you know, to go to
2  alert.
3      So, when we approached the
4  vehicles, the second -- upon approaching
5  the truck stop, the second vehicle
6  proceeded through. I shifted over to the
7  center lane.
8      When I passed the first three
9  trucks, there was something -- a black
10 object that came out into the road. I
11 moved -- I pulled my steering wheel to
12 the left. When I pulled my steering
13 wheel to the left, my back wheels -- my
14 left front wheel and my back wheel caught
15 the gravel on the side of the road. I
16 immediately pulled my wheel back over and
17 tried to guide the truck back to the
18 right center lane.
19     On guiding my truck back to the
20 right center lane, my back tires
21 caught -- both tires caught the gravel,
22 and it flipped into the center median
23 into oncoming traffic and then down into

### Page 110

1  the embankment on the left-hand side of
2  the road, landing on all four wheels.
3     Q. What happened next?
4     A. Immediately after that, once the
5  car landed, I did my first observation
6  check to find out if everyone was okay.
7     Q. Right.
8     A. At that point, I had just
9  dislocated by left shoulder. My
10 assistant driver and shooter had
11 dislocated his right shoulder. Emir had
12 a couple of scrapes and bruises. Robert
13 had additional scrapes and bruises. He
14 was confused. And Johnny said he was --
15 he was hurting, but, you know, nothing
16 you could observe at the time.
17    Q. Uh-huh.
18    A. I immediately got out -- got out
19 of the vehicle. The security team -- at
20 this time, the Iraqi inquiry security
21 team had already set up a 380, which
22 is -- I'm sorry. A 360, which is secure
23 the whole circle full circle.

### Page 111

1     Q. Was this the security team in
2  the second vehicle or the vehicle behind
3  y'all, or is it everybody?
4     A. The third -- it would have been
5  everybody. The third vehicle. I'm
6  sorry.
7     Q. The fourth --
8     A. The fourth and fifth vehicle.
9  Yes, ma'am, the fourth and fifth vehicle
10 had already set up the first security.
11     The second vehicle had turned
12 and came back. The first vehicle -- the
13 second vehicle had radioed to the first
14 to come back.
15     So, at this time while they're
16 continuing to set up the security all the
17 way around, I initially -- me and -- I
18 put my shoulder back in place. Me and
19 Greenlee first pulled Emir out of the
20 vehicle first.
21    Q. Right.
22    A. Got him over to the security
23 vehicle, which was the Peugeot. Put him

### Page 112

1  to the side.
2     Q. It was a Peugeot?
3     A. Yes, ma'am.
4     Q. Okay. What vehicle were y'all
5  in that day?
6     A. A black Expedition, Ford.
7     Q. Okay. I'm sorry. Go ahead.
8     A. At that time, Robert had got out
9  of the truck, so we pulled him and put
10 him over to the security vehicle as well.
11     At this time, Johnny had
12 stated -- he said his leg was -- he
13 thought his leg was broken. And he
14 was -- he was trapped in the vehicle.
15    Q. Uh-huh.
16    A. We broke the front seat, pulled
17 him out because from where the seat was,
18 it was already broken. So, we pushed it
19 up and pulled him out of the back of the
20 vehicle, me and Greenlee.
21    Q. Okay.
22    A. Placed him over with the
23 security vehicle as well. At this time,