# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| JOHNNY POTTS and JANICE POTTS, § | |
| Plaintiffs, § | Civil Action No. |
| v. § | 3:06-cv-00124-WHA-CSC |
| DYNCORP INTERNATIONAL LLC, § | |
| JAMES McCANTS, et al., § | |
| Defendants. | |

## DEFENDANT DYNCORP INTERNATIONAL LLC'S MOTION
## FOR LEAVE TO REPLY TO PLAINTIFFS' RESPONSE
## TO MOTION TO AMEND ANSWER

COMES NOW defendant DynCorp International LLC ("DynCorp") and moves the Court for leave to file a reply to the plaintiffs' response (Doc. 40) to "Defendant DynCorp International LLC's Motion to Amend Answer" (Doc. 27) no later than October 27, 2006. The ground for this motion is that certain incorrect characterizations of the facts and incorrect legal arguments should be brought to the Court's attention.

WHEREFORE, defendant DynCorp International LLC prays that the Court would grant it leave to file a reply to the plaintiffs' response no later than October 27, 2006.

Respectfully submitted,

By: /s/ Wm. Steele Holman II
William Steele Holman II
Bar Number: HOL051

                    John W. Clark IV
                    Bar Number: CLA087
                    Attorneys for defendants James McCants
                    and DynCorp International LLC
                    Armbrecht Jackson LLP
                    Post Office Box 290
                    Mobile, Alabama 36601
                    Telephone:  (251) 405-1300
                    Fax:  (251) 432-6843
                    E-mail:  wsh@ajlaw.com
                                jwc@ajlaw.com

Of Counsel:          William Larkin Radney III
                    Bar Number: RAD001
                    Barnes & Radney PC
                    P.O. Box 877
                    Alexander City, Alabama 35010-0877
                    (256) 329–8438 (voice)
                    (251) 329-0809 (fax)
                    lradney@bellsouth.net

**CERTIFICATE OF SERVICE**

    I certify that on October 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Larry W. Morris
        kbaker@morrishaynesandhornsby.com
        Nancy L. Eady
        neady@morrishaynesandhornsby.com

        William Larkin Radney III
        lradney@bellsouth.net


        By    /s/ William Steele Holman II

# 467852