IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY POTTS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv124-WHA |
| | ) |
| DYNCORP INTERNATIONAL LLC and | ) |
| JAMES MCCANTS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

It has come to the court's attention that the Memorandum Opinion and Order (Doc. #44), entered in this case on December 12, 2006, contains two errors which need correcting. One is in the third line on page 14 where the word "in" needs to be inserted. The other is in the seventh and eighth lines on page 15, where the words "it requires undertaking" should be STRICKEN and the words "a court cannot undertake" inserted. Accordingly, the clerk is DIRECTED to file the attached corrected Memorandum Opinion and Order, to be substituted for document number 44.

DONE this 14th day of December, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE