AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____                    District of _____Alabama_____

Johnny Potts and Janice Potts,
Plaintiffs,

V.

Dyncorp International, LLC and Dyncorp
International FZ-LLC, Defendants.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:   3:06-00124-WHA-CSC

TO: (Name and address of Defendant)

Dyncorp International FZ-LLC
Mr. John P. McMullen
Director for Homeland Security & Security Services
DynCorp International LLC
3190 Fairview Park Drive, Suite 700
Falls Church, VA 22042

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr. Larry W. Morris and Ms. Nancy L. Eady
Morris, Haynes & Hornsby
P. O. Box 1660
Alexander City, Alabama 35011-1660

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                          _12-27-06_
CLERK                                        DATE

(By) DEPUTY CLERK