**COMPLETE THIS SECTION ON DELIVERY**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

2:06cv0124
3+amd. cmp
(20)

1. Article Addressed to:

Dyncorp International F2 LLC
Mr. John P. Mc Mullen
Dir. for Homeland Security
DynCorp International LLC
3190 Fairview Park Drive Suite 700
Falls Church, VA 22042

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service labe

7005 1160 0001 8275 9798

102595-02-M-1540

...nuary 2004          Domestic Return Receipt