# EXHIBIT A

DIFZ Motion to Dismiss

McCants deposition transcript.txt (00458225)

```
0001
 1
            IN THE UNITED STATES DISTRICT COURT
 2        FOR THE MIDDLE DISTRICT OF ALABMA
                    EASTERN DIVISION
 3
 4
    CIVIL ACTION NO.:   3:O6CV-OO124-WHA-CSC
 5
 6
    JOHNNY POTTS and JANICE POTTS,
 7
              Plaintiffs,
 8
    vs.
 9                                    O
    DYNCORP INTERNATIONAL, L.L.C.,
10  JAMES MCCANTS, et al,
11             Defendants.
12
            DEPOSITION OF: JAMES D. MCCANTS
13                   10:45 A.M.
                  JUNE 13, 2006
15       In accordance with Rule 5(d) of The
16  Alabama Rules of Civil Procedure, as
17  Amended, effective May 15, 1988, I, Cindy
18  C. Goldman, am hereby delivering to
19  Ms. Nancy Eady the original transcript of
20  the oral testimony taken on the 13th day
21  of June, 2006, along with exhibits.
22
23
0002
 1          S T I P U L A T I O N S
 2       IT IS STIPULATED AND AGREED by and
 3  between the parties through their
 4  respective counsel that the deposition of
 5  James D. McCants, a witness in the
 6  above-entitled cause may be taken before
 7  Cindy C. Goldman, a Court Reporter and
 8  Notary Public for the State of Alabama,
 9  at 2301 Sullivan Road, College Park,
10  Georgia 30337, on the 13th day of June,
11  2006, commencing at 10:45 a.m., pursuant
12  to the Federal Rules of Civil Procedure.
13
14
15       IT IS FURTHER STIPULATED AND AGREED
16  that the signature to and the reading of
17  the deposition by the witness is waived,
18  the deposition to have the same force and
19  effect as if full compliance had been had
20  with all laws and rules of court relating
21  to the taking of the depositions.
22
23
0003
 1
 2
 3          S T I P U L A T I O N S
 4                (continued)
 5
 6       IT IS FURTHER STIPULATED AND AGREED
                    Page 1
```

McCants deposition transcript.txt (00458225)

6  B?  Or is -- you said 20 to 30 minutes
7  into the mission.  Just so I understand
8  the terminology, the mission, from your
9  perspective is getting everybody back to
10  Baghdad from Trebil?
11      A.   Yes, ma'am.
12      Q.   Okay.  So, that day you had two
13  missions.  To get people from Baghdad --
14  well, three.  From Baghdad to Trebil,
15  keep people safe in Trebil, and then come
16  back from Trebil to Baghdad?
17      A.   No, ma'am.  It was all one
18  mission.
19      Q.   It was all one mission?
20      A.   Yes, ma'am.
21      Q.   So, it was just 20 or 30 minutes
22  into the return trip?
23      A.   Yes, ma'am.
0106
1      Q.   Okay.  Were y'all -- what area
2  were you in?
3      A.   Just getting into Rutbah.
4      Q.   Okay.  Had y'all gotten any
5  security updates -- do you remember what
6  you had been told about the conditions of
7  the road between Trebil and Rutbah?
8      A.   Yes, ma'am.
9      Q.   Okay.  And what was that?
10      A.   Well, not -- I'm sorry.  I'm
11  sorry.  Can you repeat the question,
12  please.
13      Q.   You said you don't remember what
14  the threat level was that day, whether it
15  was yellow or red or whatever?
16      A.   Yes, ma'am.
17      Q.   Had you -- do you remember what
18  the threat level was when you left Trebil
19  between Trebil and Rutbah?
20      A.   No, ma'am.
21      Q.   Had you received any information
22  from the command center, the Logistics
23  Movement Command Center at the time you
0107
1  left Trebil about any changes in
2  conditions between Trebil and Rutbah?
3      A.   I don't recall.
4      Q.   All right.  Were you told
5  anything about possible -- you said that
6  things would get heated if there was
7  information about a car bomb or an IED.
8  Do you remember receiving information of
9  that kind from the command center as you
10  were leaving Trebil?
11      A.   No, ma'am, I don't remember.
12      Q.   And you don't remember what the
13  threat level was when you left Trebil?
14      A.   No, ma'am, not at the time.
15      Q.   Okay.  Do you recall how fast
16  you were going when the accident
17  happened?
18      A.   I want to say possibly -- I
19  would say 150K.  About 150K at the time.
20      Q.   Okay.  And why were you going
                                        Page 41

McCants deposition transcript.txt (00458225)

21  150K at the time?
22      A.    Because we had observed several,
23  several trucks at a local truck stop.
0108
1       Q.    How far before the -- how much
2   time before the accident had you observed
3   that, two minutes, one minute, five
4   minutes?
5       A.    I would say maybe within a 10 or
6   15-minute window because the observation
7   vehicle had radioed it in.
8       Q.    Had you gone by the truck stop
9   at the time the accident happened?
10      A.    No, ma'am.
11      Q.    You were still headed up towards
12  it?
13      A.    Yes, ma'am.
14      Q.    Okay.  Do you recall what day
15  this was?
16      A.    No, ma'am.
17      Q.    All right.  And tell me
18  basically what happened at the accident.
19      A.    I was coming -- approaching the
20  truck stop.  Had already got the
21  observation that there were numerous
22  occupants outside their trucks from the
23  observation vehicle that was the first
0109
1   vehicle.  Told us, you know, to go to
2   alert.
3           So, when we approached the
4   vehicles, the second -- upon approaching
5   the truck stop, the second vehicle
6   proceeded through.  I shifted over to the
7   center lane.
8           When I passed the first three
9   trucks, there was something -- a black
10  object that came out into the road.  I
11  moved -- I pulled my steering wheel to
12  the left.  When I pulled my steering
13  wheel to the left, my back wheels -- my
14  left front wheel and my back wheel caught
15  the gravel on the side of the road.  I
16  immediately pulled my wheel back over and
17  tried to guide the truck back to the
18  right center lane.
19          On guiding my truck back to the
20  right center lane, my back tires
21  caught -- both tires caught the gravel,
22  and it flipped into the center median
23  into oncoming traffic and then down into
0110
1   the embankment on the left-hand side of
2   the road, landing on all four wheels.
3       Q.    What happened next?
4       A.    Immediately after that, once the
5   car landed, I did my first observation
6   check to find out if everyone was okay.
7       Q.    Right.
8       A.    At that point, I had just
9   dislocated by left shoulder.  My
10  assistant driver and shooter had
11  dislocated his right shoulder.  Emir had
                        Page 42

McCants deposition transcript.txt (00458225)

```
12   a couple of scrapes and bruises.  Robert
13   had additional scrapes and bruises.  He
14   was confused.  And Johnny said he was --
15   he was hurting, but, you know, nothing
16   you could observe at the time.
17        Q.   Uh-huh.
18        A.   I immediately got out -- got out
19   of the vehicle.  The security team -- at
20   this time, the Iraqi inquiry security
21   team had already set up a 380, which
22   is -- I'm sorry.  A 360, which is secure
23   the whole circle full circle.
0111
 1        Q.   Was this the security team in
 2   the second vehicle or the vehicle behind
 3   y'all, or is it everybody?
 4        A.   The third -- it would have been
 5   everybody.  The third vehicle.  I'm
 6   sorry.
 7        Q.   The fourth --
 8        A.   The fourth and fifth vehicle.
 9   Yes, ma'am, the fourth and fifth vehicle
10   had already set up the first security.
11             The second vehicle had turned
12   and came back.  The first vehicle -- the
13   second vehicle had radioed to the first
14   to come back.
15             So, at this time while they're
16   continuing to set up the security all the
17   way around, I initially -- me and -- I
18   put my shoulder back in place.  Me and
19   Greenlee first pulled Emir out of the
20   vehicle first.
21        Q.   Right.
22        A.   Got him over to the security
23   vehicle, which was the Peugeot.  Put him
0112
 1   to the side.
 2        Q.   It was a Peugeot?
 3        A.   Yes, ma'am.
 4        Q.   Okay.  What vehicle were y'all
 5   in that day?
 6        A.   A black Expedition, Ford.
 7        Q.   Okay.  I'm sorry.  Go ahead.
 8        A.   At that time, Robert had got out
 9   of the truck, so we pulled him and put
10   him over to the security vehicle as well.
11             At this time, Johnny had
12   stated -- he said his leg was -- he
13   thought his leg was broken.  And he
14   was -- he was trapped in the vehicle.
15        Q.   Uh-huh.
16        A.   We broke the front seat, pulled
17   him out because from where the seat was,
18   it was already broken.  So, we pushed it
19   up and pulled him out of the back of the
20   vehicle, me and Greenlee.
21        Q.   Okay.
22        A.   Placed him over with the
23   security vehicle as well.  At this time,
0113
 1   the security team had formed a 180, which
 2   was in front.
```

Page 43

McCants deposition transcript.txt (00458225)
```
18      Q.   The paperwork that you filled
19  out, was that with Dyncorp, or was that
20  with some other agency?
21      A.   With Dyncorp.
22      Q.   Did you have -- do you have an
23  estimate as to how much missions you did
0137
1   from the time Mr. Potts was injured until
2   the time you came back in December?
3       A.   300.
4       Q.   But how many long-range
5   missions?
6       A.   I don't remember.  I mean, it
7   could have been maybe 100, 150.
8       Q.   Okay.
9            MS. EADY:  Do any of y'all have
10  questions?
11           MR. HOLMAN:  I've got a couple.
12           MS. EADY:  If you'll go ahead.
13  I'm probably done, but I'm going to look
14  at my notes.
15           MR. HOLMAN:  Let's take a little
16  recess.
17           (A short break was taken.)
18
19  EXAMINATION BY MR. HOLMAN:
20      Q.   Mr. McCants, were the speeds
21  that you all would travel at in these
22  convoys based on hard and fast rules, or
23  were you supposed to react to the
0138
1   situations as you all perceived them
2   during the course of the convoy?
3       A.   We had to react to the situation
4   depending on the severity at the time,
5   your surroundings, things that were going
6   on while you were on that mission.
7       Q.   Does the convoy -- or would the
8   convoys go at speeds that were deemed
9   necessary to deal with the perceived
10  threat?
11      A.   Yes, sir.
12      Q.   In this case, did this convoy on
13  this particular day consider those parked
14  vehicles and the people standing outside
15  of them to be a potential threat to the
16  convoy?
17           MS. EADY:  Object to the form,.
18           MR. HOLMAN:  What's wrong with
19  the form?
20           MS. EADY:  Leading.
21           MR. HOLMAN:  I asked him --
22      Q.   Okay.  That's fine.  Go ahead
23  and answer your question.  Did you
0139
1   consider it to be a potential threat?
2       A.   Yes, sir, at that moment in
3   time.
4       Q.   Was the entire convoy traveling
5   at the same speed that you were traveling
6   at at that time?
7       A.   Yes, sir.
8       Q.   Now, do you consider yourself to
                      Page 53
```

McCants deposition transcript.txt (00458225)
```
 9   be a citizen of the state of Georgia?
10       A.   Yes, sir.
11       Q.   Was your contract of employment
12   with Dyncorp International FZ, LLC?
13       A.   Yes, sir.
14       Q.   No further questions.
15
16   FURTHER EXAMINATION BY MS. EADY:
17       Q.   All right, Mr. Potts (sic), you
18   just answered a question for Mr. Holman
19   about the name of your employer.  How do
20   you know that that was the name of your
21   employer?
22       A.   On the contract that I signed,
23   that was it.  That was the name of it.
0140
 1       Q.   And where is the contract that
 2   you signed?
 3            MR.  HOLMAN:  We produced it.
 4            MS. EADY:  Did you?
 5            MR. HOLMAN:  It's in his
 6   personnel -- no, not -- previously to
 7   this.
 8            MR. RADNEY:  It's in the
 9   first --
10            MS. EADY:  In the initial
11   disclosures?
12            MR. HOLMAN:  Yeah.
13            MS. EADY:  Okay.
14       Q.   Did you review that contract
15   before this deposition?
16       A.   No, ma'am.
17       Q.   Okay.  To get ready for this
18   deposition -- and I don't want to know
19   anything you talked about with your
20   attorneys -- have you done anything
21   besides that?
22       A.   No, ma'am.
23       Q.   Okay.  When the black object
0141
 1   came out from -- came out at the time of
 2   the wreck, why did you pull your vehicle
 3   to the left?
 4       A.   To avoid it.
 5       Q.   Thank you.  Thank you for your
 6   time.  That's it.
 7            (A short break was taken.)
 8            MR. HOLMAN:  Would you mind
 9   going back and reading that question that
10   I asked that Nancy objected to as being
11   leading.
12            (Record read.)
13            (Discussion off the record.)
14
15   FURTHER EXAMINATION BY MR. HOLMAN:
16       Q.   Why did your observation vehicle
17   report back that there were parked trucks
18   and people standing around them on the
19   side of the road?
20       A.   Can you repeat it?
21            (Record read.)
22            THE WITNESS:  Because that was
23   their job.  They were observing the area.
```
                                Page 54