# EXHIBIT B

DIFZ Motion to Dismiss

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY POTTS and JANICE POTTS, | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. |
| v. | § | |
| | § | 3:06-cv-00124-WHA-CSC |
| DYNCORP INTERNATIONAL LLC, JAMES McCANTS, et al., | § | |
| | § | |
| Defendants. | § | |

AFFIDAVIT OF JOHN P. McMULLEN

COMMONWEALTH OF VIRGINIA    }
COUNTY OF FAIRFAX            }

Before me, the undersigned notary public in and for said commonwealth and county, personally appeared **John P. McMullen**, who is known to me, and who being first duly sworn, deposed and said as follows:

1. My name is John P. McMullen. I am over the age of majority, competent to testify, and possessed of personal knowledge of the matters stated herein.

2. I hold the position of Director for Homeland Security and Security Services within DynCorp International LLC ("DI").

3. I am not employed by DynCorp International Free Zone, LLC ("DIFZ"), nor do I have any connection to DIFZ other than as an employee of DI through DI's contract for services with DIFZ.

4. I am not an officer, agent, manager, partner, owner or employee of DIFZ.

5. I am not an agent authorized to receive service on behalf of DIFZ.

6. The alleged service of process for DIFZ was sent to me at my place of business with DI.

7. The alleged service of process for DIFZ was sent to an address in the United States that is not the mailing address for DIFZ, which is a company located in Dubai, U.A.E.

FURTHER AFFIANT SAITH NOT.

JOHN P. McMULLEN
Director for Homeland Security and
Security Services

Sworn to and subscribed before me this 29th day of January, 2007.

NOTARY PUBLIC

[affix notarial seal]   My Commission Expires Aug. 31, 2007

My commission expires: _____