# EXHIBIT E

DIFZ Motion to Dismiss

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dyncorp International FZ-LLC
Mr. John P. McMullen
Dir. for Homeland Security
DynCorp International LLC
3190 Fairview Park Drive, Suite 700
Falls Church, VA 22042

A. Signature
X

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

2:06 cv 124
stamd. cmp
20

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7005 1160 0001 8275 9798

Domestic Return Receipt                102595-02-M-1540