IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY POTTS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 3:06cv124-WHA |
| | ) |
| DYNCORP INTERNATIONAL LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Preliminary Motion to Dismiss for Insufficiency of Process and Lack of Personal Jurisdiction (Doc. #52), filed on January 29, 2007, it is

ORDERED that the Plaintiffs shall show cause, if any there be, **on or before February 20**, **2007** why the motion should not be granted. The Defendant shall have **until February 27, 2007**, to file any reply it may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 29th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE