IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **JOHNNY POTTS and JANICE POTTS,** | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. |
| v. | § | |
| | | 3:06-cv-00124-WHA-CSC |
| **DYNCORP INTERNATIONAL LLC,** | § | |
| **JAMES McCANTS, et al.,** | | |
| | § | |
| Defendants. | | |

### NOTICE CONCERNING SETTLEMENT CONFERENCE

1. Pursuant to the Court's Uniform Scheduling Order dated March 28, 2006, counsel for the Plaintiffs, Johnny Potts and Janice Potts, and counsel for Dyncorp International, LLC report as follows:

2. Plaintiffs' counsel, Larry W. Morris, and Dyncorp International, LLC's co-counsel, Larkin Radney, held a face to face good faith settlement conference on January 25, 2007 at 5:30 p.m. CST. The parties entered into a frank discussion regarding the merits of the claims as well as the merits of legal and factual defenses. Each party had authority to settle and each party offered the authority. The parties were not able to reach a settlement but did agree that mediation may well result in settlement. Therefore, the parties agreed to mediate and with permission from this Court, request that the Honorable Howard F. Bryan, Circuit Judge for the 5th Judicial Circuit, Ret., serve as mediator in this case. The parties anticipate mediation to occur during the week of March 19, 2007 or earlier.

DATED this 29<u>th</u> day of January, 2007.

Respectfully submitted,

/s/ Larry W. Morris (MOR077)
Attorney for plaintiffs Johnny and Janice Potts
Morris, Haynes & Hornsby
Post Office Box 1660
Alexander City, Alabama 35011-1660
(256) 329-2000
lmorris@morrishaynesandhornsby.com


/s/ William Larkin Radney III (RAD001)

Attorney for defendants
DynCorp International LLC
James McCants
Barnes & Radney PC
Post Office Box 877
Alexander City, Alabama 35010-0877
(256) 329-8438 (voice)
(256) 329-0809 (fax)
lradney@bellsouth.net


/s/ W. Steele Holman II (HOL051)
John W. Clark IV (CLA087)
Attorneys for defendant
DynCorp International LLC
James McCants
Armbrecht Jackson LLP
Post Office Box 290
Mobile, Alabama 36601
(251) 405-1300 (voice)
(251) 432-6843 (fax)
wsh@ajlaw.com
jwc@ajlaw.com