IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY POTTS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06cv124-WHA |
| ) | |
| DYNCORP INTERNATIONAL, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the court on the Notice Concerning Settlement Conference (Doc. #54), filed by the parties on January 29, 2007.

The court notes that the parties plan to enter into mediation before Honorable Howard F. Bryan during the week of March 29, 2007, or earlier. Since this is a private mediation, the parties do not need permission from this court, and the court wishes them well in their efforts to resolve this case amicably.

DONE this 30th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE