

# ANNUAL REPORT DETAILS
Office of the Secretary of State
State of Alabama

INITIATE NEW BROWSE

## 2006 Annual Report

```
Reporting
  Address...:    DYNCORP
                 TAX DEPT A501
                 2100 E GRAND AVE
                 EL SEGUNDO, CA   90245-5024

Agent As
  Reported..:    CORPORATION COMPANY THE
                 SUITE 204
                 2000 INTERSTATE PARK DR
                 MONTGOMERY, AL   36109-5421

President
  Of Corp...:    LOMBARDI, PAUL
                 11710 PLAZA AMERICA DR
                 RESTON, VA   20190-4742

Secretary
  Of Corp...:    HOUGEN, H M
                 11710 PLAZA AMERICA DR
                 RESTON, VA   20190-4742

Alabama
  Business..:    TECHNICAL SERVICES
                 BLDG 412 QUARTERMASTER RD
                 FT RUCKER, AL   36362

General
  Business..:    TECHNICAL SERVICES
                 11710 PLAZA AMERICA DR
                 RESTON, DE   20190

Telephone
  Number....:    703-261-5457

Processed
  By Revenue:    12-22-2006
```

← PREVIOUS PAGE



© 2007, Office of the Secretary of State, State of Alabama