MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

| | |
|---|---|
| JOHNNY POTTS and | ) |
| JANICE POTTS, | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. |
| DYNCORP INTERNATIONAL LLC, | ) 3:06-cv-00124-WHA-CSC |
| JAMES McCANTS, et al., | ) |
| Defendants. | ) |

*  *  *  *  *

The deposition of HOWARD M. HOUGEN was taken on Wednesday, January 17, 2007, commencing at 10:00 a.m., at the offices of M.A.R. Reporting Group, 200 Little Falls Street, Suite 410, Falls Church, Virginia, before Terri Duncan, RPR, CCR, Notary Public.

*  *  *  *  *

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Exh. B

Page 8

1    Q.    Who was his predecessor?

2    A.    A fellow named Jeff Casperaites,

3    C-A-S-P-E-R-A-I-T-E-S.  Actually, in between was a

4    man named John Supina, S-U-P-I-N-A.  So John

5    Supina would have been his immediate predecessor.

6    Q.    Where is Mr. Casperaites now?

7    A.    He no longer works for us, so I don't

8    know.

9    Q.    Was his termination voluntary or

10   involuntary?

11   A.    Voluntary.

12   Q.    And Mr. Supina, where is he?

13   A.    He works mostly out of Irving, Texas.

14   Q.    Did he work out of Irving, Texas, when he

15   was general manager of -- when he was, I guess,

16   interim general manager of the FZ company?

17   A.    No.  He worked out of Dubai.

18   Q.    What is the primary purpose of the FZ

19   company?

20   A.    It hires people to lease to DynCorp

21   International for performance of services in

22   off-shore locations.

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 12

1  document?

2  A. This is or certainly appears to be -- I'm

3  not the custodian of it, again -- but this appears

4  to be the articles of association of the company

5  formerly known as DynCorp International Global

6  Services FZ-LLC, which is now known as DynCorp

7  International Services LLC-FZ.

8  Q. If you will please turn to the last page

9  of the document, page number 32.

10  A. Yes.

11  Q. Can you please identify for me or tell me

12  who signed the last page.

13  A. Let's see. This was signed in January of

14  2003. Paul Lombardi, who signed as manager, was

15  the president and chief executive officer of

16  DynCorp, and David L. Reichardt, who signed as

17  manager, was the senior vice president and general

18  counsel of DynCorp.

19  Q. And that's DynCorp, the --

20  A. The former parent of DynCorp

21  International.

22  Q. Do you know where Mr. Lombardi and

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 13

1   Mr. Reichardt are now?

2       A.   They live in this area, in the Northern

3   Virginia area.

4       Q.   Are they still with DynCorp?

5       A.   No.  No.  They ceased being affiliated

6   with DynCorp in March of 2003, when Computer

7   Sciences Corporation bought DynCorp.

8            MS. EADY:  Ms. Duncan, if you would mark

9   that as Plaintiff's Exhibit C, please.

10           (Plaintiff's Exhibit Letter C was marked

11  for identification.)

12           BY MS. EADY:

13      Q.   Mr. Hougen, you said that essentially --

14  I'm going to just call it DynCorp FZ for

15  shorthand.

16      A.   Okay.

17      Q.   Is that acceptable?

18      A.   Yes.

19      Q.   Essentially, DynCorp FZ leases its

20  employees to DynCorp International; is that

21  correct?

22      A.   That's correct.

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 14

1      Q.    Does DynCorp FZ perform any other
2  activities for DynCorp International besides the
3  leasing?
4      A.    No, not really.  It would hire the
5  employees, but that's not a -- that's all part of
6  the leasing.
7      Q.    Does DynCorp FZ recruit the employees?
8          MR. HOLMAN:  Nancy, I think that you're
9  getting into the second topic that Mr. Hougen is
10 not here to testify about.  Because that goes into
11 the hiring, I think.
12         THE WITNESS:  I'm not directly involved
13 in the hiring, so I can't speak of personal
14 knowledge.  I just have conjecture.
15         MR. HOLMAN:  And Mr. Budge, the next
16 witness, will be addressing that.
17         MS. EADY:  Okay.  Great.  I will move on.
18 Thank you.
19         BY MS. EADY:
20     Q.    Mr. Hougen, I'm going to ask Ms. Duncan
21 to show you Plaintiff's Exhibit -- what I marked
22 as D.

Page 17

1  you're kind of getting into topic two, which
2  relates to the hiring of people to perform the
3  contracts, which he's not here for.
4           Mr. Hougen is here to discuss the
5  corporate relationship between FZ and its
6  subsidiaries and not so much the operational
7  aspects of what they did, if that distinction
8  makes a difference.  I mean, if you see that
9  distinction.  He's just the corporate guy.
10          MS. EADY:  Right.
11          THE WITNESS:  Corporate weenie, is the
12 term.
13          BY MS. EADY:
14     Q.   Is the performance of DynCorp FZ
15 evaluated in any way by DynCorp LLC, DynCorp
16 International LLC?
17     A.   I have no knowledge of that evaluation.
18     Q.   Are dividends paid to DynCorp
19 International by DynCorp FZ?
20     A.   I have never seen a dividend declared.
21 And I would think that the reason for that is that
22 the FZ operates essentially on a break-even basis.

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Page 18

1    It probably -- it has revenues that cover its

2    expenses, but not a great deal more.

3         Q.    And DynCorp International, at the time of

4    the accident that this suit is based on, DynCorp

5    International received $500 per month plus

6    reimbursement of all actual costs from DynCorp

7    Free Zone; is that correct?

8         A.    That's what it says in the agreement.  I

9    can't tell you whether or not it's correct.

10        Q.    But the agreement between the two --

11        A.    Recited those facts.  You are correctly

12   reciting what the agreement says.

13        Q.    On Exhibit D, on the second page, can you

14   please tell me whose signature is there for

15   DynCorp International?

16        A.    Dan Campbell, who signed at that time as

17   Director of Contracts.

18        Q.    Is he still with DynCorp International?

19        A.    He is.

20        Q.    All right.  And then who signed for

21   DynCorp International FZ?

22        A.    I cannot read the signature.  It says