MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 1

1      IN THE UNITED STATES DISTRICT COURT
2         FOR THE MIDDLE DISTRICT OF ALABAMA
3                   EASTERN DIVISION
4
5   JOHNNY POTTS and              )
6   JANICE POTTS,                 )       **ORIGINAL**
7          Plaintiffs,            )
8   vs.                           ) Civil Action No.
9   DYNCORP INTERNATIONAL LLC,    ) 3:06-cv-00124-WHA-CSC
10  JAMES McCANTS, et al.,        )
11         Defendants.            )
12        *       *       *       *       *
13
14
15         The deposition of JOHN P. McMULLEN was
16  taken on Wednesday, January 17, 2007, commencing
17  at 2:00 p.m., at the offices of M.A.R. Reporting
18  Group, 200 Little Falls Street, Suite 410, Falls
19  Church, Virginia, before Terri Duncan, RPR, CCR,
20  Notary Public.
21
22        *       *       *       *       *

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Exh. E

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 7

1   Q.   And have you produced to counsel for
2   DynCorp any documents that are responsive to this
3   list?
4   A.   Yes.
5   Q.   As I understand it, the only document in
6   your possession which was responsive to this list
7   that you produced was your CV; is that correct?
8   A.   That's correct.
9   Q.   Please look at Exhibit K.
10  A.   Okay.
11  Q.   Review it, and then please identify it
12  for the record.
13  A.   This is the expert report of John
14  McMullen.
15  Q.   Is it a true and correct copy?
16  A.   Yes.
17  Q.   Is that your signature on the last page?
18  A.   Yes, it is.
19  Q.   And then Exhibit L, would you review it
20  and identify it for the record.
21  A.   Yes. This is my CV.
22  Q.   You are currently employed with DynCorp

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Page 8

1  International; is that correct, sir?
2     A.   That's correct.
3     Q.   In what capacity?
4     A.   I am the director for business
5  development for law enforcement and security
6  business unit.
7     Q.   And you've been in that position since
8  what period of time?
9     A.   This is a brand new business unit. It's
10 about six weeks old.
11    Q.   When did you first start work with
12 DynCorp?
13    A.   In January of '06.
14    Q.   At that time, what was your position?
15    A.   I was the Director for Homeland Security
16 and Security Services.
17    Q.   What were your duties with DynCorp at
18 that time?
19    A.   At that time, my requirements were to
20 pursue homeland security contracts with the
21 Department of Homeland Security.
22    Q.   What are your duties currently with

MERRILL LEGAL SOLUTIONS
Court Reporting * Legal Videography * Trial Services

Page 9

1  DynCorp?

2      A.   Currently my duties are to pursue law

3  enforcement and security contracts across the

4  federal government.

5      Q.   When you say "across the federal

6  government," is that both in court --

7           MR. HOLMAN:  We missed that one.

8           BY MS. EADY:

9      Q.   You said to pursue law enforcement and

10 security contracts across the federal government.

11 When you say "across the federal government,"

12 would those contracts include performance in

13 domestic and foreign venues?

14     A.   That's correct.  Yes.

15     Q.   Are you being paid any -- most expert

16 witnesses are paid an hourly fee.  But you work

17 for DynCorp.  Are you being paid anything

18 additional to your regular DynCorp -- for your

19 testimony today?

20     A.   No, I'm not.

21     Q.   And you weren't paid any extra for

22 preparation time or preparing your report?