

# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

**INITIATE NEW BROWSE**

```
Company                                                      FLL 603-041
  Legal Name:    DynCorp International LLC

State Of Reg:    Delaware

Reg Date....:    02-06-2001

Formed Date.:    12-27-2000

Reg Agent...:    THE CORPORATION COMPANY
                 2000 INTERSTATE PARK DR   STE 204
                 MONTGOMERY, AL   36109

Prin Address:    6500 W FREEWAY   STE 600
                 FT WORTH, TX   76116

Nat Of Bus..:    TECHNICAL SUPPORT SERVICES TO GOVERNMENT & PRIVATE CUSTOMERS
```

**TRANSACTION LIST**

← **PREVIOUS PAGE**



© 2007, Office of the Secretary of State, State of Alabama

http://arc-sos.state.al.us/CGI/SOSCRP10.mbr/output?PGM=1&P01=603041M

Exh. F
2/20/2007