Westlaw.

14-733-8300-DMI

D&B Completed Analysis:    10/13/2006
Database Last Updated:     02-16-2007
 Source:                   Copyright © 2007 by Dun & Bradstreet, Inc.
Current Date:              02/20/2007

### COMPANY INFORMATION

| | |
|---|---|
| DUNS: | 14-733-8300 (Click for List of Available D&B Reports.) |
| Name: | DYNCORP INTERNATIONAL LLC |
| Address: | 1017 CLAUDE CIR NW |
| City/State: | HUNTSVILLE, AL 35806-3501 |
| County: | MADISON |
| Country: | USA |
| Continent: | NORTH AMERICA |
| Telephone: | (0001) 256-864-7970 |

### EXECUTIVE(S) INFORMATION

| | |
|---|---|
| CEO Name: | JOHN LOWE |
| CEO Title: | MANAGER |

### BUSINESS DESCRIPTION

| | |
|---|---|
| Line of Business: | BUS TERMINAL AND SERVICE FACILITIES |
| Primary SIC: | |
| 4173 | BUS TERMINAL/SERVICE FACILITY |

### FINANCIAL INFORMATION

| | |
|---|---|
| Net Worth (US): | NOT AVAILABLE |
| Net Worth (Local): | NOT AVAILABLE |
| Profit (US): | NOT AVAILABLE |
| Profit (Local): | NOT AVAILABLE |

### SALES INFORMATION

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exh. 6

```
Annual Sales (US):           NOT AVAILABLE
Annual Sales (Local):        $NOT AVAILABLE
```

EMPLOYEE INFORMATION

```
Total Employees:             NOT AVAILABLE
Employees Here:              6-ACTUAL
```

COMPANY HISTORY/OPERATIONS/RELATIONSHIPS & OTHER INFORMATION

This Company's Specifics:

```
DUNS:                        14-733-8300
County:                      MADISON
Region:                      NORTH AMERICA
Legal Status:                UNKNOWN
Business Is A:               BRANCH LOCATION
                             NOT A SUBSIDIARY

Parent DUNS:                 01-052-4531
Parent Company Name:         DYNCORP INTERNATIONAL LLC
Parent Company Address:      3190 FAIRVIEW PARK DR # 350
                             FALLS CHURCH, VA 22042-4544
Country:                     USA
Continent:                   NORTH AMERICA

Ultimate Company DUNS Number: 78-810-1934
Ultimate Company Name:        VERITAS CAPITAL MANAGEMENT II LLC
Ultimate Company Address:     590 MADISON AVE FL 41
                              NEW YORK, NY 10022-2524
Country:                      USA
Continent:                    NORTH AMERICA

Headquarters Company DUNS    78-810-1934
Number:
Headquarters Company Name:   VERITAS CAPITAL MANAGEMENT II LLC
Headquarters Company Address:590 MADISON AVE FL 41

                             NEW YORK, NY 10022-2524
Country:                     USA
Continent:                   NORTH AMERICA
Total Number of Family       18
Members:
 END OF DOCUMENT
```

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.