# Westlaw.

19-466-1179-DMI

D&B Completed Analysis:     08/18/1992
Database Last Updated:      02-16-2007
  Source:                     Copyright © 2007 by Dun & Bradstreet, Inc.
Current Date:               02/20/2007

## COMPANY INFORMATION

| | |
|---|---|
| DUNS: | 19-466-1179 (Click for List of Available D&B Reports.) |
| Name: | DYNCORP |
| Registered Address: | 245 N DALEVILLE AVE |
| City/State: | DALEVILLE, AL 36322-2015 |
| County: | DALE |
| Country: | USA |
| Continent: | NORTH AMERICA |
| Mailing Address: | P O BOX 39 |
| | FORT RUCKER, AL 36362-0010 |
| | USA |
| | NORTH AMERICA |
| Telephone: | (0001) 334-598-6371 |

## EXECUTIVE(S) INFORMATION

| | |
|---|---|
| CEO Name: | RICHARD KENYON |

## BUSINESS DESCRIPTION

| | |
|---|---|
| Line of Business: | MNGMNT CNSLTNG SVCS |
| Primary SIC: | |
| 8742 | MANAGEMENT CONSULTING SERVICES |

## FINANCIAL INFORMATION

| | |
|---|---|
| Net Worth (US): | NOT AVAILABLE |
| Net Worth (Local): | NOT AVAILABLE |
| Profit (US): | NOT AVAILABLE |
| Profit (Local): | NOT AVAILABLE |

## SALES INFORMATION

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Exh. H

```
Annual Sales (US):            NOT AVAILABLE
Annual Sales (Local):         $NOT AVAILABLE
```

EMPLOYEE INFORMATION

```
Total Employees:              NOT AVAILABLE
Employees Here:               25-ACTUAL
```

COMPANY HISTORY/OPERATIONS/RELATIONSHIPS & OTHER INFORMATION

This Company's Specifics:

```
DUNS:                         19-466-1179
County:                       DALE
Legal Status:                 UNKNOWN
Ownership Is:                 PRIVATELY OWNED
Business Is A:                SINGLE LOCATION
```
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.