IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY POTTS and JANICE POTTS, * | |
|     PLAINTIFFS, * | |
| * | |
| v. * | 3:06-cv-00124-WHA |
| * | |
| DYNCORP INTERNATIONAL LLC, * | |
| JAMES MCCANTS, et al., * | |
|     DEFENDANTS. * | |

## INTERROGATORIES

COME NOW the plaintiffs in the above styled cause and propound the following interrogatories regarding jurisdictional issues to the defendants in the above referenced matter:

1) Please list all recruiting activities performed by DI that led to the employment of DIFZ personnel in Alabama from 2003 to 2006.

Answer:


2) Please list all publications in which DI recruiting advertisements were published that have circulation in Alabama which were intended to obtain candidates for positions that would ultimately be DIFZ positions for the years 2003 to 2006.

Answer:


3) If you are uncertain as to whether a publication used by DI for recruiting

advertisements that would otherwise be an answer to number 2 circulates in Alabama, please state the name of such publication and its publisher.

    Answer:

4)    For each of the following years, please state the number of DIFZ employees that were Alabama residents at the time they were recruited and/or hired by DI or DIFZ: 2003, 2004, 2005, 2006.

    Answer:

5)    Please state the number of individuals in Alabama who currently receive benefits from either DI or DIFZ stemming from employment with DIFZ.

    Answer:

Respectfully submitted on this the 20th day of February, 2007.

                  **MORRIS, HAYNES & HORNSBY**

                  /s Larry W. Morris
                  Attorney for Plaintiffs
                  MOR007

Post Office Box 1660
Alexander City, Alabama 35011-1660
Phone: (256) 329-2000
Fax: (256) 329-2015
E-mail: kbaker@morrishaynesandhornsby.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing in the above referenced case on the 20th day of February, 2007 by filing the same electronically with the Clerk of the Court using the CM/ECF system which will send notification of the same to all attorneys of record.

                                            /s Larry W. Morris
                                                 Of Counsel

cc:    Mr. William Steele Holman, II
        Mr. John W. Clark
        Armbrecht Jackson LLP
        Post Office Box 290
        Mobile, Alabama 36601

        Mr. William Larkin Radney, III
        Barnes & Radney, P.C.
        Post Office Box 877
        Alexander City, Alabama 35010-0877

        Mr. Dennis R. Bailey
        Mr. R. Mac Freeman, Jr.
        Rushton, Stakely, Johnston & Garrett, P.A.
        Post Office Box 270
        Montgomery, Alabama 36101-0270