# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **JOHNNY POTTS and JANICE POTTS,** | § | |
| **Plaintiffs,** | § | |
| | § | **Civil Action No.** |
| v. | § | |
| | | **3:06-cv-00124-WHA-CSC** |
| **DYNCORP INTERNATIONAL LLC,** | § | |
| **DYNCORP INTERNATIONAL FZ-LLC,** | | |
| **et al.,** | | |
| | § | |
| **Defendants.** | | |

## JOINT STIPULATION OF DISMISSAL

Come now the parties, by and through their respective counsel of record, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, stipulate and agree that the current action is due to be dismissed on the merits with prejudice as to each and every claim actually made or which could have been made by the parties in this lawsuit and pray the Court to enter an order of dismissal. It is further stipulated that each party bear its own costs.

Done this 13th day of April, 2007.

**Attorneys for Plaintiffs, Johnny Potts and Janice Potts**


    */s/ Nancy L. Eady (by consent)*
LARRY W. MORRIS
NANCY L. EADY
Morris, Haynes & Hornsby
Post Office Box 1660
Alexander City, Alabama 35011
Telephone:  (256) 329-2000
Fax:  (256) 329-2015
Email:  kbaker@morrishaynesandhornsby.com


**Attorneys for Defendant DynCorp International LLC**


|     */s/ W. Steele Holman II* |     */s/ W. Larkin Radney III (by consent)* |
|---|---|
| WILLIAM STEELE HOLMAN II | WILLIAM LARKIN RADNEY III |
| JOHN W. CLARK IV | Barnes & Radney PC |
| Armbrecht Jackson LLP | Alexander City, Alabama 35010-0877 |
| Post Office Box 290 | Telephone:  (256) 329-8438 |
| Mobile, Alabama 36601 | Fax:  (256) 329-0809 |
| Telephone:  (251) 405-1300 | Email:  lradney@bellsouth.net |
| Fax:  (251) 432-6843 | |
| E-mail:  wsh@ajlaw.com | |


**Attorneys for Defendant DynCorp International-Free Zone LLC**


    */s/ Dennis R. Bailey (by consent)*
DENNIS R. BAILEY
R. MAC FREEMAN
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270