IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **JOHNNY POTTS and JANICE POTTS,** | § | |
| Plaintiffs, | § | Civil Action No. |
| v. | § | 3:06-cv-00124-WHA-CSC |
| **DYNCORP INTERNATIONAL LLC,** **DYNCORP INTERNATIONAL FZ-LLC,** et al., | § | |
| | § | |
| Defendants. | | |

### ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

This matter having come before the Court on the Joint Stipulation for Dismissal With Prejudice filed by the parties, the Court hereby orders that this matter is **DISMISSED, WITH PREJUDICE**. Each party to bear its own costs.

Done this _____ day of _____, 2007.

_____
The Honorable W. Harold Albritton, III
Senior District Judge, United States District
Court for the Middle District of Alabama