IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY POTTS and JANICE POTTS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06cv124-WHA |
| ) | |
| DYNCORP INTERNATIONAL, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Joint Stipulation of Dismissal (Doc. #60), filed by the parties on April 13, 2007, and for good cause shown, it is hereby ORDERED as follows:

1. This case is DISMISSED with prejudice, the parties to bear their own costs.

2. All pending motions are DENIED as moot.

3. The evidentiary hearing scheduled in this case for April 19, 2007, is CANCELLED.

DONE this 16th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE